| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>LAUREN GALLO WHITE, SBN 309075<br>Email: lwhite@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>Counsel for Defendants | RYAN J. CLARKSON, SBN 257074<br>Email: rclarkson@clarksonlawfirm.com<br>YANA HART, SBN 306499<br>Email: yhart@clarksonlawfirm.com<br>TIARA AVANESS, SBN 343928<br>Email: tavaness@clarksonlawfirm.com<br>VALTER MALKHASYAN, SBN 348491<br>Email: vmalkhasyan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>Tracey Cowan, SBN 250053<br>Email: tcowan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>93 3rd Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br><br>Counsel for Plaintiffs and the Proposed Classes |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ALPHABET INC., GOOGLE DEEPMIND, and GOOGLE LLC,<br><br>    Defendants. | CASE NO.: 3:23-cv-03440-AMO<br><br>**STIPULATION SETTING TIME TO RESPOND TO THE COMPLAINT**<br><br>Civil Local Rule 6-1(a)<br><br>Judge: Hon. Araceli Martinez-Olguin |

1  Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern

2  District of California, Plaintiffs and Defendants agree that Defendants' response to Plaintiffs'

3  Complaint shall be due on or before September 18, 2023.  In so agreeing, neither party waives

4  any position regarding service or jurisdiction.

5

6  Dated:  August 4, 2023                                     WILSON SONSINI GOODRICH & ROSATI
                                                              Professional Corporation
7
                                                              By:  /s/ David H. Kramer
8                                                                  David H. Kramer
                                                                   dkramer@wsgr.com
9

10                                                            *Counsel for Defendants*

11

12  Dated: August 4, 2023                                     CLARKSON LAW FIRM
                                                              Professional Corporation
13
                                                              By:  /s/ Tracey Cowan
14                                                                 Tracey Cowan
                                                                   tcowan@clarksonlawfirm.com
15

16                                                            *Counsel for Plaintiffs and the Proposed Classes*

17

18  **SIGNATURE ATTESTATION**

19  I, David H. Kramer, am the ECF User whose ID and password are being used to file this

20  document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence

21  in the filing of this document has been obtained from the signatory.

22                                                            By:  /s/ David H. Kramer
                                                                   David H. Kramer
23

24

25

26

27

28