| | |
|---|---|
| DAVID H. KRAMER, SBN 168452 <br> Email: dkramer@wsgr.com <br> LAUREN GALLO WHITE, SBN 309075 <br> Email: lwhite@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone: (650) 493-9300 <br><br> ERIC P. TUTTLE, SBN 248440 <br> Email: eric.tuttle@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 701 Fifth Avenue, Suite 5100 <br> Seattle, WA 98104-7036 <br> Telephone: (206) 883-2500 <br><br> Counsel for Defendants | RYAN J. CLARKSON, SBN 257074 <br> Email: rclarkson@clarksonlawfirm.com <br> YANA HART, SBN 306499 <br> Email: yhart@clarksonlawfirm.com <br> TIARA AVANESS, SBN 343928 <br> Email: tavaness@clarksonlawfirm.com <br> VALTER MALKHASYAN, SBN 348491 <br> Email: vmalkhasyan@clarksonlawfirm.com <br> CLARKSON LAW FIRM, P.C. <br> 22525 Pacific Coast Highway <br> Malibu, CA 90265 <br> Telephone: (213) 788-4050 <br><br> Tracey Cowan, SBN 250053 <br> Email: tcowan@clarksonlawfirm.com <br> CLARKSON LAW FIRM, P.C. <br> 93 3rd Street, 2nd Floor <br> San Francisco, CA 94103 <br> Telephone: (213) 788-4050 <br><br> Counsel for Plaintiffs and the Proposed Classes |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all other similarly situated, <br><br>         Plaintiffs, <br><br>    v. <br><br> ALPHABET INC., GOOGLE DEEPMIND, and GOOGLE LLC, <br><br>         Defendants. | CASE NO.: 3:23-cv-03440-AMO <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> Civil Local Rule 6-1(a) <br><br> Judge: Hon. Araceli Martinez-Olguin |

Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiffs and Defendants agree that Defendants' response to Plaintiffs' original Complaint shall be due on or before October 16, 2023.  In so agreeing, neither party waives any position regarding service or jurisdiction.

Dated:  September 15, 2023                    WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　　　　　　　By:  */s/ David H. Kramer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　David H. Kramer
　　　　　　　　　　　　　　　　　　　　　　　　　　　dkramer@wsgr.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

Dated: September 15, 2023                    CLARKSON LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　　　　　　　By:  */s/ Tracey Cowan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tracey Cowan
　　　　　　　　　　　　　　　　　　　　　　　　　　　tcowan@clarksonlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs and the Proposed Classes*

### SIGNATURE ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

　　　　　　　　　　　　　　　　　　　　　　　By:  */s/ David H. Kramer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　David H. Kramer