**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (CA SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (CA SBN 306499)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**CLARKSON LAW FIRM, P.C.**
Tracey Cowan (CA SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHABET INC., GOOGLE DEEPMIND, and GOOGLE LLC,<br><br>Defendants. | CASE NO.:  3:23-cv-03440-AMO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ALPHABET INC. AND GOOGLE DEEPMIND PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: July 11, 2023 |

NOTICE OF VOLUNTARY DISMISSAL

TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R., by and through their counsel, hereby voluntarily dismiss Defendants ALPHABET INC. and GOOGLE DEEPMIND without prejudice. This action remains against Defendant GOOGLE LLC.

DATED: September 19, 2023    **CLARKSON LAW FIRM, P.C.**

*/s/ Yana Hart*
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
Tracey Cowan, Esq.

*Attorneys for Plaintiffs*