1  DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
2  MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4  650 Page Mill Road
Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8  701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
9  Telephone: (206) 883-2500

10 *Counsel for Defendant*
GOOGLE LLC
11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 SAN FRANCISCO DIVISION

15 J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R.   )   CASE NO.: 3:23-cv-03440-AMO
individually, and on behalf of all others similarly  )
16 situated,                                           )   **GOOGLE LLC'S CORPORATE**
                                                      )   **DISCLOSURE STATEMENT AND**
17           Plaintiffs,                              )   **CERTIFICATION OF**
                                                      )   **INTERESTED ENTITIES OR**
18      v.                                            )   **PERSONS**
                                                      )
19 GOOGLE LLC,                                        )   Judge: Hon. Araceli Martínez-Olguín
                                                      )
20           Defendant.                               )
                                                      )
21                                                    )

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the
2  following:
3      1.  Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of
4  Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of
5  Alphabet Inc.'s stock.
6      Pursuant to Civ. L.R. 3-15, the undersigned certifies that the following listed persons,
7  associations of persons, firms, partnerships, corporations (including parent corporations) or other
8  entities (i) have a financial interest in the subject matter in controversy or in a party to the
9  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
10 substantially affected by the outcome of this proceeding:
11     1.  Google LLC
12     2.  XXVI Holdings Inc., Holding Company of Google LLC
13     3.  Alphabet Inc., Holding Company of XXVI Holdings Inc.

16 Dated: October 10, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
    David H. Kramer
    dkramer@wsgr.com

*Counsel for Defendant*
Google LLC