| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant* | RYAN J. CLARKSON, SBN 257074<br>Email: rclarkson@clarksonlawfirm.com<br>YANA HART, SBN 306499<br>Email: yhart@clarksonlawfirm.com<br>TIARA AVANESS, SBN 343928<br>Email: tavaness@clarksonlawfirm.com<br>VALTER MALKHASYAN, SBN 348491<br>Email: vmalkhasyan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>Tracey Cowan, SBN 250053<br>Email: tcowan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>93 3rd Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br><br>*Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING BRIEFS IN EXCESS OF APPLICABLE PAGE LIMITS**<br><br>Civil Local Rule 7-12<br><br>Judge: Hon. Araceli Martínez-Olguín |

1    WHEREAS, Defendant Google LLC's response to the complaint in the above-captioned
2 matter is due October 16, 2023, and Defendant intends to move to dismiss the complaint;

3    WHEREAS, Plaintiffs' complaint asserts 10 counts and contains allegations spanning 85
4 pages, including approximately 383 paragraphs and 191 footnotes (ECF No. 1);

5    WHEREAS, Defendant intends to move to dismiss all 10 counts asserted in the complaint;

6    WHEREAS, pursuant to Civil Local Rule 7-2(b) and 7-4(b), memoranda in support of and
7 in opposition to motions to dismiss may not exceed 25 pages;

8    WHEREAS, while Defendant will strive to meet the default page limit, it requests an
9 additional five pages, if necessary, to address what it believes to be the grounds for dismissal of
10 Plaintiffs' complaint;

11   WHEREAS, Plaintiffs do not oppose a modest page limit extension, provided that the page
12 limit for Plaintiffs' opposition brief is similarly extended;

13   NOW, THEREFORE, pursuant to Local Rule 7-12, all parties agree, subject to the approval
14 of the Court, as follows:

15   1.   Defendant may file a memorandum in support of its motion to dismiss of up to 30
16 pages in length.

17   2.   Plaintiffs may file a memorandum in opposition to Defendant's motion to dismiss
18 of up to 30 pages in length.

19

20 Dated:  October 10, 2023            WILSON SONSINI GOODRICH & ROSATI
21                                     Professional Corporation

22                                     By:  */s/ David H. Kramer*
                                            David H. Kramer
23                                          dkramer@wsgr.com

24                                     *Counsel for Defendant*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER AUTHORIZING      -1-      CASE NO.: 3:23-CV-03440-AMO
BRIEFS IN EXCESS OF APPLICABLE PAGE LIMITS

Dated: October 10, 2023

CLARKSON LAW FIRM
Professional Corporation

By: */s/ Tracey Cowan*
Tracey Cowan
tcowan@clarksonlawfirm.com

*Counsel for Plaintiffs and the Proposed Classes*

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

By: */s/ David H. Kramer*
David H. Kramer

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____, 2023

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE