| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant* | RYAN J. CLARKSON, SBN 257074<br>Email: rclarkson@clarksonlawfirm.com<br>YANA HART, SBN 306499<br>Email: yhart@clarksonlawfirm.com<br>TIARA AVANESS, SBN 343928<br>Email: tavaness@clarksonlawfirm.com<br>VALTER MALKHASYAN, SBN 348491<br>Email: vmalkhasyan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>Tracey Cowan, SBN 250053<br>Email: tcowan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>93 3rd Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br><br>*Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING BRIEFS IN EXCESS OF APPLICABLE PAGE LIMITS**<br><br>Civil Local Rule 7-12<br><br>Judge: Hon. Araceli Martínez-Olguín |

WHEREAS, Defendant Google LLC's response to the complaint in the above-captioned matter is due October 16, 2023, and Defendant intends to move to dismiss the complaint;

WHEREAS, Plaintiffs' complaint asserts 10 counts and contains allegations spanning 85 pages, including approximately 383 paragraphs and 191 footnotes (ECF No. 1);

WHEREAS, Defendant intends to move to dismiss all 10 counts asserted in the complaint;

WHEREAS, pursuant to Civil Local Rule 7-2(b) and 7-4(b), memoranda in support of and in opposition to motions to dismiss may not exceed 25 pages;

WHEREAS, while Defendant will strive to meet the default page limit, it requests an additional five pages, if necessary, to address what it believes to be the grounds for dismissal of Plaintiffs' complaint;

WHEREAS, Plaintiffs do not oppose a modest page limit extension, provided that the page limit for Plaintiffs' opposition brief is similarly extended;

NOW, THEREFORE, pursuant to Local Rule 7-12, all parties agree, subject to the approval of the Court, as follows:

1. Defendant may file a memorandum in support of its motion to dismiss of up to 30 pages in length.

2. Plaintiffs may file a memorandum in opposition to Defendant's motion to dismiss of up to 30 pages in length.

Dated:  October 10, 2023                     WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation

                                             By: */s/ David H. Kramer*
                                                    David H. Kramer
                                                    dkramer@wsgr.com

                                             *Counsel for Defendant*

Dated: October 10, 2023

CLARKSON LAW FIRM
Professional Corporation

By: */s/ Tracey Cowan*
Tracey Cowan
tcowan@clarksonlawfirm.com

*Counsel for Plaintiffs and the Proposed Classes*

### SIGNATURE ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

By: */s/ David H. Kramer*
David H. Kramer

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 11, 2023

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE