1  DAVID H. KRAMER, SBN 168452
   Email: dkramer@wsgr.com
2  MAURA L. REES, SBN 191698
   Email: mrees@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  ERIC P. TUTTLE, SBN 248440
   Email: eric.tuttle@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
9  Telephone: (206) 883-2500

10 *Counsel for Defendant*
   GOOGLE LLC
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15 | J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all others similarly situated, | CASE NO.: 3:23-cv-03440-AMO |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF ERIC P. TUTTLE FOR DEFENDANT GOOGLE LLC** |
| v. | Judge: Hon. Araceli Martínez-Olguín |
| GOOGLE LLC, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear in this action on behalf of Defendant Google LLC and is authorized to receive service of all pleadings, notices, orders, and other papers in this action.

> ERIC P. TUTTLE, SBN 248440
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 701 Fifth Avenue, Suite 5100
> Seattle, WA 98104-7036
> Telephone: (206) 883-2500
> Email: eric.tuttle@wsgr.com

Dated: October 16, 2023            WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

                                   By: /s/ Eric P. Tuttle
                                       Eric P. Tuttle
                                       eric.tuttle@wsgr.com

                                   *Counsel for Defendant*
                                   Google LLC