UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Araceli Martínez-Olguín |

| | |
|---|---|
| 1 | Before this Court is Defendant's Motion to Dismiss Complaint. Having considered the |
| 2 | parties' arguments and all other papers filed herein, Defendant's Motion is hereby GRANTED. |
| 3 | Plaintiffs' Complaint is dismissed in its entirety for failure to comply with Rule 8. In addition, |
| 4 | Causes of Action 1-7 are dismissed under Rule 12(b)(1) for lack of standing; Causes of Action 1- |
| 5 | 7, 9, and 10 are dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can |
| 6 | be granted; and Cause of Action 8 is dismissed under Rule 12(b)(6) for failure to state a claim |
| 7 | upon which relief can be granted except as to the claim that the copyright in J.L.'s book was |
| 8 | infringed by copying the book and using the copy to train Bard. |

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE