UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO.:  3:23-cv-03440-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF MATERIALS INCORPORATED BY REFERENCE**<br><br>Judge:  Hon. Araceli Martínez-Olguín |

Before this Court is Defendant Google LLC's Request for Judicial Notice and Consideration of Materials Incorporated by Reference, in Support of Motion to Dismiss Complaint. Having considered the parties' arguments and all other papers filed herein, Defendant's Request is hereby GRANTED. The Court takes judicial notice of Google's Privacy Policy and Google's Terms of Service referenced in Defendant's Request for Judicial Notice and Consideration of Materials Incorporated by Reference in connection with Defendant's Motion to Dismiss Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　HONORABLE ARACELI MARTÍNEZ-OLGUÍN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE