| | |
|---|---|
| 1 | DAVID H. KRAMER, SBN 168452 |
|   | Email: dkramer@wsgr.com |
| 2 | MAURA L. REES, SBN 191698 |
|   | Email: mrees@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**DECLARATION OF ERIC P. TUTTLE RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Araceli Martínez-Olguín |

I, Eric P. Tuttle, declare as follows:

1. I am an attorney and a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Google LLC in this matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Counsel for Defendant Google LLC and counsel for Plaintiffs have conferred multiple times on case management issues, and are continuing to discuss those issues. With additional time to confer, the Parties believe that they may be able to reach further agreement on the issues addressed in the Joint Case Management Statement and streamline the issues to be presented to the Court at the Case Management Conference.

3. The parties have not previously requested a continuance of the Case Management Conference. No schedule for the case has been set, so the continuance would not affect the case schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2023 at Seattle, Washington.

*/s/ Eric P. Tuttle*
Eric P. Tuttle
eric.tuttle@wsgr.com

*Counsel for Defendant*

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
David H. Kramer