| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant* | RYAN J. CLARKSON, SBN 257074<br>Email: rclarkson@clarksonlawfirm.com<br>YANA HART, SBN 306499<br>Email: yhart@clarksonlawfirm.com<br>TIARA AVANESS, SBN 343928<br>Email: tavaness@clarksonlawfirm.com<br>VALTER MALKHASYAN, SBN 348491<br>Email: vmalkhasyan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>Tracey Cowan, SBN 250053<br>Email: tcowan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>93 3rd Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br><br>*Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all other similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>           Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Defendant Google LLC and Plaintiffs J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action on July 11, 2023 (ECF No. 1);

WHEREAS, Defendant filed its motion to dismiss on October 16, 2023 (ECF No. 20);

WHEREAS, the Court has set an initial case management conference for this case for October 26, 2023 at 10 a.m., and the joint case management statement is presently due by October 19, 2023 (ECF No. 10);

WHEREAS, the Parties have met and conferred multiple times on case management issues, and are continuing to do so;

WHEREAS, the Parties believe that, with additional time to meet and confer on case management matters, they may be able to reach further agreement and streamline case management issues for presentation to the Court;

WHEREAS, the Parties agree that good cause exists for a brief continuance of the case management conference and related deadlines (namely, the deadline for filing the joint case management statement and exchanging initial disclosures under Rule 26(a));

WHEREAS, counsel for the Parties have conflicts in November due to travel obligations and the Thanksgiving holiday, but are available on November 30, 2023;

WHEREAS, the stipulated continuance would not affect any other date or deadline set by the Court apart from the date of the case management conference and the deadline for submission of the joint case management statement;

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties agree, subject to the approval of the Court, as follows:

1. The Initial Case Management Conference, currently scheduled for October 26, 2023 at 10 a.m., shall be continued to November 30, 2023 at 10 a.m.;
2. The Parties' joint case management statement shall be filed by November 22, 2023; and
3. The Parties shall make their Rule 26(a) initial disclosures by November 22, 2023.

| | | |
|---|---|---|
| Dated: October 17, 2023 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: */s/ David H. Kramer*<br>    David H. Kramer<br>    dkramer@wsgr.com<br><br>*Counsel for Defendant* |
| Dated: October 17, 2023 | | CLARKSON LAW FIRM<br>Professional Corporation<br><br>By: */s/ Yana Hart*<br>    Yana Hart<br>    yhart@clarksonlawfirm.com<br><br>*Counsel for Plaintiffs and the Proposed Classes* |

### SIGNATURE ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
    David H. Kramer

### ORDER

1. The Initial Case Management Conference, currently scheduled for October 26, 2023 at 10 a.m., shall be continued to November 30, 2023 at 10 a.m.;

2. The Parties' joint case management statement shall be filed by November 22, 2023; and

3. The Parties shall make their Rule 26(a) initial disclosures by November 22, 2023.

Dated: October 17, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**