| | |
|---|---|
| 1 | DAVID H. KRAMER, SBN 168452 |
|   | Email: dkramer@wsgr.com |
| 2 | MAURA L. REES, SBN 191698 |
|   | Email: mrees@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
| 6 | ERIC P. TUTTLE, SBN 248440 |
|   | Email: eric.tuttle@wsgr.com |
| 7 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 8 | 701 Fifth Avenue, Suite 5100 |
|   | Seattle, WA 98104-7036 |
| 9 | Telephone: (206) 883-2500 |
| 10 | *Counsel for Defendant* |
|    | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all others similarly situated, | CASE NO.: 3:23-cv-03440-AMO |
| Plaintiffs, | **NOTICE OF APPEARANCE OF MAURA L. REES FOR DEFENDANT GOOGLE LLC** |
| v. | Judge: Hon. Araceli Martínez-Olguín |
| GOOGLE LLC, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear in this action on behalf of Defendant Google LLC and is authorized to receive service of all pleadings, notices, orders, and other papers in this action.

MAURA L. REES, SBN 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email: mrees@wsgr.com

Dated: October 17, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Maura L. Rees
    Maura L. Rees
    mrees@wsgr.com

*Counsel for Defendant*
Google LLC