**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (CA SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (CA SBN 306499)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**CLARKSON LAW FIRM, P.C.**
Tracey Cowan (CA SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Classes*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**CLASS ACTION**<br><br>**NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>COMPLAINT FILED: July 11, 2023 |

1  TO ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 15, Plaintiffs J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. ("**Plaintiffs**") intend to file a first amended complaint ("**FAC**") in lieu of opposing Defendant Google LLC's ("**Defendant**") motion to dismiss Plaintiffs' class action complaint ("**CAC**") (ECF 20) (the "**Motion**").

Defendant filed the Motion on October 16, 2023, and Plaintiffs' opposition would have been due on October 30, 2023. However, Plaintiffs exercise their right to amend the CAC as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). Plaintiffs anticipate filing a stipulation regarding Plaintiffs' deadline to amend the CAC, and intend to file the FAC on or before the date approved by the Court.

DATED: October 30, 2023            **CLARKSON LAW FIRM, P.C.**

*/s/ Yana Hart*
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
Tracey Cowan, Esq.

*Attorneys for Plaintiffs and the Proposed Classes*