**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (CA SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (CA SBN 306499)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**CLARKSON LAW FIRM, P.C.**
Tracey Cowan (CA SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. individually, and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF YANA HARD IN SUPPORT OF JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2), TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT, AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>COMPLAINT FILED: July 11, 2023 |

DECLARATION OF YANA HART ISO JOINT STIPULATION TO FILE FAC, TO EXTEND TIME TO FILE FAC, AND TO CONTINUE CASE MANAGEMENT CONFERENCE

I, Yana Hart, hereby declare as follows:

1. I am a partner at Clarkson Law Firm, P.C. ("**Clarkson**") and counsel of record for Plaintiffs J.L., C.B., K.S., P.M., N.G., R.F., J.D., and G.R. ("**Plaintiffs**"). I am licensed to practice in all state and federal courts in the State of California, and I am a member in good standing of the State Bars of California, Florida, and the District of Columbia. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently. I make this declaration based on personal knowledge, and in support of the Joint Stipulation to File First Amended Complaint, to Extend Time to File First Amended Complaint, and to Continue Case Management Conference in accordance with L.R. 6-2.

2. There has been no previous extension of the time to file an Amended Complaint.

3. The Parties previously stipulated to continue the Case Management Conference and related deadlines from October 26, 2023 to November 30, 2023 (ECF 22), which was so-ordered by the Court (ECF 23).

4. Since that stipulation was submitted, Plaintiffs decided to amend their complaint in lieu of opposing Defendant's motion to dismiss. Due to commitments in several other professional and personal matters, Plaintiffs have requested until January 5, 2024 to do so, and Defendant does not oppose.

5. The Parties believe it would be more efficient and orderly for the Case Management Conference to take place after the operative complaint has been filed and the Parties have had an opportunity to consider that complaint and meet and confer concerning a discovery and case management plan in light of that complaint.

6. No schedule for the case has been set, so the continuance would not affect the case schedule.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on November 3, 2023 at San Diego, California.

1

DECLARATION OF YANA HART ISO JOINT STIPULATION TO FILE FAC, TO EXTEND TIME TO FILE FAC, AND TO CONTINUE CASE MANAGEMENT CONFERENCE

DATED: November 3, 2023          **CLARKSON LAW FIRM, P.C.**

*/s/ Yana Hart*
Yana Hart, Esq.