| | |
|---|---|
| DAVID H. KRAMER, SBN 168452 <br> Email: dkramer@wsgr.com <br> MAURA L. REES, SBN 191698 <br> Email: mrees@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone: (650) 493-9300 <br><br> ERIC P. TUTTLE, SBN 248440 <br> Email: eric.tuttle@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 701 Fifth Avenue, Suite 5100 <br> Seattle, WA 98104-7036 <br> Telephone: (206) 883-2500 <br><br> *Counsel for Defendant* | RYAN J. CLARKSON, SBN 257074 <br> Email: rclarkson@clarksonlawfirm.com <br> YANA HART, SBN 306499 <br> Email: yhart@clarksonlawfirm.com <br> TIARA AVANESS, SBN 343928 <br> Email: tavaness@clarksonlawfirm.com <br> VALTER MALKHASYAN, SBN 348491 <br> Email: vmalkhasyan@clarksonlawfirm.com <br> CLARKSON LAW FIRM, P.C. <br> 22525 Pacific Coast Highway <br> Malibu, CA 90265 <br> Telephone: (213) 788-4050 <br><br> Tracey Cowan, SBN 250053 <br> Email: tcowan@clarksonlawfirm.com <br> CLARKSON LAW FIRM, P.C. <br> 93 3rd Street, 2nd Floor <br> San Francisco, CA 94103 <br> Telephone: (213) 788-4050 <br><br> *Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO.: 3:23-cv-03440-AMO <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Judge: Hon. Araceli Martínez-Olguín |

1  Defendant Google LLC and Plaintiffs Leovy, Nicholas Guilak, Carolina Barcos, Paul
2  Martin, Marilyn Cousart, Alessandro De La Torre, Vladisslav Vassilev, Jane Dascalos, and minor
3  G.R. (collectively, "the Parties"), by and through their respective counsel of record, hereby
4  stipulate as follows:

5  WHEREAS, Plaintiffs filed this action on July 11, 2023 (ECF No. 1);

6  WHEREAS, Defendant filed its motion to dismiss on October 16, 2023 (ECF No. 20);

7  WHEREAS, Plaintiffs filed a notice of intent to file a First Amended Complaint in lieu of
8  opposition to Defendant's motion to dismiss on October 30, 2023 (ECF No. 25);

9  WHEREAS, the Court granted the Parties' stipulated request for Plaintiffs to file a First
10  Amended Complaint by January 5, 2024 (ECF No. 27),

11  WHEREAS, Plaintiffs filed a First Amended Complaint on January 5, 2024 (ECF No. 28),
12  which adds new allegations, claims, and plaintiffs;

13  WHEREAS, Defendant anticipates responding to the First Amended Complaint by filing
14  a motion to dismiss;

15  WHEREAS, the Parties have conferred on a briefing schedule for Defendant's anticipated
16  motion to dismiss, and have agreed upon the below schedule, for which they agree there is good
17  cause;

18  WHEREAS, the Parties have not previously sought any extension of the time for Defendant
19  to respond to the First Amended Complaint;

20  NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties agree, subject
21  to the approval of the Court, as follows:

22  1. Defendant's response to Plaintiffs' First Amended Complaint shall be due on or before
23  February 9, 2024;

24  2. Plaintiffs' opposition to any motion to dismiss shall be due on or before March 15,
25  2024;

26  3. Defendant's reply shall be due on or before April 5, 2024.

27
28

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE    -1-    CASE NO.: 3:23-CV-03440-AMO

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: January 16, 2024 | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| | | By: */s/ David H. Kramer* |
| | |     David H. Kramer |
| | |     dkramer@wsgr.com |
| | | *Counsel for Defendant* |
| Dated: January 16, 2024 | | CLARKSON LAW FIRM |
| | | Professional Corporation |
| | | By: */s/ Yana Hart* |
| | |     Yana Hart |
| | |     yhart@clarksonlawfirm.com |
| | | *Counsel for Plaintiffs and the Proposed Classes* |

## **SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
    David H. Kramer

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____, 2024       _____
                              HON. ARACELI MARTÍNEZ-OLGUÍN
                              UNITED STATES DISTRICT COURT JUDGE