DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**DECLARATION OF ERIC P. TUTTLE RE STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Araceli Martínez-Olguín |

1  I, Eric P. Tuttle, declare as follows:

2  1. I am an attorney and a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant in this matter. I submit this declaration in support of the parties' Stipulation to Set Briefing Schedule for Defendant's Anticipated Motion to Dismiss First Amended Complaint (the "Stipulation"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

3  2. Counsel for Defendant and counsel for Plaintiffs have conferred on a briefing schedule for Defendant's anticipated motion to dismiss, and have agreed upon the briefing schedule set forth in the Stipulation.

4  3. Plaintiffs' First Amended Complaint contains 646 numbered paragraphs and 301 footnotes over 137 pages.  Compared to the original Complaint, it has dropped two causes of action, added four new causes action, added new allegations, added three new plaintiffs, and dropped two plaintiffs.

5  4. The Parties have not previously sought any extension of the time for Defendant to respond to the First Amended Complaint.

6  5. The Parties previously stipulated to extensions of Defendant's time to respond to the original Complaint (ECF Nos. 11 & 12). The Court previously granted the Parties' stipulation to give Plaintiffs until January 5, 2024 to file the First Amended Complaint (ECF Nos. 26 & 27). The Court granted the Parties' prior stipulated requests to continue the initial Case Management Conference, currently set for February 22, 2024 at 10 a.m. (ECF Nos. 23, 27).

7  6. No schedule for the case has been set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 16, 2024 at Seattle, Washington.

*/s/ Eric P. Tuttle*
Eric P. Tuttle
eric.tuttle@wsgr.com

*Counsel for Defendant*

TUTTLE DECLARATION RE STIPULATION   -1-   CASE NO.: 3:23-CV-03440-AMO

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
David H. Kramer

Tuttle Declaration re Stipulation -2- Case No.: 3:23-cv-03440-AMO