| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant* | RYAN J. CLARKSON, SBN 257074<br>Email: rclarkson@clarksonlawfirm.com<br>YANA HART, SBN 306499<br>Email: yhart@clarksonlawfirm.com<br>TIARA AVANESS, SBN 343928<br>Email: tavaness@clarksonlawfirm.com<br>VALTER MALKHASYAN, SBN 348491<br>Email: vmalkhasyan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>Tracey Cowan, SBN 250053<br>Email: tcowan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>93 3rd Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br><br>*Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Defendant Google LLC and Plaintiffs Leovy, Nicholas Guilak, Carolina Barcos, Paul Martin, Marilyn Cousart, Alessandro De La Torre, Vladisslav Vassilev, Jane Dascalos, and minor G.R. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action on July 11, 2023 (ECF No. 1);

WHEREAS, Defendant filed its motion to dismiss on October 16, 2023 (ECF No. 20);

WHEREAS, Plaintiffs filed a notice of intent to file a First Amended Complaint in lieu of opposition to Defendant's motion to dismiss on October 30, 2023 (ECF No. 25);

WHEREAS, the Court granted the Parties' stipulated request for Plaintiffs to file a First Amended Complaint by January 5, 2024 (ECF No. 27),

WHEREAS, Plaintiffs filed a First Amended Complaint on January 5, 2024 (ECF No. 28), which adds new allegations, claims, and plaintiffs;

WHEREAS, Defendant anticipates responding to the First Amended Complaint by filing a motion to dismiss;

WHEREAS, the Parties have conferred on a briefing schedule for Defendant's anticipated motion to dismiss, and have agreed upon the below schedule, for which they agree there is good cause;

WHEREAS, the Parties have not previously sought any extension of the time for Defendant to respond to the First Amended Complaint;

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties agree, subject to the approval of the Court, as follows:

1. Defendant's response to Plaintiffs' First Amended Complaint shall be due on or before February 9, 2024;
2. Plaintiffs' opposition to any motion to dismiss shall be due on or before March 15, 2024;
3. Defendant's reply shall be due on or before April 5, 2024.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  January 16, 2024 | WILSON SONSINI GOODRICH & ROSATI |
| 3 |  | Professional Corporation |
| 4 |  | By:  /s/ David H. Kramer |
|   |  | David H. Kramer |
| 5 |  | dkramer@wsgr.com |
| 6 |  | *Counsel for Defendant* |
| 7 | Dated:  January 16, 2024 | CLARKSON LAW FIRM |
|   |  | Professional Corporation |
| 8 |  |  |
| 9 |  | By:  /s/ Yana Hart |
|   |  | Yana Hart |
| 10 |  | yhart@clarksonlawfirm.com |
| 11 |  | *Counsel for Plaintiffs and the Proposed Classes* |

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  /s/ David H. Kramer
David H. Kramer

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Defendant's response to Plaintiffs' First Amended Complaint shall be due on or before February 9, 2024;

2. Plaintiffs' opposition to any motion to dismiss shall be due on or before March 15, 2024;

3. Defendant's reply shall be due on or before April 5, 2024.

Dated: January 17, 2024

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE