1  DAVID H. KRAMER, SBN 168452
   Email: dkramer@wsgr.com
2  MAURA L. REES, SBN 191698
   Email: mrees@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  ERIC P. TUTTLE, SBN 248440
   Email: eric.tuttle@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
9  Telephone: (206) 883-2500

10 *Counsel for Defendant*
   GOOGLE LLC
11

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | JILL LEOVY, NICHOLAS GUILAK, | CASE NO.: 3:23-cv-03440-AMO |
   | CAROLINA BARCOS, PAUL MARTIN, | |
17 | MARILYN COUSART, ALESSANDRO DE LA | **DECLARATION OF ERIC P.** |
   | TORRE, VLADISSLAV VASSILEV, JANE | **TUTTLE RE STIPULATION TO** |
18 | DASCALOS, and minor G.R., individually, and | **SET BRIEFING SCHEDULE FOR** |
   | on behalf of all other similarly situated, | **DEFENDANT'S ANTICIPATED** |
19 | | **MOTION TO DISMISS FIRST** |
   | Plaintiffs, | **AMENDED COMPLAINT** |
20 | | |
   | v. | Judge: Hon. Araceli Martínez-Olguín |
21 | | |
   | GOOGLE LLC, | |
22 | | |
   | Defendant. | |
23

I, Eric P. Tuttle, declare as follows:

1. I am an attorney and a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant in this matter. I submit this declaration in support of the parties' Stipulation to Continue Case Management Conference and Authorize Briefs in Excess of Default Page Limits (the "Stipulation"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. The Parties previously stipulated to continue the Case Management Conference and related deadlines from October 26, 2023 to November 30, 2023 (ECF No. 22), which was so-ordered by the Court (ECF No. 23).

3. After Plaintiffs elected to file an amended complaint in lieu of opposing Defendants' motion to dismiss the original complaint and requested until January 5, 2024 to file the amended complaint, the Parties stipulated to further continue the Case Management Conference and related deadlines to February 22, 2024 (ECF No. 26), which was so-ordered by the Court (ECF No. 27.)

4. Since that stipulation, Plaintiffs filed a First Amended Complaint with 12 causes of action, adding four new causes action and three new plaintiffs.

5. Defendant believes it would be more efficient and orderly for the Case Management Conference to take place after the hearing on the motion to dismiss when the Parties anticipate there will be greater clarity concerning the scope of the case. In addition, David Kramer, lead counsel for defendant Google now has another hearing scheduled on the morning of February 22, 2024, the date previously set for the Case Management Conference.

6. No schedule for the case has been set, so the requested continuance would not affect the case schedule.

TUTTLE DECLARATION RE STIPULATION     -1-     CASE NO.: 3:23-CV-03440-AMO

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on January 31, 2024 at Seattle, Washington.

*/s/ Eric P. Tuttle*
Eric P. Tuttle
eric.tuttle@wsgr.com

*Counsel for Defendant*

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ David H. Kramer*
David H. Kramer