| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant* | RYAN J. CLARKSON, SBN 257074<br>Email: rclarkson@clarksonlawfirm.com<br>YANA HART, SBN 306499<br>Email: yhart@clarksonlawfirm.com<br>TIARA AVANESS, SBN 343928<br>Email: tavaness@clarksonlawfirm.com<br>VALTER MALKHASYAN, SBN 348491<br>Email: vmalkhasyan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>Tracey Cowan, SBN 250053<br>Email: tcowan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>93 3rd Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br><br>*Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND AUTHORIZE BRIEFS IN EXCESS OF DEFAULT PAGE LIMITS**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Defendant Google LLC and Plaintiffs Jill Leovy, Nicholas Guilak, Carolina Barcos, Paul Martin, Marilyn Cousart, Alessandro De La Torre, Vladisslav Vassilev, Jane Dascalos, and minor G.R. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their original Complaint on July 11, 2023 (ECF No. 1);

WHEREAS, Plaintiffs' original Complaint asserted ten causes of action over 85 pages, on behalf of 8 individual plaintiffs and two putative classes;

WHEREAS, the Court granted the Parties' stipulated request for up to 30 pages for Defendants' motion to dismiss the original Complaint and Plaintiffs' opposition to that motion (ECF No. 18);

WHEREAS, Defendant filed its motion to dismiss on October 16, 2023 (ECF No. 20);

WHEREAS, Plaintiffs elected to file a First Amended Complaint in lieu of opposition to Defendant's motion to dismiss, and the Court granted the Parties' stipulated request for Plaintiffs to file a First Amended Complaint by January 5, 2024 (ECF No. 27);

WHEREAS, Plaintiffs' First Amended Complaint (ECF No. 28) adds new allegations, claims, and plaintiffs, asserting 12 causes of action over 137 pages, on behalf of nine individual plaintiffs and three putative classes;

WHEREAS, Defendant anticipates moving to dismiss the First Amended Complaint;

WHEREAS, the Court so-ordered the Parties' stipulated briefing schedule for Defendants' anticipated motion to dismiss, with the motion due February 9, 2024; the opposition due March 15, 2024; and the reply due April 5, 2024 (ECF No. 30);

WHEREAS, in light of the number of allegations and causes of action in the First Amended Complaint compared to the original Complaint, and the Court's previous allowance of up to 30 pages for briefing concerning the original Complaint, the Parties request up to 35 pages for Defendant's motion to dismiss the First Amended Complaint and Plaintiffs' opposition brief, and up to 20 pages for Defendants' reply brief;

WHEREAS, the Parties anticipate that the motion to dismiss will be heard on May 16, 2024.

1      WHEREAS, lead counsel for Defendant has had a hearing in another matter scheduled on the morning of February 22, 2024, and thus now has a conflict on the date currently set for the Case Management Conference in this matter;

4      WHEREAS, the Parties agree that, in light of the First Amended Complaint and the anticipated motion to dismiss, it would be more efficient and orderly for the Case Management Conference to take place after the hearing on the motion to dismiss;

7      NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties agree, subject to the approval of the Court, as follows:

1. Defendant may file a memorandum in support of its motion to dismiss the First Amended Complaint of up to ~~35~~ 30 pages in length;

2. Plaintiffs may file a memorandum in opposition to Defendant's motion to dismiss of up to ~~35~~ 30 pages in length;

3. Defendant may file a reply memorandum in support of its motion to dismiss of up to ~~20~~ 17 pages in length;

4. the Initial Case Management Conference, currently scheduled for February 22, 2024 at 10 a.m., shall be continued to June 6, 2024 at 10 a.m., or such other time as the Court may order at the hearing on the motion to dismiss;

5. the Parties' joint case management statement shall be filed by May 30, 2024; and

6. the Parties shall make their Rule 26(a) initial disclosures by May 30, 2024.



IT IS SO ORDERED AS MODIFIED

Judge Araceli Martinez-Olguin

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND EXCEED PAGE LIMITS      -2-      CASE NO.: 3:23-CV-03440-AMO

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: January 31, 2024 | WILSON SONSINI GOODRICH & ROSATI |
| 3 |   | Professional Corporation |
| 4 |   | By:  */s/ David H. Kramer* |
|   |   |       David H. Kramer |
| 5 |   |       dkramer@wsgr.com |
| 6 |   | *Counsel for Defendant* |
| 8 | Dated: January 31, 2024 | CLARKSON LAW FIRM |
|   |   | Professional Corporation |
| 9 |   |   |
| 10 |   | By:  */s/ Yana Hart* |
|   |   |       Yana Hart |
| 11 |   |       yhart@clarksonlawfirm.com |
| 12 |   | *Counsel for Plaintiffs and the Proposed Classes* |

### **SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ David H. Kramer*
       David H. Kramer