UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK; CAROLINA BARCOS; PAUL MARTIN; MARILYN COUSART; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; JANE DASCALOS, and minor G.R., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Before this Court is Defendant Google LLC's Motion to Dismiss Amended Complaint. Having considered the parties' arguments and all other papers filed herein, Defendant's Motion is hereby GRANTED. Plaintiffs' Amended Complaint is dismissed with prejudice in its entirety for failure to comply with Rule 8. In addition, Plaintiffs' Amended Complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted, except the part of Count 12 alleging that Google infringed plaintiff Leovy's copyright by copying her book and using it to train Bard.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE