UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF MATERIALS INCORPORATED BY REFERENCE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge:  Hon. Araceli Martínez-Olguín |

Before this Court is Defendant Google LLC's Request for Judicial Notice and Consideration of Materials Incorporated by Reference in Support of Motion to Dismiss Amended Complaint. Having considered the parties' arguments and all other papers filed herein, Defendant's Request is hereby GRANTED. The Court takes judicial notice of the Google Privacy Policy, Google Terms of Service, Meta Privacy Policy, LinkedIn User Agreement, Yahoo Terms of Service, The Dropbox Privacy Policy, Reddit Privacy Policy, GitHub Privacy Statement, Spotify Privacy Policy, and California Senate Committee on the Judiciary Analysis of AB 375 referenced in Defendant's Request for Judicial Notice and Consideration of Materials Incorporated by Reference.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE