**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Tiara Avaness (SBN 343928)
*tavaness@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Tracey Cowan (SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JILL LEOVY, NICHOLAS GUILAK; CAROLINA BARCOS; PAUL MARTIN; MARILYN COUSART; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; JANE DASCALOS, and minor G.R., individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:23-cv-03440-AMO <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY VALTER MALKHASYAN** <br><br> Hon. Araceli Martinez-Olguin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Valter Malkhasyan of Clarkson Law Firm, P.C., hereby withdraws his appearance as counsel for Plaintiffs Jill Leovy, Nicholas Guilak, Carolina Barcos, Paul Martin, Marilyn Cousart, Alessandro De La Torre, Vladisslav Vassilev, Jane Dascalos, and minor G.R. ("**Plaintiffs**") in this action. Plaintiffs will continue to be represented by counsel at Clarkson Law Firm, P.C., and counsel of record for Plaintiffs will otherwise remain the same.

DATED: March 12, 2024                              **CLARKSON LAW FIRM, P.C.**

                                                    */s/ Yana Hart*
                                                    Yana Hart, Esq.

                                                    *Counsel for Plaintiffs*