DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*

RYAN J. CLARKSON, SBN 257074
Email: rclarkson@clarksonlawfirm.com
YANA HART, SBN 306499
Email: yhart@clarksonlawfirm.com
TIARA AVANESS, SBN 343928
Email: tavaness@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

TRACEY COWAN, SBN 250053
Email: tcowan@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
93 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

CASE NO.: 3:23-cv-03440-AMO

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT GOOGLE LLC'S MOTION TO DISMISS**

Judge: Hon. Araceli Martínez-Olguín

Defendant Google LLC and Plaintiffs Jill Leovy, Nicholas Guilak, Carolina Barcos, Paul Martin, Marilyn Cousart, Alessandro De La Torre, Vladisslav Vassilev, Jane Dascalos, and minor G.R. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on January 5, 2024 (ECF No. 28);

WHEREAS, Defendant moved to dismiss the First Amended Complaint on February 9, 2024 (ECF No. 33), Plaintiffs filed their opposition on March 15, 2024 (ECF No. 36), and Defendant filed its reply brief on April 5, 2024 (ECF No. 37);

WHEREAS, consistent with the Parties' prior stipulation (ECF No. 31), the hearing on Defendant's motion to dismiss was noticed for May 16, 2024 at 2 p.m. (ECF No. 33);

WHEREAS, the Parties stipulated in January that it would be more efficient and orderly for the Case Management Conference to take place after the hearing on the motion to dismiss (ECF No. 31), and the Court accordingly ordered that the Case Management Conference would be continued to June 6, 2024 at 10 a.m. (or such other time as the Court may order at the hearing on the motion to dismiss) (ECF No. 32);

WHEREAS, on April 30, 2024, the Court continued the hearing on Defendant's motion to dismiss from May 16, 2024 to August 22, 2024 at 2 p.m. (ECF No. 38);

WHEREAS, the Parties have agreed, subject to this Court's approval, that the hearing on Defendant's motion to dismiss should be continued by two weeks, from August 22, 2024 to September 5, 2024, to accommodate Defendant's counsel's unavailability;

WHEREAS, the Parties continue to agree that it would be most efficient and orderly for the Initial Case Management Conference to take place at or after the hearing on Defendant's motion to dismiss;

WHEREAS, not all counsel are available on September 12, 2024, and the Court's Scheduling Notes indicate that the Court is unavailable on September 19 and 26; and

WHEREAS, the Parties defer to the preference of the Court on whether to hold the Case Management Conference on the same day as the hearing on Defendant's motion to dismiss or on the next available date (October 3, 2024);

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties agree, subject to the approval of the Court, as follows:

1. the hearing on Defendant's motion to dismiss, currently scheduled for August 22, 2024 at 2 p.m., shall be continued to September 5, 2024 at 2 p.m.;
2. the Initial Case Management Conference, currently scheduled for June 6, 2024 at 10 a.m., shall be continued to [September 5, 2024] [October 3, 2024] at ___________, or such other time as the Court may order at the hearing on the motion to dismiss;
3. the Parties' joint case management statement shall be filed no later than one week prior to the Case Management Conference; and
4. the Parties shall make their Rule 26(a) initial disclosures no later than one week prior to the Case Management Conference.

Respectfully submitted,

Dated: May 14, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
David H. Kramer
dkramer@wsgr.com

*Counsel for Defendant*

Dated: May 14, 2024

CLARKSON LAW FIRM
Professional Corporation

By: */s/ Yana Hart*
Yana Hart
yhart@clarksonlawfirm.com

*Counsel for Plaintiffs and the Proposed Classes*

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
David H. Kramer

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:____________, 2024

______________________________________

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE