DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**DECLARATION OF ERIC P. TUTTLE RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT GOOGLE LLC'S MOTION TO DISMISS**<br><br>Judge: Hon. Araceli Martínez-Olguín |

I, Eric P. Tuttle, declare as follows:

1. I am an attorney and a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant in this matter. I submit this declaration in support of the parties' Stipulation to Continue Case Management Conference and Hearing on Defendant Google LLC's Motion to Dismiss (the "Stipulation"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. The Parties previously stipulated to continue the Case Management Conference and related deadlines from October 26, 2023 to November 30, 2023 (ECF No. 22), which was so-ordered by the Court (ECF No. 23).

3. After Plaintiffs elected to file an amended complaint in lieu of opposing Defendants' motion to dismiss the original complaint and requested until January 5, 2024 to file the amended complaint, the Parties stipulated to further continue the Case Management Conference and related deadlines to February 22, 2024 (ECF No. 26), which was so-ordered by the Court (ECF No. 27).

4. The Parties subsequently stipulated to further continue the Case Management Conference from February 22, 2024 to June 6, 2024, to follow the anticipated May 16 hearing on Defendant's motion to dismiss (ECF No. 31), which was so-ordered by the Court (ECF No. 32).

5. Defendant moved to dismiss the First Amended Complaint on February 9, 2024 (ECF No. 33), Plaintiffs filed their opposition on March 15, 2024 (ECF No. 36), and Defendant filed its reply brief on April 5, 2024 (ECF No. 37). The hearing on Defendant's motion to dismiss was noticed for May 16, 2024 at 2 p.m., per the Parties' stipulation. ECF Nos. 32, 33.

6. On April 30, 2024, the Court continued the hearing on Defendant's motion to dismiss from May 16, 2024 to August 22, 2024 at 2 p.m. ECF No. 38.

7. Counsel for Google has a pre-planned vacation that conflicts with the new hearing date of August 22, 2024.

8. The Parties' counsel have discussed and agreed to a two-week continuance of the hearing on Defendant's motion to dismiss, from August 22, 2024 to September 5, 2024, to a date on which counsel are available.

9. The Parties' counsel also discussed and agreed that it would be most efficient and orderly for the Initial Case Management Conference to take place after the hearing on Defendant's motion to dismiss, but counsel for Plaintiffs is unavailable on September 12, 2024, and the Court's Scheduling Notes indicate that the Court is unavailable on September 19 and 26, 2024. The Parties' counsel discussed and agreed that the Case Management Conference should be continued and that the Parties defer to the Court's preference on whether to set the Case Management Conference for the same day as the hearing on Defendant's motion to dismiss or the next available date (October 3, 2024).

10. No schedule for the case has been set, so the requested continuance would not affect the case schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2024 at Los Angeles, California.

*/s/ Eric P. Tuttle*
Eric P. Tuttle
eric.tuttle@wsgr.com

*Counsel for Defendant*

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
David H. Kramer