1  DAVID H. KRAMER, SBN 168452
   Email: dkramer@wsgr.com
2  MAURA L. REES, SBN 191698
   Email: mrees@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  ERIC P. TUTTLE, SBN 248440
   Email: eric.tuttle@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
9  Telephone: (206) 883-2500

10 *Counsel for Defendant*
   GOOGLE LLC
11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 | JILL LEOVY, NICHOLAS GUILAK, | CASE NO.: 3:23-cv-03440-AMO |
   | CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated, | **DEFENDANT GOOGLE LLC'S STATEMENT OF RECENT DECISION** |
   |  | Judge: Hon. Araceli Martínez-Olguín |
   | Plaintiffs, |  |
   | v. |  |
   | GOOGLE LLC, |  |
   | Defendant. |  |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Google LLC ("Google") respectfully submits this Statement of Recent Decision relevant to Google's pending Motion to Dismiss (ECF No. 33). In *Marilyn Cousart, et al., v. OpenAI LP, et al.,* No. 3:23-cv-04557-VC (N.D. Cal. May 24, 2024) ("*Cousart*"), Judge Chhabria granted defendants' motion to dismiss the complaint in its entirety for failure to comply with Rule 8—echoing an argument that Google advances in its own Motion to Dismiss. *See* ECF No. 33 at 4-7. The plaintiffs in *Cousart*, who include six of the Plaintiffs in this case, are also represented by counsel for the Plaintiffs in this case. A copy of the *Cousart* Order is attached hereto as **Exhibit 1**.

Dated: May 28, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
       David H. Kramer

*Counsel for Defendant* GOOGLE LLC