DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO.:  3:23-cv-03440-AMO <br><br> **DECLARATION OF MAURA L. REES IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Judge:  Hon. Araceli Martínez-Olguín |

1    I, Maura L. Rees, declare as follows:

2    1.    I am an attorney and a partner at the law firm of Wilson Sonsini Goodrich &

3  Rosati, P.C., counsel for Defendant Google LLC ("Google") in this matter. I submit this

4  declaration in support of Google's Administrative Motion to Consider Whether Cases Should be

5  Related ("Admin Motion"). I have personal knowledge of the facts set forth herein and, if called

6  as a witness, I could and would testify competently thereto.

7    2.    Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in

8  *Zhang, et al. v. Google LLC, et al.*, Case No. 5:24-cv-02531-EJD ("*Zhang*"), filed on April 26,

9  2024. In the Complaint, Plaintiffs Jingna Zhang, Sarah Andersen, Hope Larson, and Jessica Fink

10 assert that Google directly infringed their copyrights by training its Generative AI models on

11 their copyrighted content.

12   3.    On May 16, I connected by email with Christopher Young of Joseph Saveri Law

13 Firm, counsel for Plaintiffs in the *Zhang* action, to meet and confer about the issues raised in this

14 motion. On May 17, 2024, I spoke by telephone with Mr. Young about these issues. We

15 discussed the criteria for relation under Civ. L.R. 3-23, and Mr. Young indicated that the Zhang

16 Plaintiffs were likely to oppose the motion. Mr. Young confirmed this position by email on May

17 20, stating that "the core of *Leovy* appears to center around a different model and the theories of

18 harm involve different materials and different law."

19   4.    On May 17, my colleague, Eric Tuttle, contacted Yana A. Hart of Clarkson Law

20 Firm, counsel for Plaintiffs in this action, to meet and confer about the issues raised in this

21 motion. Mr. Tuttle and Ms. Hart spoke by telephone about these issues on May 20. Ms. Hart

22 indicated that she would consider the issues further and provide Plaintiffs' position. After

23 following up by email on May 29 and May 30, Mr. Tuttle and my colleague David Kramer again

24 spoke with counsel for Plaintiffs in this action about these issues on May 30. On the evening of

25 May 30, Ms. Hart responded via email that Plaintiffs in this action intend to oppose, stating that

26 "the nature and the scope of the claims and allegations are not substantially the same."

27

28

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct. Executed on May 31, 2024 at Palo Alto, California.

3

4                                                    /s/ Maura L. Rees
                                                     Maura L. Rees
5                                                    mrees@wsgr.com

6                                                    *Counsel for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ David H. Kramer*
David H. Kramer