UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**[PROPOSED] ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Before this Court is Defendant Google LLC's Administrative Motion to Consider Whether Cases Should Be Related. Having considered the relevant factors in Civil L.R. 3-12(a), the parties' arguments, and all other papers filed herein, the Court GRANTS the MOTION and DETERMINES that *Zhang, et al. v. Google LLC, et al.*, Case No. 5:24-cv-02531-EJD (N.D. Cal.) is related to the instant case, *Leovy, et al. v. Google LLC*, Case No. 3:23-cv-03440-AMO (N.D. Cal.).

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE