| | |
|---|---|
| 1 | DAVID H. KRAMER, SBN 168452 |
|  | Email: dkramer@wsgr.com |
| 2 | MAURA L. REES, SBN 191698 |
|  | Email: mrees@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|  | Professional Corporation |
| 4 | 650 Page Mill Road |
|  | Palo Alto, CA 94304-1050 |
| 5 | Telephone:  (650) 493-9300 |
| 6 | ERIC P. TUTTLE, SBN 248440 |
|  | Email: eric.tuttle@wsgr.com |
| 7 | WILSON SONSINI GOODRICH & ROSATI |
|  | Professional Corporation |
| 8 | 701 Fifth Avenue, Suite 5100 |
|  | Seattle, WA 98104-7036 |
| 9 | Telephone:  (206) 883-2500 |
| 10 | *Counsel for Defendant* |
|  | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated, | CASE NO.:  3:23-cv-03440-AMO |
| | **CERTIFICATE OF SERVICE** |
| | Judge:  Hon. Araceli Martínez-Olguín |
| Plaintiffs, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**1. DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**2. DECLARATION OF MAURA L. REES IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**3. EXHIBIT A TO THE DECLARATION OF MAURA L. REES IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**4. PROPOSED ORDER TO DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☒ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Elissa Buchanan (State Bar No. 249996)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, CA 94108

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027

Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Arielle S. Wagner (*pro hac vice*)
Eura Chang (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Pursuant to Civil Local Rules 3-12 and 7-11, I also lodged a courtesy copy of the motion and supporting papers with the chambers of Hon. Edward J. Davila, the assigned judge in *Zhang,*

1  *et al. v. Google LLC, et al.*, Case No. 5:24-cv-02531-EJD, via an express mail service for
2  guaranteed next day delivery.
3     I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
4  processing of documents for delivery according to instructions indicated above. In the ordinary
5  course of business, documents would be handled accordingly.

7     I declare under penalty of perjury under the laws of the United States of America and the
8  State of California that the foregoing is true and correct. Executed at San Mateo, California on
9  May 31, 2024.

*/s/ Deborah Grubbs*
Deborah Grubbs