1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>      *Plaintiffs*,<br><br> v.<br><br>Google LLC,<br><br>      *Defendant*. | Case No. 3:23-cv-3440-AMO<br><br>**[PROPOSED] ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Before this Court is Defendant Google LLC's Administrative Motion to Consider Whether Cases Should Be Related (ECF No. 42). Having considered the relevant factors in Civil L.R. 3-12(a), the parties' arguments, and all other papers filed herein, the Court DENIES the MOTION.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE ARACELI MARTINEZ-OLGUIN
UNITED STATE DISTRICT COURT JUDGE