# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK; CAROLINA BARCOS; PAUL MARTIN; MARILYN COUSART; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; JANE DASCALOS, and minor G.R., individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:23-cv-3440-AMO<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

# ORDER

On May 31, 2024, Defendant Google LLC ("**Defendant**"), filed an Administrative Motion to Consider Whether Cases Should be Related (the "**Motion**"). ECF No. 42. The Court, having considered the papers and pleadings on file, hereby DENIES the Motion.

**IT IS SO ORDERED.**

Dated: _____, 2024

                                                Hon. Araceli Martínez-Olguín
                                                United States District Judge