# EXHIBIT A



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Simple Search = ghettoside
Search Results: Displaying 1 of 1 entries



*GHETTOSIDE A True Story of Murder in America.*

| | |
|---|---|
| **Type of Work:** | Entry not found. |
| **Registration Number / Date:** | TX0008006633 / 2015-02-20 |
| **Application Title:** | GHETTOSIDE A True Story of Murder in America. |
| **Title:** | GHETTOSIDE A True Story of Murder in America. |
| **Description:** | Book, 366 p. |
| **Copyright Claimant:** | Jill Leovy. Address: c/o Scott Waxman Agency, Inc., 443 Park Avenue South #1004, New York, NY, 10016, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2015-01-27 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jill Leovy; Citizenship: United States. Authorship: Entire text excluding quotes from other sources. |
| **Pre-existing Material:** | Quotes from other sources. |
| **Basis of Claim:** | Entire text excluding quotes from other sources. |
| **Rights and Permissions:** | Spiegel & Grau, 1745 Broadway, 15th Floor, New York, NY, 10019, United States |
| **ISBN:** | 9780385529983 |
| **Names:** | Leovy, Jill |

**Save, Print and Email (Help Page)**

Select Download Format    Format for Print/Save

Enter your email address:    Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page