| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant* | RYAN J. CLARKSON, SBN 257074<br>Email: rclarkson@clarksonlawfirm.com<br>YANA HART, SBN 306499<br>Email: yhart@clarksonlawfirm.com<br>TIARA AVANESS, SBN 343928<br>Email: tavaness@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone: (213) 788-4050<br><br>TRACEY COWAN, SBN 250053<br>Email: tcowan@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>93 3rd Street, 2nd Floor<br>San Francisco, CA 94103<br>Telephone: (213) 788-4050<br><br>*Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLAINTIFF JILL LEOVY, individually, and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiff Jill Leovy and Defendant Google LLC, by and through their respective counsel of record, agree that Defendant's response to Plaintiff's Second Amended Class Action Complaint (ECF No. 47) shall be due on or before July 29, 2024.  This stipulated extension will not alter any deadline already fixed by Court order.

Respectfully submitted,

Dated:  July 3, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ David H. Kramer*
　　　David H. Kramer
　　　dkramer@wsgr.com

*Counsel for Defendant*

Dated:  July 3, 2024

CLARKSON LAW FIRM
Professional Corporation

By:  */s/ Yana Hart*
　　　Yana Hart
　　　yhart@clarksonlawfirm.com

*Counsel for Plaintiffs and the Proposed Classes*

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ David H. Kramer*
　　　David H. Kramer