DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:23-cv-03440-AMO<br><br>**DECLARATION OF ERIC P. TUTTLE IN SUPPORT OF RENEWED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Araceli Martínez-Olguín |

I, Eric P. Tuttle, declare as follows:

1. I am an attorney and a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Google LLC ("Google") in this matter. I submit this declaration in support of Google's Renewed Administrative Motion to Consider Whether Cases Should be Related. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *Zhang, et al. v. Google LLC, et al.*, Case No. 5:24-cv-02531-EJD ("*Zhang*"), filed on April 26, 2024.

3. On June 28, 2024, I contacted Yana A. Hart of Clarkson Law Firm, counsel for the Plaintiff in this *action*, to discuss the issues raised in this motion, among other things. On July 10, 2024, I received an email from Ms. Hart stating that counsel for Plaintiff in this action agree that the *Zhang* and *Leovy* cases are related.

4. On June 28, 2024, I also contacted Christopher Young of Joseph Saveri Law Firm, counsel for Plaintiffs in the *Zhang* action, to meet and confer about the issues raised in this *motion*. Mr. Young responded via email on July 2, indicating that the *Zhang* Plaintiffs were still evaluating the second amended *Leovy* complaint but at first glance it seemed entirely focused on language models and copyrighted works by authors, as opposed to artists; but that they were amenable to hearing why Google believed the cases should be related. I responded to Mr. Young on July 3 detailing why Google believes that the cases are related (consistent with the explanation provided in the accompanying administrative motion), offering to discuss further, and asking Mr. Young to provide the *Zhang* Plaintiffs' position after further consideration. On July 9, 2024, Mr. Young responded by email that the *Zhang* Plaintiffs would oppose relation, without further explanation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 11, 2024.

*/s/ Eric P. Tuttle*
Eric P. Tuttle
eric.tuttle@wsgr.com

*Counsel for Defendant* GOOGLE LLC

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:   */s/ David H. Kramer*
           David H. Kramer