# EXHIBIT A

| | |
|---|---|
| **From:** | Christopher Young |
| **To:** | Rees, Maura |
| **Subject:** | Re: Zhang v Google |
| **Date:** | Thursday, May 16, 2024 9:01:08 PM |
| **Attachments:** | image001.png |
| | image002.png |

Works for me. Talk to you then.

On May 16, 2024, at 8:45 PM, Rees, Maura <MRees@wsgr.com> wrote:

External (mrees@wsgr.com)

Report This Email  FAQ  Skout Email Protection

Thank you for getting back to me.  I can give you a call at 10 am on Friday, if that works.

**From:** Christopher Young <cyoung@saverilawfirm.com>
**Sent:** Thursday, May 16, 2024 5:05 PM
**To:** Rees, Maura <MRees@wsgr.com>
**Subject:** RE: Zhang v Google

EXT - cyoung@saverilawfirm.com

Hi Maura,

Tried you back. Zhang Plaintiffs do not think the Zhang and Leovy matters should be related.
They involve different transactions, property and events. Specifically, Leovy involves claims
against a large language model, Bard (including state law claims involving training on PII)
whereas the Zhang case involves another AI model entirely (i.e., Imagen, an image model)
and is strictly based on copyright claims.

Happy to discuss further. I have time tomorrow (Friday) in the A.M.

**Christopher**
**T** 415.500.6800 x807

<image001.png>

**From:** Rees, Maura <MRees@wsgr.com>
**Sent:** Thursday, May 16, 2024 11:07 AM
**To:** Christopher Young <cyoung@saverilawfirm.com>

**Subject:** Zhang v Google

Christopher,

I tried to call and left you a voicemail - if you have a minute, I'd like to discuss plaintiffs' position on relating the *Zhang v Google* case to the *Leovy v. Google* case that is already pending in the Northern District of California, as these cases meet the criteria for relation.  Please let me know if there's a time when you're available to discuss.

Best regards,
Maura

<image002.png>

**Maura L. Rees (she/her) | Partner | Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road | Palo Alto, CA 94304-1050 | direct: 650.320.4780 | mrees@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.