# EXHIBIT B

| | |
|---|---|
| From: | Huang, Qifan |
| To: | Joseph Saveri; Cadio Zirpoli; Christopher Young; Elissa A. Buchanan; Matthew Butterick; bdclark@locklaw.com; lmmatson@locklaw.com; aswagner@locklaw.com; echang@locklaw.com |
| Cc: | Kramer, David; Rees, Maura; Tuttle, Eric |
| Subject: | Jill Leovy, et al. v. Google LLC; Case No. 3:23-cv-03440-AMO (N.D. Cal.) |
| Date: | Friday, May 31, 2024 4:58:24 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | 2024-05-31 Administrative Motion to Consider Whether Cases Should be Related.zip |

**Caution**: External (qhuang@wsgr.com)

First-Time Sender   Details

Report This Email   FAQ   Skout Email Protection

You don't often get email from qhuang@wsgr.com. Learn why this is important

Counsel,

Please find attached a copy of Defendant Google LLC's Administrative Motion to Consider Whether Cases Should be Related and accompanying papers, filed today in *Jill Leovy, et al. v. Google LLC*, No. 3:23-cv-03440-AMO (N.D. Cal.). As indicated in the Certificate of Service, a physical copy has been overnighted to your address listed on ECF.

Very truly yours,
Qifan Huang



**Qifan Huang | Associate | Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road | Palo Alto, CA 94304-1050 | direct: 650.849.3456 | qhuang@wsgr.com



This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.