| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064) | Laura M. Matson *(pro hac vice)* |
| **JOSEPH SAVERI LAW FIRM, LLP** | **LOCKRIDGE GRINDAL NAUEN PLLP** |
| 601 California Street, Suite 1505 | 100 Washington Avenue South, Suite 2200 |
| San Francisco, CA 94108 | Minneapolis, MN 55401 |
| Telephone: (415) 500-6800 | Telephone: (612) 339-6900 |
| Facsimile: (415) 395-9940 | Facsimile: (612) 339-0981 |
| Email: jsaveri@saverilawfirm.com | Email: lmmatson@locklaw.com |

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL LEOVY, NICHOLAS GUILAK, CAROLINA BARCOS, PAUL MARTIN, MARILYN COUSART, ALESSANDRO DE LA TORRE, VLADISSLAV VASSILEV, JANE DASCALOS, and minor G.R., individually, and on behalf of all other similarly situated,<br><br>                *Plaintiffs*,<br><br>   v.<br><br>Google LLC,<br><br>                *Defendant*. | Case No. 3:23-cv-03440-AMO<br><br>**PROPOSED ORDER RE. *ZHANG* PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (CIV. L.R. 7-9)** |

1   Finding good cause, the Court **GRANTS** the *Zhang* Plaintiffs' Motion for Leave to File
2   Motion for Reconsideration (Civ. L.R. 7-9).
3
4   **IT IS SO ORDERED.**
5
6   Dated: _____
7
8                                              _____
                                               HON. Araceli Martínez-Olguín
                                               United States District Judge
9