| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (CA SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Yana Hart (CA SBN 306499)<br>yhart@clarksonlawfirm.com<br>Tiara Avaness (CA SBN 343928)<br>tavaness@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br><br>**CLARKSON LAW FIRM, P.C.**<br>Tracey Cowan (CA SBN 250053)<br>tcowan@clarksonlawfirm.com<br>95 3rd St., 2nd Floor<br>San Francisco, CA 94103<br>Tel: (213) 788-4050<br><br>*Counsel for Plaintiff and the Proposed Classes* | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br>David H. Kramer, SBN 168452<br>Maura L. Rees, SBN 191698<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>Email: dkramer@wsgr.com<br>Email: mrees@wsgr.com<br><br>**WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br>Eric P. Tuttle, SBN 248440<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Tel: (206) 883-2500<br>Email: eric.tuttle@wsgr.com<br><br>*Counsel for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL LEOVY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:23-cv-03440-AMO<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>*As Modified by the Court*<br><br>[Proposed Order filed concurrently herewith]<br><br>Complaint Filed: July 11, 2023<br>FAC Filed: January 5, 2024<br>SAC Filed: June 27, 2024 |

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Through their undersigned counsel, Plaintiff Jill Leovy ("**Plaintiff**") and Defendant Google LLC ("**Defendant**") (collectively, "**Parties**"), by and through their respective counsel, jointly request that the Court modify the briefing schedule on Defendant's Motion to Dismiss (DKT. No. 55). In support of their stipulated request, the counsel for the Parties declare as follows:

1. WHEREAS, On July 29, 2024, Defendant filed its Motion to Dismiss Plaintiff's Second Amended Complaint ("**Motion**" or "**Motion to Dismiss**") (DKT No. 55), which is set for hearing on December 19, 2024, before the Honorable Araceli Martínez-Olguín;

2. WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's Opposition to Defendant's Motion is currently due on August 12, 2024;

3. WHEREAS, pursuant to Local Rule 7-3(c), Defendant's Reply Brief in support of its Motion is currently due on August 19, 2024;

4. WHEREAS, on July 30, 2024, Plaintiff's counsel conferred with Defense counsel regarding the Parties' briefing schedule, and current scheduling conflicts. The Parties agreed to a briefing schedule to accommodate one another.

5. The requested extension will not prejudice either party. The hearing on Defendant's Motion is currently set for December 2024, and the proposed briefing will be submitted months in advance of the anticipated hearing.

**NOW, THEREFORE**, the Parties hereby jointly stipulate that the Court approve the Parties' proposed briefing schedule associated with Defendant's Motion, as follows:

a. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before August 22, 2024; and

b. Defendant's Reply in Support of its Motion to Dismiss shall be filed on or before September 12, 2024.

c. The hearing on Motion to Dismiss currently set for December 19, 2024, shall remain unchanged.

**IT IS SO STIPULATED.**

1
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: July 31, 2024 | **CLARKSON LAW FIRM, P.C.** |
| 2 | | */s/ Yana Hart* |
| 3 | | Yana Hart, Esq. |
| 4 | | *Attorneys for Plaintiff and the Proposed Classes* |
| 6 | DATED: July 31, 2024 | **WILSON SONSINI GOODRICH & ROSATI** |
| 7 | | **Professional Corporation** |
| 8 | | */s/ Eric P. Tuttle* |
| 9 | | Eric P. Tuttle, Esq. |
| 10 | | *Attorneys for Defendant Google LLC* |

2

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 31, 2024                             **CLARKSON LAW FIRM, P.C.**

                                                 */s/ Yana Hart*
                                                 Yana Hart, Esq.

[PROPOSED] ORDER  *As Modified by the Court*

The Court having reviewed and considered the Parties' Joint Stipulation to Modify Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (DKT No. 55), and good cause appearing, hereby grants the Joint Stipulation as follows:

 a. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before August 22, 2024; and

 b. Defendant's Reply in Support of its Motion to Dismiss shall be filed on or before September 12, 2024.

 c. ~~The hearing on Motion to Dismiss currently set for December 19, 2024, shall remain unchanged.~~

 c. The hearing on the Motion to Dismiss, currently set for December 19, 2024, remains on calendar for that date but may be re-set as the Court's calendar requires.

**IT IS SO ORDERED.**

DATED: August 1, 2024

_____
Hon. Araceli Martínez-Olguín
United States District Court Judge

---

4
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT