1  DAVID H. KRAMER, SBN 168452
   Email: dkramer@wsgr.com
2  MAURA L. REES, SBN 191698
   Email: mrees@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  ERIC P. TUTTLE, SBN 248440
   Email: eric.tuttle@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
9  Telephone: (206) 883-2500

10 *Counsel for Defendants*
   GOOGLE LLC and ALPHABET INC.
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

| | |
|---|---|
| JILL LEOVY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 5:23-cv-03440-EKL<br><br>**DECLARATION OF PAUL J. SAMPSON IN SUPPORT OF DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S MOTION TO CONSOLIDATE**<br><br>Date:         December 18, 2024<br>Time:         10:00 a.m.<br>Courtroom: 7<br>Judge:        Hon. Eumi K. Lee |
| JINGNA ZHANG, an individual; SARAH ANDERSEN, an individual; HOPE LARSON, an individual; and JESSICA FINK, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | CASE NO.: 5:24-cv-02531-EKL |

1  I, Paul J. Sampson, declare as follows:

2  1. I am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Google, LLC and Alphabet, Inc. (collectively, "Defendants") in this matter. I submit this declaration in support of Defendants' Motion to Consolidate. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26, dated September 24, 2024, and served by Plaintiffs in *Zhang v. Google LLC*, No. 5:24-cv-02531-EKL. In these initial disclosures, the *Zhang* Plaintiffs identify 23 of Defendants' executives and employees by name and claim that these individuals and additional "unknown executives and employees" of Google and Alphabet possess information relevant to their lawsuit, including information broadly concerning Defendants' generative artificial intelligence efforts. *See* Ex. A at 3-10; *see also id.* at 3 ("Details regarding the technical development and deployment of AI models at Google"); *id.* at 3-4 ("Insights into Google's AI research strategies, model training processes, and the use of large datasets, including potentially copyrighted materials, for training AI."); *id.* at 6 ("Details on the technical aspects of deep learning and model training processes, as well as the ethical implications of AI development involving potentially copyrighted materials."); *id.* at 10 ("Details about internal communications, discussions, or directives concerning AI ethics, data governance, and the deployment of generative AI technologies.").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2024.

*/s/ Paul J. Sampson*
Paul J. Sampson
psampson@wsgr.com

*Counsel for Defendants*
GOOGLE LLC *and* ALPHABET INC.

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
David H. Kramer