Ryan J. Clarkson, SBN 257074
Email: rclarkson@clarksonlawfirm.com
Yana Hart, SBN 306499
Email: yhart@clarksonlawfirm.com
Mark I. Richards, SBN 321252
Email: mrichards@clarksonlawfirm.com
Tiara Avaness, SBN 343928
Email: tavaness@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

Joseph R. Saveri, SBN 130064
Email: jsaveri@saverilawfirm.com
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800

*Counsel for Plaintiffs*
JILL LEOVY, JINGNA ZHANG, SARAH ANDERSEN, HOPE LARSON, JESSICA FINK, AND THE PROPOSED CLASS

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation*, | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**PLAINTIFFS' [PROPOSED] SCHEDULING ORDER**<br><br>Date: December 18, 2024<br>Time: 1:30 PM<br>Place: Videoconference<br>Judge: Hon. Eumi K. Lee |

Plaintiffs Jill Leovy, Jingna Zhang, Sarah Andersen, Hope Larson, and Jessica Fink (collectively "Plaintiffs") submit the Proposed Scheduling Order as attached as Exhibit A pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9.

**PREMABLE**

Plaintiffs submit this separate proposed schedule despite their best efforts to reach agreement with Google on a joint filing into the early hours of the morning. The parties reached impasse, however, upon the contents of Exhibit A (Proposed Scheduling Order(s)).

On filing day, at 3:47 PM, Defendants submitted a revised Exhibit A, appending two pages of new argument and extensive case law. Despite further negotiation, Google refused to agree to a joint filing unless its new argument and case law were included in Exhibit A. At 1:14 am PT/4:14 am ET, Google agreed not to revise the joint statement further, but insisted upon including its argument and new case law in its proposed schedule A.

Given these circumstances, Plaintiffs respectfully request that the Court disregard any arguments accompanying Google's proposed schedule and consider the schedules themselves on their merit.

Dated: December 5, 2024

By: */s/ Yana Hart*

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Mark I. Richards (SBN 321252)
Tiara Avaness (SBN 343928)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com
tavaness@clarksonlawfirm.com

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108

Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@buttericklaw.com

Brian D. Clark (admitted *pro hac vice)*
Laura M. Matson (admitted *pro hac vice)*
Arielle Wagner (admitted *pro hac vice)*
Eura Chang (admitted *pro hac vice)*
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612)339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (*admitted pro hac vice)*
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, New York 10603
Telephone: (415) 445-4006
gmullens@bfalaw.com

*Counsel for Plaintiffs*
JILL LEOVY, JINGNA ZHANG, SARAH ANDERSEN, HOPE LARSON, JESSICA FINK, AND THE PROPOSED CLASS

**EXHIBIT A**

**Plaintiffs' Proposed Schedule**

| **Event** | **Plaintiffs' Proposed Schedule** |
|---|---|
| Case Management Conference | December 18, 2024 |
| Deadline to file Consolidated Amended Complaint | December 20, 2024 |
| Deadline to Submit Initial Disclosures | January 10, 2025 |
| Defendants shall answer or move to Dismiss the Consolidated Amended Complaint | January 17, 2025 |
| Parties must submit stipulated ESI Protocol or file 10-page joint letter brief. The Parties shall simultaneously exchange sections of the joint letter brief in two phases with agreed-upon deadlines prior to the submitting to the Court | January 17, 2025 |
| Parties must submit stipulated Protective Order or file 10-page joint letter brief. The Parties shall simultaneously exchange sections of the joint letter brief in two phases with agreed-upon deadlines prior to the submitting to the Court | January 17, 2025 |
| Producing parties propose document custodians, non-custodial document sources, search terms, any agreed-upon or required custodian cellphone information ("Producing Party's Proposal") | January 31, 2025 |
| Requesting parties propose additional custodians and non-custodian document sources, and any additional search terms ("Requesting Party's Proposal") | February 6, 2025 |
| Plaintiffs shall file Opposition to Motion to Dismiss | February 7, 2025 |
| Phase 1 Data Production: Defendant shall (1) produce a sample production of model data, training data, and data from its relevant Structured Data databases, and (2) all documents/data related to the Named Plaintiffs' copyright works | February 14, 2025 |

| Event | Plaintiffs' Proposed Schedule |
|---|---|
| Date by which parties must submit an agreed upon deposition protocol or a joint letter brief regarding any disputed areas | February 14, 2025 |
| Producing party to accept or reject the Requesting Party's Proposal | February 20, 2025 |
| Parties shall complete their meet and confer process regarding Defendants' Model Data, training data, and Structured Data sample, including raising any questions about the sample productions | February 20, 2025 |
| Defendant shall file a Reply in Support of Motion to Dismiss | February 21, 2025 |
| Date by which parties are to submit joint letter brief to the Court regarding areas of dispute on custodial and non-custodial document sources (if any) and disputed search terms (if any) | February 27, 2025 |
| Defendant shall answer questions about the form and contents of its Model Data, training data, and Structured Data and any perceived deficiencies therein to facilitate the timely production of agreed upon Model Data and Structured Data | March 14, 2025 |
| Date by which parties must submit an agreed upon protocol for the authentication and qualification of documents as business records or a joint letter brief regarding any disputed areas. | March 20, 2025 |
| Phase 2 Data Production: Deadline for production of Model Data and Structured Data | April 16, 2025 |
| **Mid-Discovery Case Management Statement** | **May 1, 2025** |
| Substantial completion of production of documents and unstructured data in response to discovery requests | May 21, 2025 |
| Deadline for Producing party to complete production of privilege logs for any | May 28, 2025 |

| **Event** | **Plaintiffs' Proposed Schedule** |
|---|---|
| documents redacted or withheld on the basis of any privilege to date.<br><br>Privilege logs for documents reviewed in connection with a given production of documents should be produced concurrently with or shortly after each such document production | |
| Producing parties to file certifications of substantial completion of document productions and production of privilege logs, specifying any categories of requested documents not yet produced to the requesting party, and the volume of documents left to review for privilege | May 28, 2025 |
| Final Case Management Conference | August 27, 2025 |
| End of Fact Depositions | October 1, 2025 |
| Deadline to Complete ADR | October 3, 2025 |
| **Close of Fact Discovery** | **October 17, 2025** |
| Deadline for Amended Pleadings | October 29, 2025 |
| Filing of Opening Expert Report(s) on which respective Parties have burden of proof. | December 9, 2025 |
| Filing of Responsive Expert Report(s). | January 20, 2026 |
| Filing of Reply Expert Report(s) | February 6, 2026 |
| Close of Expert Discovery | February 17, 2026 |
| Filing of Class Certification Motion | March 9, 2026 |
| Filing of Summary Judgment and *Daubert* Motions | April 8, 2026 |
| Filing of Opposition to Class Certification | April 6, 2026 |

| **Event** | **Plaintiffs' Proposed Schedule** |
|---|---|
| Filing of Opposition to Summary Judgment and *Daubert* Motions | May 8, 2026 |
| Filing of Reply in Support of Class Certification | April 27, 2026 |
| Filing of Reply in Support of Summary Judgment and *Daubert* Motion | May 29, 2026 |
| Close of Briefing on Summary Judgment, *Daubert*, and Class Certification | June 1, 2026 |
| Hearings on Summary Judgment, *Daubert* Motions, and Class Certification Motions | *At the Court's convenience* |
| Joint Pretrial Conference Statement | September 1, 2026 |
| Final Pretrial Conference | September 15, 2026 |
| Trial | October 12, 2026 |

**CASE MANAGEMENT ORDER**

The above PLAINTIFFS' PROPOSED SCHEDULING ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

**IT IS SO ORDERED.**

Dated:

________________________________________

HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE