UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION | Master File Case No. 23-cv-03440-EKL<br><br>**CASE MANAGEMENT & SCHEDULING ORDER** |

On December 18, 2024, the parties appeared before Judge Eumi K. Lee for a case management conference. The Court ORDERS as follows:

(1) The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4) The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

1  IT IS FURTHER ORDERED that mid-discovery case management statement is due May 1, 2025.  The statement shall address the status of the case and any other matters that warrant the Court's attention.

IT IS FURTHER ORDERED that a further case management conference is scheduled for August 27, 2025, at 1:30 p.m. via Zoom video.  An updated joint case management statement is due fourteen days before the case management conference.  The statement need not repeat the information in previous statements.

IT IS FURTHER ORDERED that Plaintiffs shall move for class certification by no later than August 8, 2025.  The last day to hear the class certification motion is December 10, 2025.  The parties shall meet and confer regarding the schedule for the class certification opposition and reply briefs, as well as expert discovery and *Daubert* motions related to class certification issues.  The parties shall address these issues in the mid-discovery case management statement.

IT IS FURTHER ORDERED that this case is referred to private mediation.  By October 3, 2025, the parties shall hold an initial ADR session with their chosen mediator.  Within seven days after the initial ADR session, the parties shall file a joint status report identifying the parties' mediator and confirming that the initial ADR session was completed.  The status report shall state the outcome of the session and the parties' proposals for further ADR efforts if the initial ADR session was unsuccessful.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
| --- | --- |
| Case management conference held | December 18, 2024 |
| Deadline to file consolidated amended complaint | December 20, 2024 |
| Deadline to amend pleadings or add parties (without leave of court) | December 20, 2024 |
| Deadline to serve initial disclosures | January 10, 2025 |
| Defendants shall answer or move to dismiss the consolidated amended complaint | January 17, 2025 |

2

| Event | Deadline |
|---|---|
| Plaintiffs shall file opposition to motion to dismiss | February 7, 2025 |
| Defendant shall file a reply in support of their motion to dismiss | February 21, 2025 |
| Mid-discovery case management statement due | May 1, 2025 |
| Last day to move for class certification | August 8, 2025 |
| Further case management conference | August 27, 2025 |
| Deadline to complete ADR | October 3, 2025 |
| Close of fact discovery | October 17, 2025 |
| Disclosure of opening expert report(s) on which respective parties have burden of proof (merits issues) | November 12, 2025 |
| Last day to hear class certification motion | December 10, 2025 |
| Disclosure of responsive expert report(s) (merits issues) | December 23, 2025 |
| Disclosure of reply expert report(s) (merits issues) | January 27, 2026 |
| Close of expert discovery | February 17, 2026 |
| Filing of summary judgment and *Daubert* motions | March 4, 2026 |
| Filing of opposition to summary judgment and *Daubert* motions | March 25, 2026 |
| Filing of reply in support of summary judgment and *Daubert* motions | April 8, 2026 |
| Last to hear summary judgment and *Daubert* motions | May 6, 2026 |
| Final pretrial conference | August 12, 2026 |
| Jury trial (est. 10 to 14 days) | September 14, 2026 |

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).

**IT IS SO ORDERED.**

Dated: December 20, 2024



Eumi K. Lee
United States District Judge