[Counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *In Re Google Generative AI Copyright Litigation* | Case No. 5:23-cv-03440-EKL<br><br>Consolidated Case No. 5:24-cv-02531-EKL<br><br>**STIPULATION & [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO STRIKE AND REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Eumi K. Lee |

The parties to the above-referenced action, through their respective counsel of record, hereby stipulate to the following regarding the time to respond to Defendants' Motion to Strike and Request for Judicial Notice:

WHEREAS, Defendants filed a Motion to Dismiss the Consolidated Amended Complaint on January 17, 2025, Dkt. No. 95 ("Motion to Dismiss");

WHEREAS, Defendants simultaneously filed a Request for Judicial Notice and Consideration of Materials Incorporated by Reference in Support of the Motion to Dismiss the Consolidated Complaint, Dkt. No. 96 ("Request for Judicial Notice"), and a Motion to Strike Class Allegations, Dkt. No. 98 ("Motion to Strike");

WHEREAS, pursuant to the Court's Order at Dkt. No. 88, Plaintiffs' deadline to respond to the Motion to Dismiss is February 7, 2025, and Defendants' deadline to file a reply in support of the Motion to Dismiss is February 21, 2025;

WHEREAS, in the absence of a clarifying court order and pursuant to the local rules, Plaintiffs' deadline to respond to the Request for Judicial Notice and the Motion to Strike may be January 31, 2025, and Defendants' deadline for reply briefs may be February 7, 2025;

WHEREAS, Defendants' Motion to Dismiss and Motion to Strike are both noticed for hearing on April 23, 2025 at 10:00 a.m.; and

WHEREAS, the Parties agree that, for efficiency and consistency, responses and replies to all of these motions should be submitted simultaneously;

It is hereby stipulated as follows:

1. Plaintiffs' Responses to the Motion to Strike and the Request for Judicial Notice shall be due on February 7, 2025, the same date that Plaintiffs' Response to the Motion to Dismiss is due;

2. Defendants' Replies in Support of the Motion to Strike and the Request for Judicial Notice shall be due on February 21, 2025, the same date that Defendants' Reply in Support of the Motion to Dismiss is due; and

3. The hearing on Defendants' Motion to Dismiss and Motion to Strike is unaffected by this order and remains set for April 23, 2025.

1 **IT IS SO STIPULATED.**

4 [Signature Pages Follow]

Dated: January 24, 2025

Respectfully Submitted,

By:     */s/ Joseph R. Saveri*

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Evan Creutz (State Bar No. 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
      czirpoli@saverilawfirm.com
      cyoung@saverilawfirm.com
      eabuchanan@saverilawfirm.com
      ecreutz@saverilawfirm.com

Lesley E. Weaver (State Bar No. 191305)
Anne K. Davis (State Bar No. 267909)
Joshua D. Samra (State Bar No. 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Email: lweaver@bfalaw.com
      adavis@bfalaw.com
      jsamra@bfalaw.com

Gregory S. Mullens (*pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Telephone: (415) 445-4006
Email: gmullens@bfalaw.com

Ryan J. Clarkson (State Bar No. 257074)
Yana Hart (State Bar No. 306499)
Mark I. Richards (State Bar No. 321252)
Tiara Aveness (State Bar No. 343928)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
      yhart@clarksonlawfirm.com
      mrichards@clarksonlawfirm.com
      tavaness@clarksonlawfirm.com

Tracey Cowan (State Bar No. 250053)
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Telephone (213) 788-4050
Email: tcowan@clarksonlawfirm.com

Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Arielle Wagner (*pro hac vice*)
Eura Chang (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:     (612)339-0981
Email: bdclark@locklaw.com
            lmmatson@locklaw.com
            aswagner@locklaw.com
            echang@locklaw.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butterlcklaw.com


*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: January 24, 2025 | Respectfully Submitted,<br> /s/ Paul J. Sampson<br>David H. Kramer (SBN 168452)<br>Maura L. Rees (SBN 191698)<br>**WILSON SONSINI GOODRICH & ROSATI P.C.**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>dkramer@wsgr.com<br>mrees@wsgr.com<br><br>Eric P. Tuttle (SBN 248440)<br>**WILSON SONSINI GOODRICH & ROSATI P.C.**<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br>Eric.tuttle@wsgr.com<br><br>Paul J. Sampson (*pro hac vice*)<br>**WILSON SONSINI GOODRICH & ROSATI P.C.**<br>15 West South Temple<br>Gateway Tower West, Suite 1700<br>Salt Lake City, UT 84101-1560<br>Telephone: (801) 401-8541<br>psampson@wsgr.com<br><br>*Attorneys for Defendants Google LLC and Alphabet Inc.* |

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____January 24_____, 2025        _____
                                            Hon. Eumi K. Lee
                                            United States District Court Judge