Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 797-2617
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Tel. (415) 445-4006
gmullens@bfalaw.com

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Evan A. Creutz (State Bar. No. 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               ecreutz@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL<br>Consolidated Case No. 5:24-cv-02531-EKL<br><br>**DECLARATION OF GREGORY S. MULLENS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:       April 23, 2025<br>Time:       10:00 a.m.<br>Courtroom:  7<br>Judge:      Hon. Eumi K. Lee |

I, Gregory S. Mullens, hereby declare as follows:

1. I am admitted *pro hac vice* before this Court and Of Counsel with Bleichmar Fonti & Auld LLP, one of the law firms representing Plaintiffs in this matter. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Strike Class Allegations (ECF No. 98).

3. Following the parties' December 6, 2024 meet and confer, counsel for Defendants called Plaintiffs' counsel to ask whether Plaintiffs would be amending their class definition. Plaintiffs' counsel confirmed that the class definition would be amended to reflect consolidation of the *Leovy* and *Zhang* matters. At no point thereafter, including during the December 13, 2024 meet and confer on Defendants' anticipated bases for moving to dismiss the Consolidated Amended Complaint, did Defendants inform Plaintiffs' counsel that they also intended to move to strike Plaintiffs' class allegations, and through that motion to strike, seek bifurcation.

4. On January 30, 2025, Plaintiffs proposed a stipulation whereby the Defendants agreed to withdraw their motion to strike, and the parties agreed to amend the class definition in the Consolidated Class Action Complaint, ECF No. 91 ¶ 164, as follows:

> *All persons or entities domiciled in the United States who owned a United States copyright in any work used by Google to train Google's Generative AI Models during the Class Period.*

The Proposed Stipulation, dated January 30, 2025, is attached hereto as **Exhibit A**.

5. Defendants did not agree to the Proposed Stipulation and Plaintiffs sought to meet and confer on it.

6. February 6, 2025 at 3:30 p.m. PT was the earliest date and time that Defendants were willing to confer on Plaintiffs' proposed stipulation.

7. On February 6, 2025, at approximately 3:15 p.m. PT, Plaintiffs sent Defendants a Revised Proposed Stipulation that did not call for the withdrawal of Defendants' motion to strike and only called for amendment of the class definition, as set forth above, to address the alleged fail-safe issue. The Revised Proposed Stipulation, dated February 6, 2025, is attached hereto as **Exhibit B**.

8.     Following the parties' meet and confer on February 6, 2025, Google indicated that it would not agree to the revised proposed stipulation.

*****

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February, 2025, at Oakland, California.

<i>/s/ Gregory S. Mullens</i><br>
Gregory S. Mullens

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2025, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver