
| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendants*<br>GOOGLE LLC AND ALPHABET INC. | LESLEY E. WEAVER. SBN 191305<br>Email: lweaver@bfalaw.com<br>ANNE K. DAVIS, SBN 267909<br>Email: adavis@bfalaw.com<br>JOSHUA A. SAMRA, SBN 313050<br>Email: jsamra@bfalaw.com<br>BLEICHMAR FONTI & AULD LLP<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Telephone: (415) 445-4003<br><br>GREGORY MULLENS (admitted *pro hac vice*)<br>Email: gmullens@bfalaw.com<br>BLEICHMAR FONTI & AULD LLP<br>75 Virginia Road, 2nd Floor<br>White Plains, NY 10603<br>Telephone: (415) 445-4006<br><br>*Interim Co-Lead Counsel for Plaintiffs and<br>the Proposed Class [Additional Counsel on<br>Signature Page]* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RE-SUBMIT HYPERLINK AGREEMENT OR DISPUTE TO THE COURT** |

1    Plaintiffs Steve Almond, Sarah Andersen, Burl Barer, Jessica Fink, Kirsten Hubbard, Hope
2 Larson, Mike Lemos, Jill Leovy, Connie McLennan, and Jingna Zhang ("Plaintiffs") and
3 Defendants Google LLC and Alphabet Inc. ("Defendants") (collectively, "the Parties"), by and
4 through their respective counsel of record, hereby stipulate as follows:
5    WHEREAS, on April 3, 2025, the Court ruled on the Parties' joint discovery letter
6 concerning disputed provisions of a protective order and ESI protocol (the "Order") (*see* Dkt. Nos.
7 117, 117-1);
8    WHEREAS, in making its ruling, the Court concluded it had insufficient information
9 regarding Plaintiffs' proposal concerning hyperlinked document metadata (*see* Dkt. 117-1);
10    WHEREAS, the Court directed the Parties to meet and confer regarding Plaintiffs'
11 proposal and, in the event the Parties cannot reach agreement, to re-submit the issue for the
12 Court's consideration by no later than April 9, 2025 (*see id.*);
13    WHEREAS, the Parties have met and conferred pursuant to the Court's Order and, subject
14 to the Court's approval, have agreed that the deadline to re-submit the hyperlink dispute should be
15 extended to April 11, 2025;
16    WHEREAS, a modest extension of time will allow Defendants to complete their
17 investigation regarding the feasibility of Plaintiffs' hyperlink proposal, and will promote informed
18 meet and confers that may narrow or eliminate the Parties' hyperlink dispute;
19    WHEREAS, this stipulated request is being made in the interests of judicial economy and
20 in good faith, is not for the purpose of delay, and will not prejudice any of the Parties; and
21    WHEREAS, the requested time modification will not affect any other deadlines for this
22 case;
23    NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2
24 and 7-12, and with Defendants and Plaintiffs reserving all rights and defenses, IT IS HEREBY
25 STIPULATED by and between the Parties, subject to the approval of the Court, that:
26    The deadline to re-submit the Parties' hyperlink dispute for the Court's consideration is
27 extended from April 9, 2025 to April 11, 2025.
28

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: April 9, 2025 | By: */s/ David H. Kramer* |

David H. Kramer, SBN 168452
Email: dkramer@wsgr.com
Maura L. Rees, SBN 191698
Email: mrees@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Eric P. Tuttle, SBN 248440
Email: eric.tuttle@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

Paul J. Sampson (admitted *pro hac vice*)
Email: psampson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
95 S State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8541

*Counsel for Defendants*
GOOGLE LLC AND ALPHABET INC.

Dated: April 9, 2025             By: */s/ Stephen J. Teti*

LESLEY E. WEAVER, SBN 191305
Email: lweaver@bfalaw.com
JOSHUA A. SAMRA, SBN 313050
Email: jsamra@bfalaw.com
ANNE K. DAVIS, SBN 267909
Email: adavis@bfalaw.com
**BLEICHMAR FONTI & AULD LLP**
1130 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003

GREGORY MULLENS (admitted *pro hac vice*)
Email: gmullens@bfalaw.com
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Telephone: (415) 445-4003

JOSEPH R. SAVERI, SBN 130064
Email: jsaveri@saverilawfirm.com

CADIO ZIRPOLI, SBN 179108
Email: czirpoli@saverilawfirm.com
CHRISTOPHER K.L. YOUNG, SBN 318371
Email: cyoung@saverilawfirm.com
ELISSA A. BUCHANAN, SBN 249996
Email: eabuchanan@saverilawfirm.com
EVAN A. CREUTZ, SBN 349728
Email: ecreutz@saverilawfirm.com
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

MATTHEW BUTTERICK, SBN 250953
Email: mb@butericklaw.com
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632

STEPHEN J. TETI (admitted *pro hac vice*)
Email: sjteti@locklaw.com
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin St., Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701

BRIAN D. CLARK (admitted *pro hac vice*)
Email: bdclark@locklaw.com
LAURA M. MATSON (admitted *pro hac vice*)
Email: lmmatson@locklaw.com
ARIELLE S. WAGNER (admitted *pro hac vice*)
Email: aswagner@locklaw.com
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

RYAN J. CLARKSON, SBN 257074
Email: rclarkson@clarksonlawfirm.com
YANA HART, SBN 306499
Email: yhart@clarksonlawfirm.com
TIARA AVANESS, SBN 343928
Email: tavaness@clarksonlawfirm.com
MARK I. RICHARDS, SBN 321252
Email: mrichards@clarksonlawfirm.com
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Telephone: (213) 788-4050

*Additional Counsel for Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
David H. Kramer

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
Honorable Susan van Keulen
United States Magistrate Judge