1  Lesley E. Weaver (SBN 191305)
   Anne K. Davis (SBN 267909)
2  Joshua D. Samra (SBN 313050)
   **BLEICHMAR FONTI & AULD LLP**
3  1330 Broadway, Suite 630
   Oakland, CA 94612
4  Tel. (415) 797-2617
   lweaver@bfalaw.com
5  adavis@bfalaw.com
   jsamra@bfalaw.com
6
   Gregory S. Mullens (admitted *pro hac vice*)
7  **BLEICHMAR FONTI & AULD LLP**
   75 Virginia Road, 2nd Floor
8  White Plains, NY 10603
   Tel. (415) 445-4006
9  gmullens@bfalaw.com

   Joseph R. Saveri (SBN 130064)
   Cadio Zirpoli (SBN 179108)
   Christopher K.L. Young (SBN 318371)
   Elissa A. Buchanan (SBN 249996)
   Evan A. Creutz (SBN 349728)
   Aaron Cera (SBN 351163)
   **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1505
   San Francisco, CA 94108
   Telephone:    (415) 500-6800
   Facsimile:    (415) 395-9940
   jsaveri@saverilawfirm.com
   czirpoli@saverilawfirm.com
   cyoung@saverilawfirm.com
   eabuchanan@saverilawfirm.com
   ecreutz@saverilawfirm.com
   acera@saverilawfirm.com

10
11  *Plaintiffs' Interim Co-Lead Counsel*
12  *[Additional Counsel on Signature Page]*
13
14  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
    **SAN JOSE DIVISION**
15

16  *In re Google Generative AI Copyright Litigation*    Master File Case No.: 5:23-cv-03440-EKL
17                                                        Consolidated with Case No.: 5:24-cv-02531-EKL

18                                                        **PLAINTIFFS' NOTICE OF FILING OF**
                                                          **REQUESTS FOR PRODUCTION PURSUANT**
19                                                        **TO ECF 147**

20                                                        Judge:    Hon. Eumi K. Lee
21
22
23
24
25
26
27
28

Pursuant to the Court's Order (ECF No. 147), Plaintiffs hereby file: (1) the Requests for Production currently in dispute, attached as **Exhibits 1** and **2**; and (2) the supplemental Request for Production expressly directed to source code, attached as **Exhibits 3** and **4**.

Dated: June 11, 2025

By:      /s/ Lesley E. Weaver
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 797-2617
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Tel. (415) 445-4006
gmullens@bfalaw.com

By:        /s/ Joseph R. Saveri
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
acera@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@butterlcklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Tiara Avans (SBN 343928)
Mark I. Richards (SBN 321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
tavaness@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Tracey Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Tel. (213) 788-4050
tcowan@clarksonlawfirm.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*