| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 | PAUL J. SAMPSON, admitted *pro hac vice*<br>Email: psampson@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>95 S. State Street<br>Suite 1000<br>Salt Lake City, Utah 84111<br>Telephone: (801) 401-8510 |

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendants*
GOOGLE LLC AND ALPHABET INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation*, | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S NOTICE OF FILING OF JOINT CHART RE CUSTODIANS PURSUANT TO ECF NO. 148**<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

Pursuant to the Court's Order (ECF No. 148), Defendants Google LLC and Alphabet, Inc. hereby file the Joint Chart re Custodians as Exhibit 1, with their positions filled in.

Respectfully submitted,

Dated: June 16, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Paul J. Sampson*
 Paul J. Sampson

*Counsel for Defendants*
GOOGLE LLC AND ALPHABET INC.