# Exhibit 1

**EXHIBIT A**[1]
**Google's Proposed Amended Case Schedule**

| Event | Deadline in Scheduling Order (ECF No. 88) / ordered by Judge van Keulen (ECF No. 155) | Google's Proposed Deadline in Mid-Discovery Case Management Statement (ECF No. 133) | Google's Proposed Amended Deadline |
|---|---|---|---|
| Last day for Google to complete production of class certification-related documents from 25 custodians | July 29, 2025 | | Aug. 8, 2025 |
| Last day to move for class certification | Aug. 8, 2025 | [See next row] | [See next row] |
| Last day to move for class certification (25 pages for brief); last day to disclose expert declaration(s)/report(s) in support of class certification motion | | Aug. 8, 2025 | Sept. 5, 2025 |
| Last day to depose experts offered in support of class certification motion | | Sept. 5, 2025 | Oct. 3, 2025 |
| Last day to file opposition to class certification motion, including up to 5 additional pages with any *Daubert* motions regarding experts offered in support of class certification motion (30 pages total); last day to disclose expert declaration(s)/report(s) in opposition to class certification motion | | Sept. 12, 2025 | Oct. 10, 2025 |
| Further case management conference | Aug. 27, 2025 | | Sept. 24, 2025 |
| Deadline to complete ADR | Oct. 3, 2025 | | Oct. 24, 2025 |
| Last day to depose experts offered in opposition to class certification motion | | Oct. 3, 2025 | Oct. 31, 2025 |
| Last day to file reply in support of class certification motion, including up to 5 | | Oct. 10, 2025 | Nov. 7, 2025 |

---

[1] Merits-related deadlines are shaded gray.

| | | | |
|---|---|---|---|
| additional pages opposing Google's *Daubert* motions (if any) and up to 5 additional pages with any *Daubert* motions regarding experts offered in opposition to class certification motion (25 pages total) | | | |
| Close of fact discovery | Oct. 17, 2025 | | Feb. 13, 2026 |
| Last day to file 5-page opposition to Plaintiffs' class certification *Daubert* motions (if any) | | Oct. 17, 2025 | Nov. 14, 2025 |
| Disclosure of opening expert report(s) on which respective parties have burden of proof (merits issues) | Nov. 12, 2025 | | Mar. 11, 2026 |
| Last day to hear class certification motion / Hearing on class certification motion | Dec. 10, 2025 | Nov. 19, 2025 | Dec. 17, 2025 |
| Disclosure of responsive expert report(s) (merits issues) | Dec. 23, 2025 | | Apr. 22, 2026 |
| Disclosure of reply expert report(s) (merits issues) | Jan. 27, 2026 | | May 27, 2026 |
| Close of expert discovery | Feb. 17, 2026 | | June 24, 2026 |
| Filing of summary judgment and *Daubert* motions | Mar. 4, 2026 | | July 8, 2026 |
| Filing of opposition to summary judgment and *Daubert* motions | Mar. 25, 2026 | | July 29, 2026 |
| Filing of reply in support of summary judgment and *Daubert* motions | Apr. 8, 2026 | | Aug. 12, 2026 |
| Last [day] to hear summary judgment and *Daubert* motions | May 6, 2026 | | Sept. 9, 2026 |
| Final pretrial conference | Aug. 12, 2026 | | Dec. 16, 2026 |
| Jury trial (est. 10 to 14 days) | Sept. 14, 2026 | | Jan. 19, 2027 |