| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | David H. Kramer, SBN 168452 |
| Anne K. Davis (SBN 267909) | Email: dkramer@wsgr.com |
| Joshua D. Samra (SBN 313050) | Maura L. Rees, SBN 191698 |
| **BLEICHMAR FONTI & AULD LLP** | Email: mrees@wsgr.com |
| 1330 Broadway, Suite 630 | **WILSON SONSINI GOODRICH & ROSATI** |
| Oakland, CA 94612 | **Professional Corporation** |
| Tel. (415) 445-4003 | 650 Page Mill Road |
| lweaver@bfalaw.com | Palo Alto, CA 94304-1050 |
| adavis@bfalaw.com | Telephone: (650) 493-9300 |
| jsamra@bfalaw.com | |
| | Eric P. Tuttle, SBN 248440 |
| Gregory S. Mullens (*pro hac vice*) | Email: eric.tuttle@wsgr.com |
| **BLEICHMAR FONTI & AULD LLP** | **WILSON SONSINI GOODRICH & ROSATI** |
| 75 Virginia Road, 2nd Floor | **Professional Corporation** |
| White Plains, NY 10603 | 701 Fifth Avenue, Suite 5100 |
| Tel. (415) 445-4006 | Seattle, WA 98104-7036 |
| gmullens@bfalaw.com | Telephone: (206) 883-2500 |
| | |
| Joseph R. Saveri (SBN 130064) | Paul J. Sampson (*pro hac vice*) |
| Cadio Zirpoli (SBN 179108) | Email: psampson@wsgr.com |
| Christopher K.L. Young (SBN 318371) | **WILSON SONSINI GOODRICH & ROSATI** |
| Evan A. Creutz (SBN 349728) | **Professional Corporation** |
| Aaron Cera (SBN 351163) | 95 South State Street, Suite 1000 |
| **JOSEPH SAVERI LAW FIRM, LLP** | Salt Lake City, UT 84111 |
| 601 California Street, Suite 1505 | Telephone: (801) 401-8510 |
| San Francisco, CA 94108 | |
| Telephone: (415) 500-6800 | *Counsel for Defendants* |
| jsaveri@saverilawfirm.com | *Google LLC and Alphabet Inc.* |
| czirpoli@saverilawfirm.com | *[Additional counsel on signature page]* |
| cyoung@saverilawfirm.com | |
| ecreutz@saverilawfirm.com | |
| acera@saverilawfirm.com | |

*Plaintiffs' Interim Co-Lead Counsel*
*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL |
| | Consolidated with Case No.: 5:24-cv-02531-EKL |
| | |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED CASE SCHEDULE** |
| | |
| | **\*\*AS MODIFIED\*\*** |

WHEREAS, on August 5, 2025, the Court entered an order amending the case schedule as to class certification deadlines, and further ordered the Parties to "submit a proposed order to amend the other case deadlines through trial" (ECF No. 197);

WHEREAS, the Parties have met and conferred and reached agreement to revise the case schedule, as set forth below;

NOW, THEREFORE, the Parties stipulate to a revised case schedule as follows, subject to Court approval:

| EVENT | CURRENT DEADLINES | PARTIES' JOINTLY PROPOSED NEW DEADLINES |
|---|---|---|
| File class certification motion and disclose supporting expert report(s) | September 22, 2025 | N/A |
| Further case management conference | October 15, 2025 | N/A |
| Last day to depose experts offered in support of class certification motion | N/A | **October 22, 2025** |
| File opposition to class certification motion, disclose opposing expert report(s), and file *Daubert* motion(s) | October 29, 2025 | N/A |
| Last day to depose experts offered in opposition to class certification motion | N/A | **November 25, 2025** |
| File reply in support of class certification motion, opposition(s) to Google's *Daubert* motion(s), and *Daubert* motion(s) as to Google's experts | December 3, 2025 | N/A |
| File opposition to Plaintiffs' *Daubert* motions | December 10, 2025 | N/A |
| Complete initial ADR sessions | December 17, 2025 | N/A |
| Hearing on class certification motion | January 7, 2026 | N/A |
| Close of fact discovery | October 17, 2025 | **February 13, 2026** |
| Disclosure of opening expert report(s) on which respective parties have burden of proof (merits issues) | November 12, 2025 | **March 11, 2026** |
| Disclosure of responsive expert report(s) (merits issues) | December 23, 2025 | **April 22, 2026** |

Master File Case No.: 5:23-cv-03440-EKL
Consolidated Case No.: 5:24-cv-02531-EKL      1
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AMENDED CASE SCHEDULE

| EVENT | CURRENT DEADLINES | PARTIES' JOINTLY PROPOSED NEW DEADLINES |
|---|---|---|
| Disclosure of reply expert report(s) (merits issues) | January 27, 2026 | **May 27, 2026** |
| Close of expert discovery | February 17, 2026 | **June 24, 2026** |
| Last day to file summary judgment and *Daubert* motions | March 4, 2026 | **July 8, 2026** |
| Filing of opposition to summary judgment and *Daubert* motions | March 25, 2026 | **21 days after filing of summary judgment or *Daubert* motion(s), respectively** |
| Filing of reply in support of summary judgment and *Daubert* motions | April 8, 2026 | **14 days after filing of opposition to summary judgment or *Daubert* motion(s), respectively** |
| Last to hear summary judgment and *Daubert* motions | May 6, 2026 | ~~September 9, 2026~~ <br> Sept. 11, 2026 at 1:30pm |
| Final pretrial conference | August 12, 2026 | **December 16, 2026** |
| Jury trial (est. 10 to 14 days) | September 14, 2026 | **Jan. 19, 2027** |

**IT IS SO STIPULATED.**

Dated: August 13, 2025

Respectfully submitted,

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Tel. (415) 445-4006

|   |   |
|---|---|
| 1 | gmullens@bfalaw.com |
| 2 | Joseph R. Saveri (SBN 130064) |
| 3 | Cadio Zirpoli (SBN 179108) |
|   | Christopher K.L. Young (SBN 318371) |
| 4 | Elissa A. Buchanan (SBN 249996) |
|   | Evan A. Creutz (SBN 349728) |
| 5 | Aaron Cera (SBN 351163) |
| 6 | **JOSEPH SAVERI LAW FIRM, LLP** |
|   | 601 California Street, Suite 1505 |
| 7 | San Francisco, CA 94108 |
|   | Telephone:   (415) 500-6800 |
| 8 | Facsimile:    (415) 395-9940 |
|   | Email:         jsaveri@saverilawfirm.com |
| 9 |                     czirpoli@saverilawfirm.com |
| 10 |                    cyoung@saverilawfirm.com |
|   |                     eabuchanan@saverilawfirm.com |
| 11 |                    ecreutz@saverilawfirm.com |
|   |                     acera@saverilawfirm.com |
| 12 |   |
|   | *Plaintiffs' Interim Co-Lead Counsel* |
| 13 |   |
| 14 | Brian D. Clark (admitted *pro hac vice*) |
|   | Laura M. Matson (admitted *pro hac vice*) |
| 15 | Arielle S. Wagner (admitted *pro hac vice*) |
|   | Consuela Abotsi-Kowu (admitted *pro hac vice*) |
| 16 | **LOCKRIDGE GRINDAL NAUEN PLLP** |
|   | 100 Washington Avenue South, Suite 2200 |
| 17 | Minneapolis, MN 55401 |
|   | Telephone:   (612) 339-6900 |
| 18 | Facsimile:    (612) 339-0981 |
| 19 | Email:          bdclark@locklaw.com |
|   |                      lmmatson@locklaw.com |
| 20 |                     aswagner@locklaw.com |
|   |                      cmabotsi-kowo@locklaw.com |
| 21 |   |
| 22 | Stephen J. Teti (admitted *pro hac vice*) |
|   | **LOCKRIDGE GRINDAL NAUEN PLLP** |
| 23 | 265 Franklin Street, Suite 1702 |
|   | Boston, MA 02110 |
| 24 | Telephone:   (617) 456-7701 |
|   | Email:          sjteti@locklaw.com |
| 25 |   |
| 26 | Ryan J. Clarkson (SBN 257074) |
|   | Yana Hart (SBN 306499) |
| 27 | Mark I. Richards (SBN 321252) |
|   | **CLARKSON LAW FIRM, P.C.** |
| 28 | 22525 Pacific Coast Highway |

Master File Case No.: 5:23-cv-03440-EKL
Consolidated Case No.: 5:24-cv-02531-EKL            3

|   |   |
|---|---|
| 1 | Malibu, CA 90265 |
| 2 | Telephone:  213-788-4050 |
|   | rclarkson@clarksonlawfirm.com |
| 3 | yhart@clarksonlawfirm.com |
|   | mrichards@clarksonlawfirm.com |

Tracey Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Tel. (213) 788-4050
tcowan@clarksonlawfirm.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:  mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: August 13, 2025

By:  */s/ David H. Kramer*
David H. Kramer
Maura L. Rees
Qifan Huang
**WILSON SONSINI GOODRICH & ROSATI**, PC
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Fax: (650) 565-5100
Email: dkramer@wsgr.com
         mrees@wsgr.com
         qhuang@wsgr.com

Paul Sampson
**WILSON SONSINI GOODRICH & ROSATI**, PC
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone:  (801) 360-4314
Fax: (801) 360-4314
Email: psampson@wsgr.com

Eric P. Tuttle

---

Master File Case No.: 5:23-cv-03440-EKL
Consolidated Case No.: 5:24-cv-02531-EKL            4

STIPULATION AND [proposed] ORDER REGARDING AMENDED CASE SCHEDULE

|   |   |
|---|---|
| | **WILSON SONSINI GOODRICH & ROSATI, PC**<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br>Fax: (206) 883-2699<br>Email: eric.tuttle@wsgr.com<br><br>Jeremy Paul Auster<br>**WILSON SONSINI GOODRICH & ROSAI, PC**<br>1301 6th Avenue New York, NY 10019<br>Telephone: (212)453-2862<br>Email: jauster@wsgr.com<br><br>*Counsel for Defendants Google LLC and Alphabet Inc.* |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, the undersigned, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of August, 2025, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

**[~~PROPOSED~~] ORDER**

Having considered the parties' stipulation, the Court enters the case schedule as stipulated by the Parties and as set forth above.

**IT IS SO ORDERED.**

Dated:  August 15, 2025

_____
Eumi K. Lee
United States District Judge