1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    In re Google Generative AI Copyright          Case No.  23-cv-03440-EKL

8       Litigation

9                                                    **ORDER RE BAR ADMISSION TO
                                                     PRACTICE**

10

11

12

13          Counsel must be a member of the bar of this Court in order to practice before this Court

14   and in this District. Civil L.R. 11-1(a).  It has come to the Court's attention that plaintiff's counsel,

15   Alexander Zeng, is not found on the membership rolls of the bar of the Northern District of

16   California.

17          Counsel are directed to address their admission to practice before this Court within seven

18   (7) days.  Counsel are referred to the Admission to Practice page on the Northern District of

19   California's website (https://cand.uscourts.gov/attorneys/admission) and shall promptly advise the

20   Court of any change in their Northern District of California bar admission status.  If counsel

21   believes that there has been an error with respect to their membership status, they should contact

22   the Attorney Admissions Deputy Clerk at admissioninfo@cand.uscourts.gov or 415-522-2060, to

23   correct any error.

24          **IT IS SO ORDERED.**

25   Dated: September 10, 2025

26                                                   _____

27                                                   Eumi K. Lee
                                                     United States District Judge

28

United States District Court
Northern District of California