1  DAVID H. KRAMER, SBN 168452
   Email: dkramer@wsgr.com
2  MAURA L. REES, SBN 191698
   Email: mrees@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  ERIC P. TUTTLE, SBN 248440
   Email: eric.tuttle@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
9  Telephone: (206) 883-2500

PAUL J. SAMPSON, admitted *pro hac vice*
Email: psampson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street
Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510

10 *Counsel for Defendant*
   GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**STIPULATION OF DEFENDANT GOOGLE LLC PURSUANT TO ECF NO. 221**<br><br>Judge:  Hon. Eumi K. Lee<br>Magistrate Judge: Susan van Keulen |

Pursuant to the Court's September 12, 2025 Order (ECF No. 221) on the Parties' Joint Discovery Letter Brief of September 4, 2025 (ECF No. 204), Defendant Google LLC ("Google") submits the following stipulation:

Google will not dispute, for purposes of class certification only, that at least a portion of each Asserted Work was part of the training data for at least one version of Bard, Gemini, or Imagen.

For purposes of this stipulation, "Asserted Work" means:

- Plaintiff Steve Almond's work *All the Secrets of the World*;
- Plaintiff Steve Almond's work *Candyfreak: A Journey Through the Chocolate Underbelly of America*;
- Plaintiff Steve Almond's work *The Evil B.B. Chow and Other Stories*;
- Plaintiff Steve Almond's work *Rock and Roll Will Save Your Life: A Book by and for the Fanatics Among Us*;
- Plaintiff Steve Almond's work *Truth Is the Arrow, Mercy Is the Bow: A DIY Manual for the Construction of Stories*;
- Plaintiff Steve Almond's work *Which Brings Me to You: A Novel in Confessions*;
- Plaintiff Burl Barer's work *Mom Said Kill*;
- Plaintiff Burl Barer's work *Broken Doll*;
- Plaintiff Burl Barer's work *Murder in the Family*;
- Plaintiff Burl Barer's work *Body Count*;
- Plaintiff Burl Barer's work *Fatal Beauty*;
- Plaintiff Burl Barer's work *Head Shot*;
- Plaintiff Kirsten Hubbard's work *Like Mandarin*;
- Plaintiff Kirsten Hubbard's work *Wanderlove*;
- Plaintiff Kirsten Hubbard's work *Watch the Sky*;
- Plaintiff Kirsten Hubbard's work *Race the Night*;
- Plaintiff Kirsten Hubbard's work *Secrets of Topsea: A Friendly Town That's Almost Always By The Ocean*;

- Plaintiff Hope Larson's work *All Summer Long*;

- Plaintiff Jill Leovy's *Ghettoside: A True Story of Murder In America*;

- "Sarah Andersen: training image 1" described as covered by the copyright registration for *Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall Calendar* in Exhibit B to the Consolidated Amended Complaint ("Exhibit B");

- "Sarah Andersen: training image 2" described as covered by the copyright registration for *Adulthood is a Myth: A Sarah's Scribbles Collection* in Exhibit B;

- "Sarah Andersen: training image 3" and "Sarah Andersen: training image 4" described as covered by the copyright registration for *Big Mushy Happy Lump: A Sarah's Scribbles Collection* in Exhibit B;

- "Sarah Andersen: training image 5" described as covered by the copyright registration for *Herding Cats: A Sarah's Scribbles Collection* in Exhibit B;

- "Sarah Andersen: training image 6" described as covered by the copyright registration for *Oddball: A Sarah's Scribbles Collection* in Exhibit B;

- "Jessica Fink: training image 1" described as covered by the copyright registration for *Chester 5000 XYV, Book 2: Isabelle & George HC* in Exhibit B;

- "Mike Lemos: training image 10" through "Mike Lemos: training image 14" described as covered by the copyright registration for *Shark Fink Sticker* in Exhibit B;

- "Mike Lemos: training image 1" through "Mike Lemos: training image 9" described as covered by the copyright registration for *Caffeine Case from Outer Space* in Exhibit B;

- "Mike Lemos: training image 15" through "Mike Lemos: training image 21" described as covered by the copyright registration for *Butterflies & Snakes* in Exhibit B;

- "Connie Mclennan: training image 1" through "Connie Mclennan: training image 4" described as covered by the copyright registration for *The Rainforest Grew All Around* in Exhibit B;

- "Jingna Zhang: training image 8" and "Jingna Zhang: training image 9" described as covered by the copyright registration for *Anouk* in Exhibit B;

- "Jingna Zhang: training image 1" through "Jingna Zhang: training image 7" described as covered by the copyright registration for *Motherland Chronicles* in Exhibit B; and

- "Hope Larson: training image 1" described as covered by the copyright registration for *All Summer Long* in Exhibit B.

|     |                              |                                                                      |
| --- | ---------------------------- | -------------------------------------------------------------------- |
| 1   |                              | Respectfully submitted,                                              |
| 2   | Dated: September 12, 2025    | WILSON SONSINI GOODRICH & ROSATI Professional Corporation            |

By:  */s/ Eric P. Tuttle*
    Eric P. Tuttle, SBN 248440
    Email: eric.tuttle@wsgr.com
    **WILSON SONSINI GOODRICH & ROSATI**
    **Professional Corporation**
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104-7036
    Telephone: (206) 883-2500

    David H. Kramer, SBN 168452
    Email: dkramer@wsgr.com
    Maura L. Rees, SBN 191698
    Email: mrees@wsgr.com
    **WILSON SONSINI GOODRICH & ROSATI**
    **Professional Corporation**
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300

    Paul J. Sampson, admitted *pro hac vice*
    Email: psampson@wsgr.com
    **WILSON SONSINI GOODRICH & ROSATI**
    **Professional Corporation**
    95 S. State Street
    Suite 1000
    Salt Lake City, Utah 84111
    Telephone: (801) 401-8510

    *Counsel for Defendant*
    GOOGLE LLC