# EXHIBIT 2

## Declaration of Ayyub Ibrahim in Support of Motion to Amend Case Schedule

| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **BLEICHMAR FONTI & AULD LLP** | Elissa A. Buchanan (SBN 249996) |
| 1330 Broadway, Suite 630 | Evan A. Creutz (SBN 349728) |
| Oakland, CA 94612 | Aaron Cera (SBN 351163) |
| Tel. (415) 445-4003 | **JOSEPH SAVERI LAW FIRM, LLP** |
| lweaver@bfalaw.com | 601 California Street, Suite 1505 |
| adavis@bfalaw.com | San Francisco, CA 94108 |
| jsamra@bfalaw.com | Telephone:  (415) 500-6800 |
| | Facsimile:  (415) 395-9940 |
| Gregory S. Mullens (admitted *pro hac vice*) | Email:  jsaveri@saverilawfirm.com |
| **BLEICHMAR FONTI & AULD LLP** | czirpoli@saverilawfirm.com |
| 75 Virginia Road, 2nd Floor | cyoung@saverilawfirm.com |
| White Plains, NY 10603 | eabuchanan@saverilawfirm.com |
| Tel. (415) 445-4006 | ecreutz@saverilawfirm.com |
| gmullens@bfalaw.com | acera@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**DECLARATION OF AYYUB IBRAHIM IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE** |

I, Ayyub Ibrahim, hereby declare under penalty of perjury as follows:

1. I am a CLEAN AI Engineer and data scientist at the Berkeley Institute for Data Science (BIDS) at the University of California, Berkeley. I am a member of BIDS's CLEAN police project, where I use AI and machine learning to process unstructured data from law enforcement and other sources as part of the CLEAN Initiative. I am also the founder of the Machine Learning Justice Lab, which is a startup that develops AI tools for legal and human rights defense communities. In the past, I was the Director of Research for the Innocence Project New Orleans, where I built machine learning tools for community organizations, innocence organizations, and public defender offices. I also had a central role in creating the Louisiana Law Enforcement Accountability Database, a public tool which, using machine learning tools, consolidates and reports on unstructured data from over 600 law enforcement agencies in the State of Louisiana to track police misconduct patterns in the state.

2. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Motion to Amend Case Schedule. A copy of my current curriculum vitae is attached as **Exhibit A**, setting forth my additional educational experience and qualifications.

3. My research and work lie at the intersection of machine learning and human and civil rights. My work and research as part of CLEAN and other organizations have been featured by numerous media outlets. As part of my work, I routinely build machine learning and AI models, and that work necessarily includes writing and reviewing the source code for those models. I have also developed tools to analyze voluminous datasets, including data intended for use as training data for machine learning or generative AI models at all stages of the training pipeline.

4. I have extensive experience engaging in the kind of analysis I am doing in this matter, including other matters alleging this precise kind of infringement. The difficulties I have experienced in this matter have severely hampered my ability to engage in the analysis I have been asked to perform. Since July 1, 2025, I have been forced to pause, cease, and restart my work on a specific analysis 8 times, including a continuing outage that began on September 5, 2025 and was only just resolved today, September 12, 2025 (for now)—only after a technical call with Google personnel and a reset of my virtual machine. I was thus not able to do work for more than a week just relating to this last outage.

5. It is a conservative estimate to calculate that I have lost at least 9 days of expert review time due to access outages, which has impeded my ability to analyze discrete issues relating to Google's training data. Each time I lose access to Google's environment due to system outages or frozen environments, I must wait for a Google engineer to reset the environment before I regain access.

6. One of my assignments is to analyze the training data for the presence of Plaintiffs' works, including any of pirated provenance. Due to the aforementioned outages, I have lost approximately 70 hours of analysis time and will need at least 50 more hours of uninterrupted analysis time to complete my review of these data sets.

*****

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of September, 2025, at Oakland, California.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ayyub Ibrahim*
　　　　　　　　　　　　　　　　　　　　　　　　Ayyub Ibrahim

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2025, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver