**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE** |

# [Proposed] ORDER

On September 12, 2025, Plaintiffs filed a motion pursuant to Fed. R. Civ. P. 16, Civil Local Rule 16-10, and this Court's inherent authority to amend the case schedule, which was opposed by Defendants. Having considered the Parties' submissions, the Court finds that there is good cause to grant the relief requested and amend the case schedule in this matter. The new schedule that will govern this matter is as follows:

| EVENT | CURRENT DEADLINES | PLAINTIFFS' PROPOSED NEW DEADLINES |
|---|---|---|
| File class certification motion and disclose supporting expert report(s) | September 22, 2025 | **November 3, 2025** |
| Further case management conference | October 15, 2025 | N/A (same) |
| Last day to depose experts offered in support of class certification motion | October 22, 2025 | **December 3, 2025** |
| File opposition to class certification motion, disclose opposing expert report(s), and file *Daubert* motion(s) | October 29, 2025 | **December 10, 2025** |
| Last day to depose experts offered in opposition to class certification motion | November 25, 2025 | **January 6, 2026** |
| File reply in support of class certification motion, opposition(s) to Google's *Daubert* motion(s), and *Daubert* motion(s) as to Google's experts | December 3, 2025 | **January 14, 2026** |
| File opposition to Plaintiffs' *Daubert* motions | December 10, 2025 | **January 21, 2026** |
| Complete initial ADR sessions | December 17, 2025 | N/A (same) |
| Hearing on class certification motion | January 7, 2026 | **February 18, 2026** |
| Close of fact discovery | February 13, 2026 | **March 27, 2026** |
| Disclosure of opening expert report(s) on which respective parties have burden of proof (merits issues) | March 11, 2026 | **April 22, 2026** |
| Disclosure of responsive expert report(s) (merits issues) | April 22, 2026 | **June 3, 2026** |
| Disclosure of reply expert report(s) (merits issues) | May 27, 2026 | **July 8, 2026** |

| EVENT | CURRENT DEADLINES | PLAINTIFFS' PROPOSED NEW DEADLINES |
|---|---|---|
| Close of expert discovery | June 24, 2026 | **August 5, 2026** |
| Last day to file summary judgment and *Daubert* motions | July 8, 2026 | **August 19, 2026** |
| Filing of opposition to summary judgment and *Daubert* motions | 21 days after filing of summary judgment or *Daubert* motion(s), respectively | N/A (same) |
| Filing of reply in support of summary judgment and *Daubert* motions | 14 days after filing of opposition to summary judgment or *Daubert* motion(s), respectively | N/A (same) |
| Last to hear summary judgment and *Daubert* motions | September 11, 2026 at 1:30 pm | **October 23, 2026 at 1:30 p.m.** |
| Final pretrial conference | December 16, 2026 | **January 27, 2027** |
| Jury trial (est. 10 to 14 days) | January 19, 2027 | **March 2, 2027** |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Eumi K. Lee
United States District Judge