Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Tel. (415) 445-4006
gmullens@bfalaw.com

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               ecreutz@saverilawfirm.com
               acera@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE**<br><br>**Civil L.R. 7-11**<br><br>Judge:     Hon. Eumi K. Lee |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court to consider whether Plaintiffs' Motion to Amend Case Schedule and supporting declarations should be filed under seal. Google contends the documents sought to be filed under seal contain information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order entered by this Court.

In the Ninth Circuit, when a party seeks to seal portions of a nondispositive motion, a "good cause" standard is applied. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Good cause exists if a district court grants a protective order to seal documents because "it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal cite omitted). The party seeking to seal bears the burden of showing compelling reasons apply. *See id.* at 1178.

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [ ] ('Designating Party')," the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id*. Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id*.

Specifically, the material subject to the administrative motion includes the following:

| Redacted Portion | Description of Information |
|---|---|
| Pages 1:12, 2:10, 5:5, 5:12–13, 5:15, 5:16, 5:18, 5:19, 5:23, 5:25–26, 8:19, 8:20 of Plaintiffs' Notice of Motion and Motion to Amend Case Schedule ("Motion") | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Pages 1:24, 1:26–27, 2:4, 2:8, 2:9, 2:18, 2:20, 2:28, 3:6 of the Declaration Stephen J. Teti ("Teti Declaration") | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Pages 3:7, 3:9, 5:21–22, 5:28, 5:24–27, 6:1–2, 6:3–4, 6:6–7, 6:8–9 of Exhibit 1, the Declaration of Meredith "Merry" McCarron ("McCarron Declaration") | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |

1

2          Plaintiffs seek to file under seal portions of the Motion, Teti Declaration, and McCarron Declaration

3    that quote or summarize portions of materials designated by Google as "Highly Confidential—Attorney's

4    Eyes Only." In compliance with their Protective Order obligations and the Civil Local Rules of this District,

5    Plaintiffs are submitting under seal, along with this Administrative Motion, an unredacted copy of the

6    document referenced in the table above pursuant to Civil Local Rule 79-5(d). Plaintiffs understand that

7    Google, as the Designating Party, will submit a statement or declaration under Civil Local Rule 79-5(f)(3)

8    stating the reasons for keeping the identified material under seal within seven (7) days of this motion.

9    Plaintiffs reserve the right to challenge Google's sealing request but, as conveyed to Google, do not intend

10   to oppose sealing for this dispute.

11

12   Dated: September 12, 2025

13   By: _____*/s/ Lesley E. Weaver*_____          By: _____*/s/ Joseph R. Saveri*_____

14   Lesley E. Weaver (SBN 191305)                     Joseph R. Saveri (State Bar No. 130064)
     Anne K. Davis (SBN 267909)                        Cadio Zirpoli (State Bar No. 179108)

15   Joshua D. Samra (SBN 313050)                      Christopher K.L. Young (State Bar No. 318371)
     **BLEICHMAR FONTI & AULD LLP**                    Elissa A. Buchanan (State Bar No. 249996)

16   1330 Broadway, Suite 630                          Evan A. Creutz (State Bar. No. 349728)
     Oakland, CA 94612                                 Aaron Cera (SBN 351163)

17   Tel. (415) 445-4003                               **JOSEPH SAVERI LAW FIRM, LLP**
     lweaver@bfalaw.com                                601 California Street, Suite 1505

18   adavis@bfalaw.com                                 San Francisco, CA 94108

19   jsamra@bfalaw.com                                 Telephone:    (415) 500-6800
                                                       Facsimile:    (415) 395-9940

20   Gregory S. Mullens (admitted *pro hac vice*)      jsaveri@saverilawfirm.com
     **BLEICHMAR FONTI & AULD LLP**                    czirpoli@saverilawfirm.com

21   75 Virginia Road, 2nd Floor                       cyoung@saverilawfirm.com
     White Plains, NY 10603                            eabuchanan@saverilawfirm.com

22   Tel. (415) 445-4006                               ecreutz@saverilawfirm.com

23   gmullens@bfalaw.com                               acera@saverilawfirm.com

24                          *Plaintiffs' Interim Co-Lead Counsel*

25   Brian D. Clark (admitted *pro hac vice*)          Ryan J. Clarkson (SBN 257074)
     Laura M. Matson (admitted *pro hac vice*)         Yana Hart (SBN 306499)

26   Arielle S. Wagner (admitted *pro hac vice*)       Mark I. Richards (SBN 321252)
     Consuela Abotsi-Kowu (admitted *pro hac vice*)    **CLARKSON LAW FIRM, P.C.**

27   **LOCKRIDGE GRINDAL NAUEN PLLP**                  22525 Pacific Coast Highway

28   100 Washington Avenue South, Suite 2200           Malibu, CA 90265

ADMIN. MOT. TO CONSIDER WHETHER ANOTHER          -2-          MASTER FILE CASE NO.: 5:23-CV-03440-EKL-SVK
PARTY'S MATERIAL SHOULD BE FILED UNDER
SEAL

Minneapolis, MN 55401
Telephone:    (612) 339-6900
Facsimile:    (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

Telephone:    213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Tracey Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Tel. (213) 788-4050
tcowan@clarksonlawfirm.com

Matthew Butterick (State Bar No. 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
mb@butericklaw.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2      I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from

3 the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4      Executed this 12th day of September, 2025, at Oakland, California.

5                                                    */s/ Lesley E. Weaver*
                                                      Lesley E. Weaver
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on September 12, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

                                                      */s/ Lesley E. Weaver*
                                                          Lesley E. Weaver

ADMIN. MOT. TO CONSIDER WHETHER ANOTHER          -5-          MASTER FILE CASE NO.: 5:23-CV-03440-EKL-SVK
PARTY'S MATERIAL SHOULD BE FILED UNDER
SEAL