# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE FILED UNDER SEAL RE PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE** |

# [Proposed] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not oppose Google's request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Notice of Motion and Motion to Amend Case Schedule | Pages 1:12, 2:10, 5:5, 5:12–13, 5:15, 5:16, 5:18, 5:19, 5:23, 5:25–26, 8:19, 8:20 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Declaration of Stephen J. Teti | Pages 1:24, 1:26–27, 2:4, 2:8, 2:9, 2:18, 2:20, 2:28, 3:6 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibit 1, the Declaration of Meredith "Merry" McCarron | Pages 3:7, 3:9, 5:21–22, 5:28, 5:24–27, 6:1–2, 6:3–4, 6:6–7, 6:8–9 | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Eumi K. Lee
United States District Judge