Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone (415) 797-2617
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Telephone (415) 445-4006
gmullens@bfalaw.com

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              ecreutz@saverilawfirm.com
              acera@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel on Signature Pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation*, | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' MOTION TO SHORTEN TIME AND EXPEDITE HEARING** |

Under Civil Local Rules 6-1(b) and 6-3(a), Plaintiffs respectfully move to shorten the time for the briefing schedule and hearing on Plaintiffs' Notice of Motion and Motion to Amend Case Schedule (the "Motion"), filed on September 12, 2025. Google has indicated that it would oppose shortening time. *See* Declaration of Stephen J. Teti ("Teti Decl."), ¶ 2.

Plaintiffs propose the following expedited schedule for briefing and hearing the Motion:

| Event | Current Schedule | Plaintiffs' Proposed Schedule |
|---|---|---|
| Google's Opposition | September 26, 2025 | September 15, 2025 |
| Plaintiffs' Reply | October 3, 2025 | September 16, 2025 |
| Hearing | November 5, 2025 | September 17, 2025 |

Good cause exists to expedite briefing for and hearing the Motion because the current class certification deadline of September 22, 2025 will pass before the Motion will be heard and decided under the current schedule for the Motion, and the issues raised by the Motion pertain specifically to Plaintiffs' and their experts' ability to complete their work in advance of the current deadline, due to Google's deficient training data review environment and late-produced training data. *See* ECF No. 208; Teti Decl. ¶ 4.

Plaintiffs will be substantially prejudiced in their ability to prosecute this case and prepare their motion for class certification if the case schedule is not extended. Therefore, deciding the case schedule extension issue on shortened time is warranted. A proposed order is submitted herewith.

Dated: September 12, 2025                                                  Respectfully submitted,

By:     */s/ Lesley E. Weaver*                                 By:     */s/ Joseph R. Saveri*
Lesley E. Weaver (SBN 191305)                          Joseph R. Saveri (SBN 130064)
Anne K. Davis (SBN 267909)                              Cadio Zirpoli (SBN 179108)
Joshua D. Samra (SBN 313050)                          Christopher K.L. Young (SBN 318371)
**BLEICHMAR FONTI & AULD LLP**                 Elissa A. Buchanan (SBN 249996)
1330 Broadway, Suite 630                                  Evan A. Creutz (SBN 349728)
Oakland, CA 94612                                              Aaron Cera (SBN 351163)
Telephone: (415) 445-4003                                 **JOSEPH SAVERI LAW FIRM, LLP**
lweaver@bfalaw.com                                           601 California Street, Suite 1505
adavis@bfalaw.com                                             San Francisco, CA 94108
jsamra@bfalaw.com                                            Telephone: (415) 500-6800
                                                                             Facsimile: (415) 395-9940

| | |
|---|---|
| Gregory S. Mullens (admitted *pro hac vice*) | jsaveri@saverilawfirm.com |
| **BLEICHMAR FONTI & AULD LLP** | czirpoli@saverilawfirm.com |
| 75 Virginia Road, 2nd Floor | cyoung@saverilawfirm.com |
| White Plains, NY 10603 | eabuchanan@saverilawfirm.com |
| Telephone: (415) 445-4006 | ecreutz@saverilawfirm.com |
| gmullens@bfalaw.com | acera@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| Brian D. Clark (admitted *pro hac vice*) | Ryan J. Clarkson (SBN 257074) |
| Laura M. Matson (admitted *pro hac vice*) | Yana Hart (SBN 306499) |
| Arielle S. Wagner (admitted *pro hac vice*) | Mark I. Richards (SBN 321252) |
| Consuela Abotsi-Kowu (admitted *pro hac vice*) | **CLARKSON LAW FIRM, P.C.** |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | 22525 Pacific Coast Highway |
| 100 Washington Avenue South, Suite 2200 | Malibu, CA 90265 |
| Minneapolis, MN 55401 | Telephone:  213-788-4050 |
| Telephone: (612) 339-6900 | rclarkson@clarksonlawfirm.com |
| Facsimile: (612) 339-0981 | yhart@clarksonlawfirm.com |
| bdclark@locklaw.com | mrichards@clarksonlawfirm.com |
| lmmatson@locklaw.com | |
| aswagner@locklaw.com | Tracey Cowan (SBN 250053) |
| cmabotsi-kowo@locklaw.com | **CLARKSON LAW FIRM, P.C.** |
| | 95 Third Street, Second Floor |
| Stephen J. Teti (admitted *pro hac vice*) | San Francisco, CA 94103 |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | Telephone: (213) 788-4050 |
| 265 Franklin Street, Suite 1702 | tcowan@clarksonlawfirm.com |
| Boston, MA 02110 | |
| Telephone: (617) 456-7701 | Matthew Butterick (SBN 250953) |
| sjteti@locklaw.com | **BUTTERICK LAW** |
| | 1920 Hillhurst Avenue, #406 |
| | Los Angeles, CA 90027 |
| | Telephone: (323) 968-2632 |
| | Facsimile: (415) 395-9940 |
| | mb@butpericklaw.com |

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2025, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver