| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **BLEICHMAR FONTI & AULD LLP** | Elissa A. Buchanan (SBN 249996) |
| 1330 Broadway, Suite 630 | Evan A. Creutz (SBN 349728) |
| Oakland, CA 94612 | Aaron Cera (SBN 351163) |
| Tel. (415) 445-4003 | **JOSEPH SAVERI LAW FIRM, LLP** |
| lweaver@bfalaw.com | 601 California Street, Suite 1505 |
| adavis@bfalaw.com | San Francisco, CA 94108 |
| jsamra@bfalaw.com | Telephone:   (415) 500-6800 |
| | Facsimile:   (415) 395-9940 |
| Gregory S. Mullens (admitted *pro hac vice*) | Email:   jsaveri@saverilawfirm.com |
| **BLEICHMAR FONTI & AULD LLP** | czirpoli@saverilawfirm.com |
| 75 Virginia Road, 2nd Floor | cyoung@saverilawfirm.com |
| White Plains, NY 10603 | eabuchanan@saverilawfirm.com |
| Tel. (415) 445-4006 | ecreutz@saverilawfirm.com |
| gmullens@bfalaw.com | acera@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**DECLARATION OF STEPHEN J. TETI IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME AND EXPEDITE HEARING** |

Master File Case No. 5:23-cv-3440-EKL-SVK

Teti Decl. ISO Pls' Mot. to Shorten Time and Expedite Hearing

I, Stephen J. Teti, hereby declare as follows:

1.  I am admitted *pro hac vice* before this Court and a Partner with Lockridge Grindal Nauen PLLP Counsel for Plaintiffs in this matter. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto. I submit this Declaration in support of Plaintiffs' motion to shorten the time for the briefing schedule and hearing on Plaintiffs' Notice of Motion and Motion to Amend Case Schedule, filed on September 12, 2025. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.  On September 9, 2025, Plaintiffs informed Google that they intended to move for shortened time and an expedited hearing with regard to the Motion to Amend the Case Schedule. During an in-person meet and confer that same day, Google confirmed that it opposed such Motion.

3.  Further, on September 12, 2025, Google communicated they would agree to no more than a three-week case extension.

4.  For the reasons set forth in Plaintiffs' Motion to Amend the Case Schedule (ECF No. 223), good cause exists to permit a shortening of time as to briefing and hearing the Motion to Amend Case Schedule.

*****

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of September, 2025, at Mansfield, Massachusetts.

*/s/ Stephen J. Teti*
Stephen J. Teti

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2025, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

Master File Case No. 5:23-cv-3440-EKL-SVK        2
TETI DECL. ISO PLS' MOT. TO SHORTEN TIME AND EXPEDITE HEARING