1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME AND EXPEDITE HEARING** |
|---|---|

Before the Court is Plaintiffs' Motion to Shorten Time and Expedite Hearing regarding the Motion to Amend Case Schedule.

The Court finds that good cause exists to hear the Motion to Amend Case Schedule on a shortened basis and to adopt an expedited briefing schedule. Accordingly, the Court will hear the Motion to Amend Case Schedule on September 17, 2025, at 10:00 a.m. PT. The Parties shall adhere to the expedited briefing schedule. Specifically, any opposition shall be filed by September 15, 2025. Any reply shall be filed by September 16, 2025.

The Court therefore **GRANTS** Plaintiffs' Motion to Shorten Time and Expedite Hearing.

**IT IS SO ORDERED.**

Dated: _____                      _____
                                            Hon. Eumi K. Lee
                                            United States District Judge