| | |
|---|---|
| **From:** | admissioninfo@cand.uscourts.gov |
| **To:** | azeng@saverilawfirm.com |
| **Subject:** | USDC CAND Attorney Admission |
| **Date:** | Thursday, September 11, 2025 7:15:21 PM |

**Caution**: External (admissioninfo@cand.uscourts.gov)

First-Time Sender   Details

Report This Email   FAQ   Skout Email Protection

Congratulations, Alexander Zeng (CA State Bar number: 360220),

Effective 09/11/2025, you have been admitted to practice in the United States District Court, Northern District of California.

For more information, please see: http://www.cand.uscourts.gov/

**Start building your professional network today, with access to resources to help your career.  Join the Federal Bar Association today!**
-- FBA Chapter open to all
-- Younger Lawyer Division is open to members of the FBA 40 and under or who have been admitted to their first Bar less than 10 years.

For more information on membership go to: https://www.fedbar.org/membership/join/