1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN JOSE DIVISION**
9
10 | *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK
   | | Consolidated Case No. 5:24-cv-02531-EKL-SVK
11 | | **ORDER GRANTING IN PART PLAINTIFFS'**
   | | **MOTION TO AMEND CASE SCHEDULE**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

On September 12, 2025, Plaintiffs filed a motion to further amend the case schedule, seeking a six-week extension of all case deadlines. ECF No. 223. Google opposed but offered a compromise of a three-week extension of class certification-related deadlines only. Having considered the Parties' submissions, the Court finds that there is good cause to grant the relief in part by extending class certification-related deadlines by approximately three weeks, consistent with Google's compromise offer. The following class certification deadlines shall apply, and all other case deadlines remain unchanged. *See* ECF No. 199.

| EVENT | CURRENT DEADLINES | NEW DEADLINES |
|---|---|---|
| File class certification motion and disclose supporting expert report(s) | September 22, 2025 | **October 14, 2025** |
| Further case management conference | October 15, 2025 | N/A (same) |
| Last day to depose experts offered in support of class certification motion | October 22, 2025 | **November 12, 2025** |
| File opposition to class certification motion, disclose opposing expert report(s), and file *Daubert* motion(s) | October 29, 2025 | **November 19, 2025** |
| Last day to depose experts offered in opposition to class certification motion | November 25, 2025 | **December 16, 2025** |
| File reply in support of class certification motion, opposition(s) to Google's *Daubert* motion(s), and *Daubert* motion(s) as to Google's experts | December 3, 2025 | **December 29, 2025** |
| File opposition to Plaintiffs' *Daubert* motions | December 10, 2025 | **January 5, 2026** |
| Complete initial ADR sessions | December 17, 2025 | N/A (same) |
| Hearing on class certification motion | January 7, 2026 | **February 4, 2026** |

**IT IS SO ORDERED.**

Date: September 18, 2025

_____
Hon. Eumi K. Lee
United States District Judge