| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 | PAUL J. SAMPSON, admitted *pro hac vice*<br>Email: psampson@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>95 S. State Street<br>Suite 1000<br>Salt Lake City, Utah 84111<br>Telephone: (801) 401-8510 |

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF FILING OF UPDATED REDACTED COPIES OF SEALED DOCUMENTS RE ECF NOS. 205-2 AND 207-2 PURSUANT TO ECF NO. 232**<br><br>Judge:   Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

Pursuant to the Court's Order (ECF No. 232), Defendant Google LLC hereby files the Updated Redacted Copies of Sealed Documents, ECF Nos. 205-2 and 207-2, as Exhibits 1 and 2.

Respectfully submitted,

Dated: September 22, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Paul J. Sampson_____
Paul J. Sampson

*Counsel for Defendant*
GOOGLE LLC