# Exhibit A: Plaintiff Copyright Registrations

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0009253168 / 2023-03-21
                     Supplement to:  TX0009143215 / 2022

Application Title: All the Secrets of the World.

Title:               All the Secrets of the World.

Copyright Claimant:
                     Steven Almond.

Date of Creation:  2022

Date of Publication:
                     2022-05-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Steve Almond; Domicile: United States. Authorship: text.

Supplement to Registration:
                     Corrected claimant name to author's full first name,
                        Steven, per author-publisher agreement, in lieu of of
                        shortened name used for authorship credit, Steve.
                     TX0009143215, 2022.

Rights and Permissions:
                     Zando, LLC, 61-63 Crosby Street, 2nd Floor, New York, NY,
                        10012, United States

Names:               Almond, Steve
                     Almond, Steven
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0006021664 / 2004-08-13

Title:              Candyfreak : a journey through the chocolate underbelly of
                       America / Steve Almond.

Edition:            1st ed.

Imprint:            Chapel Hill, NC : Algonquin Books of Chapel Hill,  2004.

Description:        266 p.

Copyright Claimant:
                    Steve Almond

Date of Creation:   2004

Date of Publication:
                    2004-05-07

Rights and Permissions:
                    Rights & permissions info. on original appl. in C.O.

Variant title:      Candyfreak : a journey through the chocolate underbelly of
                       America

Names:              Almond, Steve
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0006202908 / 2005-07-15

Title:              The evil B. B. Chaw and other stories.

Description:        1 v.

Copyright Claimant:
                    Steve Almond

Date of Creation:   2005

Date of Publication:
                    2005-04-22

Copyright Note:     Cataloged from appl. only.

Names:              Almond, Steve
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0007243168 / 2010-08-04

Application Title: ROCK AND ROLL WILL SAVE YOUR LIFE.

Title:               ROCK AND ROLL WILL SAVE YOUR LIFE.

Description:         Book, 222 p.

Copyright Claimant:
                     Steve Almond.

Date of Creation:  2009

Date of Publication:
                     2010-04-13

Nation of First Publication:
                     United States

Authorship on Application:
                     Steve Almond; Citizenship: United States. Authorship:
                       Entire text excluding quotes from other sources.

Pre-existing Material:
                     Quotes from other sources.

Basis of Claim:    Entire text excluding quotes from other sources.

Rights and Permissions:
                     Random House, Inc., 1745 Broadway, 3rd Floor, New York, NY,
                       10019, United States

ISBN:                9781400066209

Names:               Almond, Steve
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0009419499 / 2024-04-19

Application Title: Truth Is the Arrow, Mercy Is the Bow: A DIY Manual for the
                     Construction of Stories.

Title:               Truth Is the Arrow, Mercy Is the Bow: A DIY Manual for the
                     Construction of Stories.

Description:         Book, 234 p.

Copyright Claimant:
                     Steven Almond.

Date of Creation:  2024

Date of Publication:
                     2024-04-09

Nation of First Publication:
                     United States

Authorship on Application:
                     Steve Almond; Domicile: United States. Authorship: text.

Rights and Permissions:
                     Zando LLC, 61-63 Crosby St, 2nd Floor, New York, NY, 10012,
                     United States

ISBN:                9781638931300

Names:               Almond, Steve
                     Almond, Steven
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0006467167 / 2006-06-30

Title:               Which brings me to you : a novel in confessions.

Copyright Claimant:
                     Steve Almond & Julianna Baggott

Date of Creation:   2006

Date of Publication:
                     2006-04-28

Previous Registration:
                     Some text prev. pub.

Basis of Claim:      New Matter: new & rev. text.

Copyright Note:      Cataloged from appl. only.

Names:               Almond, Steve
                     Baggott, Julianna
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0009082399 / 2021-01-22

Application Title: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                     Calendar.

Title:               Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall
                     Calendar.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2020

Date of Publication:
                     2020-06-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                     artwork, compilation of previously published art with
                     accompanying text; some new art.

Pre-existing Material:
                     previously published art with accompanying text.

Basis of Claim:     artwork, compilation of previously published art with
                     accompanying text; some new art.

ISBN:                9781524857677

Names:               Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0008207926 / 2015-12-10

Application Title: Adulthood Is a Myth: A Sarah's Scribbles Collection.

Title:               Adulthood Is a Myth: A Sarah's Scribbles Collection.

Description:         Book.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2015

Date of Publication:
                     2015-12-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

Pre-existing Material:
                     Some cartoons previously appeared on author's website.

Basis of Claim:      text, artwork.

ISBN:                9781449474195

Names:               Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0008493928 / 2017-01-09

Application Title: Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Title:              Big Mushy Happy Lump: A Sarah's Scribbles Collection .

Description:        Book, 125 p.

Copyright Claimant:
                    Sarah Andersen.

Date of Creation:  2016

Date of Publication:
                    2016-12-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Sarah Andersen; Citizenship: United States. Authorship:
                      text, artwork.

Copyright Note:     Basis for Registration: Collective work

ISBN:               9781449479619

Names:              Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0008564573 / 2018-02-12

Application Title: Herding Cats: A Sarah's Scribbles Collection.

Title:               Herding Cats: A Sarah's Scribbles Collection.

Description:         Book, 108 p.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:    2018

Date of Publication:
                     2018-01-16

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork, Curated and themed collection of cartoons
                        previously published online.

Pre-existing Material:
                     Some cartoons previously published online.

Basis of Claim:      text, artwork, Curated and themed collection of cartoons
                        previously published online.

ISBN:                9781449489786

Names:               Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0009153980 / 2022-02-16

Application Title: Oddball: A Sarah?s Scribbles Collection.

Title:               Oddball: A Sarah?s Scribbles Collection.

Description:         Book, 105 p.

Copyright Claimant:
                     Sarah Andersen.

Date of Creation:  2021

Date of Publication:
                     2021-12-07

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Andersen; Citizenship: United States. Authorship:
                        text, artwork.

Copyright Note:    Basis for Registration: Collective work

ISBN:                9781449489793

Names:               Andersen, Sarah
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0005686974 / 2003-02-26

Title:               Body count / Burl Barer.

Imprint:             New York : Pinnacle Books,  c2002.

Description:         320 p.

Copyright Claimant:
                     Burl Barer, 1947-

Date of Creation:  2001

Date of Publication:
                     2002-09-01

Names:               Barer, Burl, 1947-
```

Exhibit A: Plaintiff Copyright Registrations

Type of Work:        Text

Registration Number / Date:
                     TX0005980881 / 2004-06-04

Title:               Broken doll / Burl Barer.

Imprint:             New York : Pinnacle Books,  c2004.

Description:         303 p.

Copyright Claimant:
                     Burl Barer, 1947-

Date of Creation:    2003

Date of Publication:
                     2004-05-01

Names:               Barer, Burl, 1947-

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0007299448 / 2011-01-13

Application Title: Fatal Beauty.

Title:               Fatal Beauty.

Description:         Book, 342 p.

Copyright Claimant:
                     Burl Barer, 1947-  .

Date of Creation:  2011

Date of Publication:
                     2011-01-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Burl Barer, 1947-  ;  Domicile: United States; Citizenship:
                        United States. Authorship: text.

ISBN:                978-0-7860-1910-6

Names:               Barer, Burl, 1947-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0005475366 / 2002-01-25

Title:              Head shot / Burl Barer.

Description:        1 v.

Copyright Claimant:
                    Burl Barer, 1947-

Date of Creation:   2000

Date of Publication:
                    2001-10-01

Names:              Barer, Burl, 1947-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0006920740 / 2009-01-29

Application Title: Mom Said Kill.

Title:               Mom Said Kill.

Description:         Book, 314 p.

Copyright Claimant:
                     Burl Barer, 1947-  .

Date of Creation:  2007

Date of Publication:
                     2008-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Burl Barer, 1947-  ;  Citizenship: United States.
                       Authorship: text.

ISBN:                978-0-7860-1909-0

Names:               Barer, Burl, 1947-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0005195879 / 2000-11-09

Title:               Murder in the family / Burl Barer.

Imprint:             New York : Kensington Pub. Corp.,  c2000.

Description:         319 p.

Copyright Claimant:
                     Burl Barer, 1947-

Date of Creation:    1999

Date of Publication:
                     2000-08-01

Names:               Barer, Burl, 1947-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002097201 / 2017-07-13

Application Title: Chester 5000 XYV, Book 2: Isabelle & George HC.

Title:              Chester 5000 XYV, Book 2: Isabelle & George HC.

Description:        Book, 180 p.

Copyright Claimant:
                    Jessica Fink.

Date of Creation:  2016

Date of Publication:
                    2016-05-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Jessica Fink; Domicile: United States. Authorship: 2-D
                        artwork, Text.

Names:              Fink, Jessica
                    Fink, Jess
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0007482667 / 2012-02-01

Application Title: LIKE MANDARIN [by Kirsten Hubbard]

Title:               LIKE MANDARIN.

Description:         Book, 388 p.

Copyright Claimant:
                     Kirsten Hubbard.

Date of Creation:  2010

Date of Publication:
                     2011-03-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Kirsten Hubbard; Citizenship: United States. Authorship:
                       text.

Rights and Permissions:
                     Lilian Sutton, Delacorte Press, an imprint of Random House
                       Children's Books, Random House, Inc., 1745 Broadway, New
                       York, NY, 10019, (212) 572-2701, lsutton@randomhouse.com

ISBN:                9780385907842

Names:               Hubbard, Kirsten
```

Exhibit A: Plaintiff Copyright Registrations

Type of Work:        Text

Registration Number / Date:
                     TX0008350372 / 2016-11-21

Application Title: RACE THE NIGHT.

Title:               RACE THE NIGHT.

Description:         Book, 275 p.

Copyright Claimant:
                     KIRSTEN HUBBARD.

Date of Creation:  2016

Date of Publication:
                     2016-11-08

Nation of First Publication:
                     United States

Authorship on Application:
                     KIRSTEN HUBBARD; Citizenship: United States. Authorship:
                        text.

Names:               HUBBARD, KIRSTEN

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0008555229 / 2018-03-28

Application Title: SECRETS OF TOPSEA: A FRIENDLY TOWN THAT'S ALMOST ALWAYS BY
                     THE OCEAN!

Title:               SECRETS OF TOPSEA: A FRIENDLY TOWN THAT'S ALMOST ALWAYS BY
                     THE OCEAN!

Description:         Book, 193 p.

Copyright Claimant:
                     Kristen Hubbard.
                     Michelle Shusterman.

Date of Creation:  2018

Date of Publication:
                     2018-03-21

Nation of First Publication:
                     United States

Authorship on Application:
                     Kristen Hubbard; Citizenship: United States. Authorship:
                        text.
                     Michelle Shusterman; Citizenship: United States.
                        Authorship: text.

ISBN:                978-1-3680-0005-5

Names:               Hubbard, Kristen
                     Shusterman, Michelle
                     Fox, Kir
                     Coats, M. Shelley
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Text

Registration Number / Date:
                     TX0007580715 / 2012-08-23

Application Title: WANDERLOVE.

Title:               WANDERLOVE.

Description:         Book, 338 p.

Copyright Claimant:
                     Kirsten Hubbard.

Date of Creation:  2011

Date of Publication:
                     2012-03-13

Nation of First Publication:
                     United States

Authorship on Application:
                     Kirsten Hubbard; Citizenship: United States. Authorship:
                        text, artwork.

Pre-existing Material:
                     Brief quotes from other sources are pre-existing/previously
                        published.

Basis of Claim:      text, artwork.

Rights and Permissions:
                     Lilian Sutton, Delacorte Press, an imprint of Random House
                        Children's Books, Random House, Inc., 1745 Broadway, New
                        York, NY, 10019, (212) 572-2701, lsutton@randomhouse.com

ISBN:                9780385907859

Names:               Hubbard, Kirsten
```

Exhibit A: Plaintiff Copyright Registrations

Type of Work:        Text

Registration Number / Date:
                     TX0008014918 / 2015-04-14

Application Title: WATCH THE SKY.

Title:               WATCH THE SKY.

Description:         Book, 262 p.

Copyright Claimant:
                     KIRSTEN HUBBARD.

Date of Creation:  2015

Date of Publication:
                     2015-04-07

Nation of First Publication:
                     United States

Authorship on Application:
                     KIRSTEN HUBBARD; Citizenship: United States. Authorship:
                        text.

Names:               HUBBARD, KIRSTEN

Exhibit A: Plaintiff Copyright Registrations

Type of Work:       Text

Registration Number / Date:
                    TX0008629478 / 2018-05-15

Application Title: ALL SUMMER LONG.

Title:              ALL SUMMER LONG.

Description:        Book, 170 p.

Copyright Claimant:
                    Hope Larson.

Date of Creation:  2018

Date of Publication:
                    2018-04-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Hope Larson; Domicile: United States. Authorship: text,
                    artwork.

Rights and Permissions:
                    Macmillan Children's Publishing Group, Attn: Permissions
                    Manager, 175 Fifth Avenue, New York, NY, 10010, United
                    States

Names:              Larson, Hope

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:        Visual Material

Registration Number / Date:
                     VAu001215430 / 2015-05-31

Application Title: Butterflies & Snakes.

Title:               Butterflies & Snakes.

Description:         Electronic file (eService)

Copyright Claimant:
                     Mike Lemos.

Date of Creation:  2015

Authorship on Application:
                     Mike Anthony Lemos; Domicile: United States; Citizenship:
                         United States. Authorship: 2-D artwork.

Rights and Permissions:
                     Mike Lemos, 1679 Swift Ave., Ventura, CA, 93003, (805)
                         861-3662, crfirm5050@yahoo.com

Names:               Lemos, Mike Anthony
                     Lemos, Mike
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002126170 / 2018-07-20

Application Title: Caffeine Case from Outer Space.

Title:              Caffeine Case from Outer Space.

Description:        Electronic file (eService)

Copyright Claimant:
                    Mike Lemos, 1958-  .

Date of Creation:  1989

Date of Publication:
                    1989-06-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Mike Lemos, 1958-  ;  Citizenship: United States.
                        Authorship: 2-D artwork.

Alternative Title on Application:
                    The Caffeined Case From Outer Space

Names:              Lemos, Mike, 1958-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002071154 / 2017-08-22

Application Title: Shark Fink Sticker.

Title:              Shark Fink Sticker.

Description:        Electronic file (eService)

Copyright Claimant:
                    Mike A. Lemos, 1958-  .

Date of Creation:  1989

Date of Publication:
                    1995-06-08

Nation of First Publication:
                    United States

Authorship on Application:
                    Spacetrog, pseud. of Mike A. Lemos, 1958-   (author of
                       pseudonymous work); Domicile: United States. Authorship:
                       2-D artwork.

Rights and Permissions:
                    Mike A. Lemos, 1679 Swift Ave., Ventura, CA, 93003, (805)
                       665-3667, (805) 861-3662, spacetrog@gmail.com

Copyright Note:    C.O. correspondence.
                    Regarding publication: Correspondence from applicant states
                       that "an approximate date would be the 8th of June,
                       1995."

Names:             Lemos, Mike A., 1958-
                    Spacetrog, pseud., 1958-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:       Text

Registration Number / Date:
                    TX0008006633 / 2015-02-20

Application Title: GHETTOSIDE    A True Story of Murder in America.

Title:              GHETTOSIDE    A True Story of Murder in America.

Description:        Book, 366 p.

Copyright Claimant:
                    Jill Leovy.

Date of Creation:   2014

Date of Publication:
                    2015-01-27

Nation of First Publication:
                    United States

Authorship on Application:
                    Jill Leovy; Citizenship: United States. Authorship: Entire
                        text excluding quotes from other sources.

Pre-existing Material:
                    Quotes from other sources.

Basis of Claim:     Entire text excluding quotes from other sources.

Rights and Permissions:
                    Spiegel & Grau, 1745 Broadway, 15th Floor, New York, NY,
                        10019, United States

ISBN:               9780385529983

Names:              Leovy, Jill
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001673931 / 2008-02-04

Application Title: The Rainforest Grew All Around.

Title:             The Rainforest Grew All Around.

Description:       Book.

Copyright Claimant:
                   Connie  McLennan, 1953-  .

Date of Creation:  2007

Date of Publication:
                   2007-04-20

Nation of First Publication:
                   United States

Authorship on Application:
                   Connie  McLennan, 1953-  ;  Citizenship: United States.
                     Authorship: 2-dimensional artwork.

Names:             McLennan, Connie, 1953-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001911930 / 2014-04-08

Application Title: Anouk, et al.

Title:             Anouk.

Appears in:        Fashion Gone Rogue, Nov 12, 2013

Description:       Electronic file (eService)

Copyright Claimant:
                   Jingna Zhang, 1988-  .

Date of Creation:  2013

Date of Publication:
                   2013-02-17

Nation of First Publication:
                   United States

Authorship on Application:
                   Jingna Zhang, 1988-  ;  Citizenship: Singapore. Authorship:
                      photograph(s)

Rights and Permissions:
                   Jingna Zhang, info@zhangjingna.com

Names:             Zhang, Jingna, 1988-
```

Exhibit A: Plaintiff Copyright Registrations

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001917341 / 2014-06-09

Application Title: Motherland Chronicles.

Title:             Motherland Chronicles.

Description:       Electronic file (eService)

Copyright Claimant:
                   Jingna Zhang, 1988-  .

Date of Creation:  2013

Date of Publication:
                   2013-02-04

Nation of First Publication:
                   United States

Authorship on Application:
                   Jingna Zhang, 1988-  ;  Citizenship: Singapore. Authorship:
                      photograph(s), 2-D artwork.

Rights and Permissions:
                   Jingna Zhang, info@zhangjingna.com

Names:             Zhang, Jingna, 1988-
```