# Exhibit B: Plaintiff Images in LAION-400M

Exhibit B: Plaintiff Images in LAION-400M

# Sarah Andersen: training image 1



copyright registration: Adulthood is a Myth: A "Sarah's Scribbles" 2021 Wall Calendar (TX0009082399)

LAION-400M caption: "Adulthood is a Myth: A Sarah's Scribbles 2021 Wall Calendar"

LAION-400M url: https://www.sfbok.se/sites/default/files/styles/teaser/sfbok/sfbokbilder/207/207606.jpg?bust=1582127788&itok=Ej3ZNa8z

Exhibit B: Plaintiff Images in LAION-400M

# Sarah Andersen: training image 2



copyright registration: Adulthood Is a Myth: A Sarah's Scribbles Collection (TX0008207926)

LAION-400M caption: "adulthood is a myth sarah andersen 2016 andrews mcmeel publishing"

LAION-400M url: https://omnirambles.files.wordpress.com/2017/09/adulthood-is-a-myth.jpg?w=244&

Exhibit B: Plaintiff Images in LAION-400M

# Sarah Andersen: training image 3



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

LAION-400M caption: "I have so much work to do. | Sarah's Scribbles By sarahseeandersen [Comic - Drawing - Illustration - Funny]"

LAION-400M url: https://i.pinimg.com/236x/65/fd/f4/65fdf4c41d21a5ca3d33379311455805--sarah-andersen-comics-sarah-see-andersen.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Sarah Andersen: training image 4



copyright registration: Big Mushy Happy Lump: A Sarah's Scribbles Collection (TX0008493928)

LAION-400M caption: ""Sarah Andersen comic ""How I Spend Money"""""

LAION-400M url: https://img.saplingcdn.com/375/ppds/5496bebe-8fd4-47d0-9538-6063abcbceaf.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Sarah Andersen: training image 5



copyright registration: Herding Cats: A Sarah's Scribbles Collection (TX0008564573)

LAION-400M caption: "Title: Herding Cats: A Sarah's Scribbles Collection, Author: Sarah Andersen"

LAION-400M url: https://prodimage.images-bn.com/pimages/9781449489786_p0_v2_s192x300.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Sarah Andersen: training image 6






copyright registration: Oddball: A Sarah's Scribbles Collection (TX0009153980)

LAION-400M caption: "All credit goes to Sarah Andersen - meme"

LAION-400M url: https://images7.memedroid.com/images/UPLOADED671/5fd3dd71dc22b.jpeg

Exhibit B: Plaintiff Images in LAION-400M

# Jessica Fink: training image 1



copyright registration: Chester 5000: Isabelle & George

LAION-400M caption: "Chester 5000 (Book 2): Isabelle & George"

LAION-400M url: http://cdn.topshelfcomix.com/catalog/covers/chester_5000_book_2_cover_sm.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Hope Larson: training image 1



copyright registration: All Summer Long (TX0008629478)

LAION-400M caption: "All Summer Long by Hope Larson"

LAION-400M url: https://d3fa68hw0m2vcc.cloudfront.net/471/196258371.jpeg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 1



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "Caffeine Case From Outer Space Throw Pillows"

LAION-400M url: http://rlv.zcache.com/caffeine_case_from_outer_space_throw_pillows-rcecb00921e4b451c924a35d5aff467c3_i5fqz_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 2



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "Caffeine Case From Outer Space pillows"

LAION-400M url: http://rlv.zcache.com/caffeine_case_from_outer_space_pillow-rcecb00921e4b451c924a35d5aff467c3_2izwx_8byvr_210.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 3



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "I Was A Teenage Caffeine Case from Outer Space Print"

LAION-400M url: http://rlv.zcache.co.uk/i_was_a_teenage_caffeine_case_from_outer_space_poster-r3ce326b58bfb466d8044de41c188fb18_aot6_8byvr_216.jpg

Exhibit B: Plaintiff Images in LAION-400M
# Mike Lemos: training image 4



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "Caffeine Case from Outer Space™ T Shirt"

LAION-400M url: http://rlv.zcache.com.au/caffeine_case_from_outer_space_t_shirt-re5fab90b0ffc4ed8be7f36a607fe09b6_jg4dk_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 5



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "Caffeine Case From Outer Space Throw Pillows"

LAION-400M url: http://rlv.zcache.com.au/caffeine_case_from_outer_space_throw_pillows-rcecb00921e4b451c924a35d5aff467c3_i5fqz_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 6



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "Caffeine Case From Outer Space Throw Pillows"

LAION-400M url: http://rlv.zcache.co.uk/caffeine_case_from_outer_space_throw_pillows-rcecb00921e4b451c924a35d5aff467c3_i5fqz_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 7



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "I Was A Teenage Caffeine Case from Outer Space Print"

LAION-400M url: http://rlv.zcache.co.uk/i_was_a_teenage_caffeine_case_from_outer_space_poster-r3ce326b58bfb466d8044de41c188fb18_aot6_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 8



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "I Was A Teenage Caffeine Case from Outer Space posters"

LAION-400M url: http://rlv.zcache.com/i_was_a_teenage_caffeine_case_from_outer_space_poster-r3ce326b58bfb466d8044de41c188fb18_aot6_8byvr_210.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 9



copyright registration: Caffeine Case From Outer Space (VA0002126170)

LAION-400M caption: "The Caffeine Case from Outer Space™ - The Board Skate Board Deck"

LAION-400M url: http://rlv.zcache.ca/the_caffeine_case_from_outer_space_the_board_skateboard-r4b7cfe4e3c8d41d4875b9dac8996d4a1_xw0kp_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 10



copyright registration: Shark Fink (VA0002071154)

LAION-400M caption: "Shark Fink! Notebook"

LAION-400M url: https://rlv.zcache.com/shark_fink_notebook-r57f416439135422cbb1135b826dbd2b2_ambg4_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 11



copyright registration: Shark Fink (VA0002071154)

LAION-400M caption: "Shark Fink! Spiral Note Book"

LAION-400M url: http://rlv.zcache.com/shark_fink_spiral_note_book-r57f416439135422cbb1135b826dbd2b2_ambg4_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 12



copyright registration: Shark Fink (VA0002071154)

LAION-400M caption: "Shark Fink! notebooks"

LAION-400M url: http://rlv.zcache.com/shark_fink_notebook-r57f416439135422cbb1135b826dbd2b2_ambg4_8byvr_210.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 13



copyright registration: Shark Fink (VA0002071154)

LAION-400M caption: "Shark Fink! Spiral Note Book"

LAION-400M url: http://rlv.zcache.co.uk/shark_fink_spiral_note_book-r57f416439135422cbb1135b826dbd2b2_ambg4_8byvr_324.jpg

Exhibit B: Plaintiff Images in LAION-400M
# Mike Lemos: training image 14



copyright registration: Shark Fink (VA0002071154)

LAION-400M caption: "SHARK FINK!! POSTERS"

LAION-400M url: http://rlv.zcache.com/shark_fink_posters-r9f3b342aca6e43eaa6221a0a1224356e_aotj_8byvr_152.jpg

Exhibit B: Plaintiff Images in LAION-400M
# Mike Lemos: training image 15



copyright registration: Butterflies & Snakes (VAu001215430)

LAION-400M caption: "Butterflies & Snakes Cover Kids Pullover Hoody by Crooked Eye Swag Shop"

LAION-400M url: https://cdn-images.threadless.com/threadless-media/artist_shops/shops/crookedeyetommy/products/422208/shirt-1517350705-6121f3342401fb6e521ff15ddd2a31c0.png?

v=3&d=eyJvbmx5X21ldGEiOiBmYWxzZSwgImZvcmNlIjogZmFsc2UsICJvcHMiOiBbWyJ0cmlttc2NyaXBBOIiwgWzgxNC4yODU3MTQyODU3MTQyLCA1MjcuMTQyODU3MTQyODU3MV0sIHt9XSwgWyJlbmNvZGUiLCBbIi5wbmciLCBweJkcGkiOiAzMDB9XSwgWyJyZXNpemUiLCBbNjAwXSwge31dLCBbIm9i2ZXJsYXkiLCBbInRocmVhZGxlc3MtbWVkaWEvYXJ0X3Nob3BzL292ZXJsYXlzL2NhdmVycy9zaGlydl8yNHhsY3ly9wdWxsb3Zlci5wbmciLCB7fV0sIFsiY29tcG9zaXRlX3BhdHRlcm4iLCBbImhkX3JlY29sb3IiLCBbIiwgWyJoZF9yZWNvbG9yIiwgWyJoZF9yZWNvbG9yIiwgImNhbnZhcyIsIDEWIsIHt9XV0sIFsiY29tcG9zaXRlX3BhdHRlcm4iLCBbImhkX3JlY29sb3IiLCBbI0kogNzMwMwLCAiYmFja2dydW5kIiwgWzI1NSwgMjU1LCAyNTVdLCB0cnVlXV0sIFsiY29tcG9zaXRlX3BhdHRlcm4iLCBbImhkX3JlY29sb3IiLCBbImZvcmVncm91bmQiLCBbI. .2cmVyLnBuZyIsIHt9XV0sIFsiY29tcG9zaXRlX3BhdHRlcm4iLCBbImhkX3JlY29sb3IiLCBbIiwgWyJoZF9yZWNvbG9yIiwgImNhbnZhcyIsIDEWIsIHt9XV0, ogNzMwMwLCAiYmFja2dydW5kIiwgWzI1NSwgMjU1LCAyNTVdLCB0cnVlXV0sIFsiY29tcG9zaXRlX3BhdHRlcm4iLCBbImhkX3JlY29sb3IiLCBbI0.CAiYmFja2dyb3VuZCI6I0IyYTY5ODZgifV0sIFsicmVzaXplIiwgWzgwMF0sIHt9XSwgWyJjYW52YXMiLCBbODAwLCA4MDAsIC IjZmZmZmZmIl0sIHt9XSwgWyJlbmNvZGUiLCBbImpwZyIsIDg1XSwge31dXX0=

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 16



copyright registration: Butterflies & Snakes (VAu001215430)

LAION-400M caption: "Butterflies & Snakes Cover Kids Baby T-Shirt by Crooked Eye Swag Shop "

LAION-400M url: https://cdn-images.threadless.com/threadless-media/artist_shops/shops/crookedeyetommy/products/422208/shirt-1517350705-6121f3342401fb6e521ff15ddd2a31c0.png?

v=3&d=eyJvbmx5X21ldGEiOiBmYWxzZSwgImZvcmNlljogZmFsc2UsICJvcHMiOiBbWyJ0cmltL2NyYXB0B0IiwgWzYyMi44NTcxNDI4NTcxNDI4LCA2MDQuMjg1NzE0Mjg1NzE0Mil0slHt9XSwgWyJlbmNvZGUiLCBbIj5wbmciXSwgeyJkcGkiOiAzMDB9XSwgWyJyZXNpemUiLCBbNzUwXSwge31dLCBIm92ZXJsYXkiLCBbInRocmVhZGxlc3MtbWtWVkaWEvYXJ0X3Nob3BzL292ZXJsYXktbG9nb3MvMTM2NzkxOTYwL0NSTzO2T0tDMU0wZmJ1S2wZXJZc3d6zSwgeyJ5lb29c8wbmciSwgeyJ5ljogNzAwLCAleCI6IDYzNSwgImh3cm91bmQiOiAiMDAwMDAwIn1dLCBBInJlc2l6ZSIsIFs4MDBdLCB7fV0slFsiY2FudmFzIiwgWzX2NlbnRlclmVkliwgWzgwMCwgODAwLCAil2ZmZmZmZiJdLCB7fV0slFsiZW5jb2RlIiwgWyJqcGciLCB7fV1dfQ==

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 17



copyright registration: Butterflies & Snakes (VAu001215430)

LAION-400M caption: "Butterflies & Snakes Cover Kids Toddler T-Shirt by Crooked Eye Swag Shop"

LAION-400M url: https://cdn-images.threadless.com/threadless-media/artist_shops/shops/crookedeyetommy/products/422208/shirt-1517350705-6121f3342401fb6e521ff15ddd2a31c0.png?

v=3&d=eyJvbmx5X21ldGEiOiBmYWxzZSwgImZvcmNlIjogZmFsc2UsICJvcHHMiOiBbWyJ0cmlttc2NyaXBBOIiwgWzYyMi44NTcxNDI4NTcxNDI8LCA2MDQuMjg1NzE0Mjg1NzE0ODlOsIHt9XSwgWyJlbmNvZGUiLCBbIi5wbmciLCSwgeyJkcGkiOiAzMDB9XSwgWyJyZXNpemUiLCBbNjgwXSwge31dLCBbIm92ZXJsYXkiLCBbInRocmVhZGxlc3MtbWVkaWEvWEvYXJ0X3Nob3BzLL292ZXJsYXlzL2NhdmFzcy9zaGlydC1jaGlsZC1ibGFja19hbHQucG5nIiwgeyJ3aWR0aCI6IDY4MCwgImhlaWdodCI6IDY4MCwgImZpdCI6ICJjb250YWluIiwgInBvc2l0aW9uIjogImNlbnRlciJ9XSwgWyJleHBhbmQiLCBbMCwgNDAsIDQwLCA0MF0sIHt9XV0sICJleHQiOiBudWxsLCJpdCI6IHRydWV9.k9mGU4Y2I1N2ZINzFmM2I1OS5wbmciXSwgeyJ5IjogNjAwLCAieCI6IDY2YjQ1NzNOSwgImJhY2tncm91bmQiOiAiMTcxNzQ2NzMwNzY2NjY0LCA2ODQuYXBlN3Bl0mFHLCA2MDgwMzAwLCB7fV1dLCJ4dCI6YSTlbnRlciJ9XSwgWyJjYXN2YXMiLCBbNzY1NDMyMSwgIGZpeW1YLCJ4IjogMjBMCB7fV1dLCJ4dCI6YSTlbnRlciJ9XV19.k9mGU4Y2I1N2ZINzFmM2I1OS5wbmciXSwgeyJ5IjogNjAwLCAieCI6IDXV19

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 18



copyright registration: Butterflies & Snakes (VAu001215430)

LAION-400M caption: "Butterflies & Snakes Cover Kids Pullover Hoody by Crooked Eye Swag Shop"

LAION-400M url: https://cdn-images.threadless.com/threadless-media/artist_shops/shops/crookedeyetommy/products/422208/shirt-1517350705-6121f3342401fb6e521ff15ddd2a31c0.png?

v=3&d=eyJvbmx5X21ldGEiOiBmYWxzZSwgImZvcmNlIijogZmFsc2UsICJvcHMiOiBbWyJ0cmltlitc2NyaXB0OiiwgWzgxNC4yODU3MTQyODU3MTQyLCA1MjcuMTQyODU3MTQyODU3MV0sIHt9XSwgWyJlbmNvZGUiLCBbIi5wbmciLCB7fV0sIHt9XSwgWyJjcGUiOiiwgWzgxNC4yODU3MTQyODU3MTQyODU3MV0sIHt9XSwgWyJ0cmltlitc2NyaXB0OiiwgWzgxNC4yODU3MTQyODU3MTQyLCA1MjcuMTQyODU3MTQyODU3MV0sIHt9XSwgWyJlbmNvZGUiLCBbIi5wbmciLCB7fV0sIHt9XSwgWyJjcGUiODU3MTQyODU3MV0sIHt9XSwgWyJ0cmltlitc2NyaXB0OiiwgWzgxNC4yODU3MTQyODU3MTQyLCA1MjcuMTQyODU3MTQyODU3MV0sIHt9XSwgWyJlbmNvZGUiLCBbIi5wbmciLCB7fV0sIHt9XSwgWyJjcGUiOiBbWyJ0cmltlitc2NyaXB0OiiwgWzgxNC4yODU3MTQyODU3MTQyLCA1MjcuMTQyODU3MTQyODU3MV0sIHt9XSwgWyJlbmNvZGUiLCBbIi5wbmciLCB7fV0sIHt9XSwgWyJjcGUiODU3MV0sIHt9XSwgWyJ0cmltlitc2NyaXB0Fsiancm29kZSISIsIFsianBnIiwgODVdLCB7fV1dfQ==

Exhibit B: Plaintiff Images in LAION-400M
# Mike Lemos: training image 19



copyright registration: Butterflies & Snakes (VAu001215430)

LAION-400M caption: "Butterflies & Snakes Cover Kids Longsleeve T-Shirt by Crooked Eye Swag Shop"

LAION-400M url: https://cdn-images.threadless.com/threadless-media/artist_shops/shops/crookedeyetommy/products/422208/shirt-1517350705-6121f3342401fb6e521ff15ddd2a31c0.png?v=3&d=eyJvbmx5X21ldGEiOiBmYWxzZSwgImZvcmNlIjogZmFsc2UsICJvcHMiOiBbWyJ0cmltIiwgeyJ0cmltIjogeyJib3R0b20iOiAxODAiLCJ0b3AiOjE2NiwibGVmdCI6MTgwLCJyaWdodCI6MjAwfSwiYmFja2dyb3VuZF9jb2xvciI6ICJ0cmFuc3BhcmVudCJ9XSwgWyJyZXNpemUiLCB7InNpemUiOiBbNTIwLCA3MzZdLCAibW9kZSI6ICJmaXQifV0sIFsiY2FudmFzIiwgeyJzaXplIjogWzUyMCwgNzM2XSwgImJhY2tncm91bmRfY29sb3IiOiAidHJhbnNwYXJlbnQiLCAiY3VycmVudF9iYWNrZ3JvdW5kX2NvbG9yIjogInRyYW5zcGFyZW50IiwgImhhbGlnbiI6ICJjZW50ZXIiLCAidmFsaWduIjogIm1pZGRsZSJ9XV19

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 20



copyright registration: Butterflies & Snakes (VAu001215430)

LAION-400M caption: "Butterflies & Snakes Cover Women's French Terry Sweatshirt by Crooked Eye Swag Shop"

LAION-400M url: https://cdn-images.threadless.com/threadless-media/artist_shops/shops/crookedeyetommy/products/422208/shirt-1517350705-6121f3342401fb6e521ff15ddd2a31c0.png?

v=3&d=eyJvbmx5X21ldGEiOiBmYWxzZSwgImZvcmNlIjogZmFsc2UsICJvcHMiOiBbWyJ0cmlttc2NyaXB0iiwgWzEyNzAuNTcxNDI4NTcxNDI4NCwgMTUwOC44NTcxNDI4NTcxNDI3XSwge3d1CBBImVuY29kZSISIFsiLnBuZyJdLCB7ImRwaSI6IDMwMH1dLCBInJlc2l6ZSISIFs4NDVdLCB7fV0sIFsib3Zlcmxxh eSIsIFsidGhyZWFkbGVzcy1tZWRpYS9hcnRpc3Rfc2hvcHMvcGF0dGVybnMvYXJ0aXN0L3NoYWRvdyIsIFswLCAwXSwgeyJ3ZWJwX25vbWVyZ2UiOiBbXSwgInJldHVybnMi01df0sIFsibWVyZ2ugLXRyYW5zcGFyZW50IiwgWyJmZjk5Y3k 5LWNyZXduZXIrL2NvbG9yLTJhODJJQyJZyb250ZSZaLTE0NTFQdU0w5Q2KVdZWduZXJvOGRzY5dZdmxwMmVmL1LTZ0LTE0LTQYNTYpIdmdWpy4VSDYXpkVGaZmVnLU1MWJ1LTMZeM MHdE5S5dW5sW1xKhMC13SOaWpaQ3ZnF1JCY1mWjjJLSL5iC1h0TWZdW5ZyXs1S0ddWJ1LC2L5LWZPMR1dHdwQ1KZWZm

Exhibit B: Plaintiff Images in LAION-400M

# Mike Lemos: training image 21



copyright registration: Butterflies & Snakes (VAu001215430)

LAION-400M caption: "Butterflies & Snakes Cover Kids Longsleeve T-Shirt by Crooked Eye Swag Shop"

LAION-400M url: https://cdn-images.threadless.com/threadless-media/artist_shops/shops/crookedeyetommy/products/422208/ shirt-1517350705-6121f3342401fb6e521ff15ddd2a31c0.png? v=3&d=eyJvbmx5X21ldGEiOiBmYWxzZSwgImZvcmNlIjogZmFsc2UsICJvcHMiOiBbWyJ0cmlttc2NyaXBOIiwgWzgzNi4wLCAxMjY0LjI4NTcxNDI4NTcxN DJdLCB7fV0sIFsiZW5jb2RlIiwgWyIucG5lIi0sIHsiZHBpIjogMzAwfV0sIFsicmVzaXplIiwgWzY0MF0sIHt9XSwgWyJvdmVybGF5IiwgWyJ0aHJlYWRsZX NzLW1lZGlhL2FydGlzdF9zaG9wcy9vdmVybGF5cy9jYXRlZ29yaWVzL2tpZHMvbG9uZXNsZWV2ZS10LXNoaXJ0L0L2NvbG9ycy 8qL2Zyb250LTE0NTY4Njc4Njk3NjQyNjEyNmVjOGU5NDZlYWNiMWU5ODhkZGFhODQwN2ZmNTIucG5lIiwgIHsieSI6IDU1MCwglngiOiA3MTAsICJiYWNrZ3 JvdW5kljogljIlwNDE5YSJ9XSwgWyJyZXNpemUiLCBbODDAwXSwge31dLCBbImNhbnZhc19jZW50ZXIiLCBbMDAsIDgwMCwgliNmZmZmZmYiXSwg e31dLCBbImVuY29kZSIsIFsianBnIiwglngODVdLCB7fV1dfQ==

Exhibit B: Plaintiff Images in LAION-400M

# Connie Mclennan: training image 1



copyright registration: The Rainforest Grew All Around (VA0001673931)

LAION-400M caption: "THE RAINFOREST GREW ALL AROUND by Susan K. Mitchell"

LAION-400M url: https://d1ldy8a769gy68.cloudfront.net/180/978/097/688/236/7/9780976882367.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Connie Mclennan: training image 2



copyright registration: The Rainforest Grew All Around (VA0001673931)

LAION-400M caption: "Book Cover for THE RAINFOREST GREW ALL AROUND"

LAION-400M url: https://d1ldy8a769gy68.cloudfront.net/180/978/097/688/236/7/9780976882367.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Connie Mclennan: training image 3



copyright registration: The Rainforest Grew All Around (VA0001673931)

LAION-400M caption: "THE RAINFOREST GREW ALL AROUND by Susan K. Mitchell "

LAION-400M url: https://d3myrwj42s63no.cloudfront.net/110/978/097/688/236/7/9780976882367.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Connie Mclennan: training image 4



copyright registration: The Rainforest Grew All Around (VA0001673931)

LAION-400M caption: "THE RAINFOREST GREW ALL AROUND by Susan K. Mitchell"

LAION-400M url: https://d3myrwj42s63no.cloudfront.net/180/978/097/688/236/7/9780976882367.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 1



copyright registration: Motherland Chronicles (VA0001917341)

LAION-400M caption: "aurorae: Motherland Chronicles #18 - Julia by `zemotion on deviantART"

LAION-400M url: https://i.pinimg.com/736x/8b/6c/23/8b6c239d46e3a49d2ead483b9949b8c0--character-ideas-character-design.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 2



copyright registration: Motherland Chronicles (VA0001917341)

LAION-400M caption: "Motherland Chronicles - Self Portrait in Water , 2013"

LAION-400M url: https://images.squarespace-cdn.com/content/53adb9cbe4b05e0d792c6c88/1405552099182-GVWPC3BG8KXVER3AUGVV/Motherland-Chronicles-7---Self-Portrait-in-Water-Zhang-Jingna-zemotion.jpg?content-type=image%2Fjpeg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 3



copyright registration: Motherland Chronicles (VA0001917341)

LAION-400M caption: "Motherland Chronicles 2 - Winterland Fairytales (by zemotion) "

LAION-400M url: https://64.media.tumblr.com/756ad0716e5385edcd9a7e88329df781/tumblr_miauw7P6Yt1qafz6uo1_500.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 4



copyright registration: Motherland Chronicles (VA0001917341)

LAION-400M caption: "Motherland Chronicles - Book of Roses , 2013 "

LAION-400M url: https://images.squarespace-cdn.com/
content/53adb9cbe4b05e0d792c6c88/1405551976391-0QPVOVJGZNORCB97DEUE/Motherland-Chronicles-31---Book-of-Roses-Zhang-Jingna-
zemotion.jpg?content-type=image%2Fjpeg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 5



copyright registration: Motherland Chronicles (VA0001917341)

LAION-400M caption: "Motherland-Chronicles #24 - Dark Alodia "

LAION-400M url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/bbf9e125-bd9e-4a70-badc-1bd5affeb49f/
d6dpzv3-65e2c333-9b9c-43da-b6d0-3bbe25fdd858.jpg/v1/fill/w_221,h_350,q_70,strp/
motherland_chronicles__24___dark_alodia_by_zemotion_d6dpzv3-350t.jpg?
token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJzdWIiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWYwZDQxNWVhMGQyNmUwIiwiaXNzIjoi
dXJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsIm9iaiI6W1t7ImhlaWdodCI6Ijw9Nzk1IiwicGF0aCI6IlwvZlwvYmJmOWUx
MjUtYmQ5ZS00YTcwLWJhZGMtMWJkNWFmZmViNDlmXC9kNmRwenYzLTY1ZTJjMzMzLTliOWMtNDNkYS1iNmQwLTNiYmUyNWZkZDg1OC5qcGciLC
J3aWR0aCI6Ijw9NTAyIn1dXSwiYXVkIjpbInVybjpzZXJ2aWNlOmltYWdlLm9wZXJhdGlvbnMiXX0.B3RPZhY7HYihH0yxgTkcqmbouHq5QNIepHxW03b
Cy1s

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 6



copyright registration: Motherland Chronicles (VA0001917341)

LAION-400M caption: "Motherland Chronicles #23 - Dive by zemotion"

LAION-400M url: https://images-wixmp-ed30a86b8c4ca887773594c2.wixmp.com/f/bbf9e125-bd9e-4a70-badc-1bd5affeb49f/
d6cowsb-1b31ef43-f0d4-4b2a-bcf6-34be19b0a39e.jpg?
token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzI1NiJ9.eyJpc3MiOiJ1cm46YXBwOjdlMGQxODg5ODIyNjQzNzNhNWYwZDQxNWVhMGQyNmUwIiwic3ViIjoid
XJuOmFwcDo3ZTBkMTg4OTgyMjY0MzczYTVmMGQ0MTVlYTBkMjZlMCIsImF1ZCI6WyJ1cm46c2VydmljZTppbWFnZS5vcGVyYXRpb25zIl0sImlhaTI6W1t7I
nBhdGgiOiIvZi9iYmY5ZTEyNS1iZDllLTRhNzAtYmFkYy0xYmQ1YWZmZWI0OWYvZDZjb3dzYi0xYjMxZWY0My1mMGQ0LTRiMmEtYmNmNi0zNGJlMT
liMGEzOWUuanBnIn1dXX0.5kPKgrrcV8_KFb1iK6wpRimWvGgPLLfxY2FJhWfqgRg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 7



copyright registration: Motherland Chronicles (VA0001917341)

LAION-400M caption: "Motherland-Chronicles-33---Underwater-Ascend-Zhang-Jingna-zemotion.jpg"

LAION-400M url: https://images.squarespace-cdn.com/content/55db733fe4b0725b23e574a4/1529261106379-79BSSEUNOWD8JD2W2EDF/Motherland-Chronicles-33---Underwater-Ascend-Zhang-Jingna-zemotion.jpg?content-type=image%2Fjpeg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 8



copyright registration: Anouk (VA0001911930)

LAION-400M caption: "Fashion Gone Rogue: Anouk"

LAION-400M url: https://mir-s3-cdn-cf.behance.net/projects/source/12146521.5482638fe6b81.jpg

Exhibit B: Plaintiff Images in LAION-400M

# Jingna Zhang: training image 9



copyright registration: Anouk (VA0001911930)

LAION-400M caption: "anouk van kleef6 Anouk van Kleef by Zhang Jingna for Fashion Gone Rogue "

LAION-400M url: https://www.fashiongonerogue.com/wp-content/uploads/2013/11/anouk-van-kleef6.jpg