UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION | Master File Case No. 23-cv-03440-EKL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DENYING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 187, 191, 224, 235 |

On October 1, 2025, the parties filed a joint case management statement. ECF No. 235. Because it does not appear that the parties currently require the Court's attention, the October 15, 2025, case management conference is VACATED. No appearance is necessary.

At the parties' joint request, the December 17, 2025 deadline to complete an initial ADR session is vacated. *See* ECF No. 235 at 9. The parties shall complete an initial ADR session within 45 days after the Court's order on Plaintiffs' forthcoming class certification motion.

In connection with their motions to amend the case schedule, Plaintiffs filed three administrative motions to consider whether another party's materials should be sealed. *See* ECF Nos. 187, 191, 224. No party has filed a statement in support of sealing these materials. *See* Civil L.R. 79-5(f)(3). Accordingly, the administrative motions are DENIED. Plaintiffs shall file these materials on the public docket, without redactions, by October 9, 2025.

**IT IS SO ORDERED.**

Dated: October 2, 2025

Eumi K. Lee
United States District Judge