Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Tel. (415) 445-4006
gmullens@bfalaw.com

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Civil L.R. 7-11**<br><br>Judge:        Hon. Eumi K. Lee |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court to consider whether portions of Plaintiffs' Notice of Motion and Motion for Class Certification, supporting documents, and exhibits thereto should be filed under seal. Google contends the documents sought to be filed under seal contain information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order entered by this Court.

In the Ninth Circuit, when a party seeks to seal portions of a nondispositive motion, a "good cause" standard is applied. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Good cause exists if a district court grants a protective order to seal documents because "it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal cite omitted). The party seeking to seal bears the burden of showing compelling reasons apply. *See id.* at 1178.

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [ ] ('Designating Party')," the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id*. Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id*.

Specifically, the material subject to the administrative motion includes the following:

| ECF No. | Document | Portions Sought to be Sealed | Reason(s) for Sealing |
|---|---|---|---|
| 253-1 | Plaintiffs' Notice of Motion and Motion for Class Certification | Highlighted portions at ii, 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 20, 21, 22, 24 | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-2 | Plaintiffs' Proposed Trial Plan | Highlighted portions at 1, 2, 4, 5 | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |

| 253-3 | Joint Declaration of Joseph R. Saveri and Lesley E. Weaver ("Counsel Declaration") | Highlighted portions at 6 | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-4 | Ex. 1 (Expert Report of Meredith McCarron) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-5 | Ex. 2 (Expert Report of David Doermann) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-6 | Ex. 3 (Expert Report of Victoria Furniss) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-7 | Ex. 4 (Expert Report of Michael Smith) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-8 | Ex. 5 (Google's Amended R&Os to 2nd Set of RFAs) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-9 | Ex. 13 (Deposition transcript excerpts of Carver 30(b)(6)) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-10 | Ex. 14 (Deposition transcript excerpts of Liechty 30(b)(6)) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-11 | Ex. 15 (Deposition | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES |

| | | | |
|---|---|---|---|
| | transcript excerpts of Jaskiewicz) | | ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-12 | Ex. 16 (Deposition transcript excerpts of Baldridge) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-13 | Ex. 17 (Deposition transcript excerpts of Xiao) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-14 | Ex. 18 (Deposition transcript excerpts of Vinyals) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-15 | Ex. 19 (Deposition transcript excerpts of Price 30(b)(6)) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-16 | Ex. 20 (Deposition transcript excerpts of Ayoub) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-17 | Ex. 21 (Deposition transcript excerpts of Barker 30(b)(6)) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-18 | Ex. 22 (Deposition transcript excerpts of Dai) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-19 | Ex. 27 (Liechty Ex. 17) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-20 | Ex. 28 (GOOG-AIC-000013914) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant |

| | | | to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-21 | Ex. 29 (GOOG-AIC-000013928) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-22 | Ex. 30 (GOOG-AIC-000014036) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-23 | Ex. 31 (GOOG-AIC-000014220) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-24 | Ex. 32 (GOOG-AIC-000014257) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-25 | Ex. 33 (GOOG-AIC-000014911) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-26 | Ex. 34 (GOOG-AIC-000014934) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-27 | Ex. 35 (GOOG-AIC-000015660) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-28 | Ex. 36 (GOOG-AIC-000017739) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-29 | Ex. 37 (GOOG-AIC-000019423) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |

| 253-30 | Ex. 38 (GOOG-AIC-000019701) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
|--------|------------------------------|-----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 253-31 | Ex. 39 (GOOG-AIC-000022456) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-32 | Ex. 40 (GOOG-AIC-000022473) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-33 | Ex. 41 (GOOG-AIC-000029651) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-34 | Ex. 42 (GOOG-AIC-000047085) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-35 | Ex. 43 (GOOG-AIC-000047114) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-36 | Ex. 44 (GOOG-AIC-000047169) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-37 | Ex. 45 (GOOG-AIC-000047194) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-38 | Ex. 46 (GOOG-AIC-000047239) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-39 | Ex. 47 (GOOG-AIC- | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES |

| | | | |
|---|---|---|---|
| | 000047292) | | ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-40 | Ex. 48 (GOOG-AIC-000047309) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-41 | Ex. 49 (GOOG-AIC-000047342) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-42 | Ex. 50 (GOOG-AIC-000047354) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-43 | Ex. 51 (GOOG-AIC-000047377) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-44 | Ex. 52 (GOOG-AIC-000049509) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-45 | Ex. 53 (GOOG-AIC-000049535) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-46 | Ex. 54 (GOOG-AIC-000105862) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-47 | Ex. 55 (GOOG-AIC-000109453) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-48 | Ex. 56 (GOOG-AIC-000111705) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |

| | | | |
|---|---|---|---|
| 253-49 | Ex. 57 (GOOG-AIC-000115985) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-50 | Ex. 58 (GOOG-AIC-000115988) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-51 | Ex. 59 (GOOG-AIC-000115991) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-52 | Ex. 60 (GOOG-AIC-000117399) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-53 | Ex. 61 (GOOG-AIC-000117854) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-54 | Ex. 62 (GOOG-AIC-000119834) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-55 | Ex. 63 (GOOG-AIC-000123966) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-56 | Ex. 64 (GOOG-AIC-000125257) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-57 | Ex. 65 (GOOG-AIC-000126370) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-58 | Ex. 66 | Entire document | Information Google contends is HIGHLY |

| | (GOOG-AIC-000174199) | | CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-59 | Ex. 67 (GOOG-AIC-000203621) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-60 | Ex. 68 (GOOG-AIC-000206856) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-61 | Ex. 69 (GOOG-AIC-000207272) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-62 | Ex. 70 (GOOG-AIC-000207404) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-63 | Ex. 71 (GOOG-AIC-000274584) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-64 | Ex. 72 (GOOG-AIC-000274590) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-65 | Ex. 73 (GOOG-AIC-000301374) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-66 | Ex. 74 (GOOG-AIC-000324279) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-67 | Ex. 75 (GOOG-AIC-000345528) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant |

| | | | to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-68 | Ex. 76 (GOOG-AIC-000345530) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-69 | Ex. 77 (GOOG-AIC-000346328) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-70 | Ex. 78 (GOOG-AIC-000361821) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-71 | Ex. 79 (GOOG-AIC-000363422) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-72 | Ex. 80 (GOOG-AIC-000370492) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-73 | Ex. 81 (GOOG-AIC-000373099) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-74 | Ex. 82 (GOOG-AIC-000373189) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-75 | Ex. 83 (GOOG-AIC-000373306) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-76 | Ex. 84 (GOOG-AIC-000374443) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |

| 253-77 | Ex. 85 (GOOG-AIC-000383491) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-78 | Ex. 86 (GOOG-AIC-000385158) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-79 | Ex. 87 (GOOG-AIC-000387855) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-80 | Ex. 88 (GOOG-AIC-000387896) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-81 | Ex. 89 (GOOG-AIC-000388471) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-82 | Ex. 90 (GOOG-AIC-000389563) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-83 | Ex. 91 (GOOG-AIC-000389911) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-84 | Ex. 92 (GOOG-AIC-000471928) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-85 | Ex. 93 (GOOG-AIC-000472033) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-86 | Ex. 94 (GOOG-AIC- | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES |

| | 000481984) | | ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-87 | Ex. 95 (GOOG-AIC-000500211) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-88 | Ex. 96 (GOOG-AIC-000509778) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-89 | Ex. 97 (GOOG-AIC-000511266) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-90 | Ex. 98 (GOOG-AIC-000520395) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-91 | Ex. 99 (GOOG-AIC-000521732) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-92 | Ex. 100 (GOOG-AIC-000582441) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-93 | Ex. 101 (GOOG-AIC-000584939) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-94 | Ex. 102 (GOOG-AIC-000584953) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-95 | Ex. 103 (GOOG-AIC-000619097) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |

| | | | |
|---|---|---|---|
| 253-96 | Ex. 104 (GOOG-AIC-000636213) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-97 | Ex. 105 (GOOG-AIC-000641126) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-98 | Ex. 106 (GOOG-AIC-000662311) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-99 | Ex. 107 (GOOG-AIC-000674328) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-100 | Ex. 108 (GOOG-AIC-000710430) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-101 | Ex. 109 (GOOG-AIC-000710445) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-102 | Ex. 110 (GOOG-AIC-000711295) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-103 | Ex. 111 (GOOG-AIC-000711405) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-104 | Ex. 112 (GOOG-AIC-000711457) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-105 | Ex. 113 | Entire document | Information Google contends is HIGHLY |

| | (GOOG-AIC-000737395) | | CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-106 | Ex. 114 (GOOG-AIC-000760043) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-107 | Ex. 115 (GOOG-AIC-000763515) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-108 | Ex. 116 (GOOG-AIC-000767551) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-109 | Ex. 117 (GOOG-AIC-000767937) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-110 | Ex. 118 (GOOG-AIC-000767951) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-111 | Ex. 119 (GOOG-AIC-000767976) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-112 | Ex. 120 (GOOG-AIC-000768069) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-113 | Ex. 121 (GOOG-AIC-000768084) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-114 | Ex. 122 (GOOG-AIC-000769893) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant |

| | | | to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-115 | Ex. 123 (GOOG-AIC-000792412.C) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-116 | Ex. 124 (GOOG-AIC-000792731.C) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-117 | Ex. 125 (GOOG-AIC-000793042.C) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-118 | Ex. 126 (GOOG-AIC-000805421) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-119 | Ex. 127 (GOOG-AIC-000813651) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-120 | Ex. 182 (GOOG-AIC-000035958) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-121 | Ex. 183 (GOOG-AIC-000078250) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-122 | Ex. 184 (GOOG-AIC-000118693) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-123 | Ex. 185 (GOOG-AIC-000119254) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |

| 253-124 | Ex. 186 (GOOG-AIC-000121339) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
|---|---|---|---|
| 253-125 | Ex. 187 (GOOG-AIC-000345814) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-126 | Ex. 188 (GOOG-AIC-000274573) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-127 | Ex. 189 (GOOG-AIC-000172514) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-128 | Ex. 190 (GOOG-AIC-000346842) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-129 | Ex. 191 (GOOG-AIC-000406798) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-130 | Ex. 192 (GOOG-AIC-000409943) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-131 | Ex. 193 (GOOG-AIC-000582310) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-132 | Ex. 194 (GOOG-AIC-000674464) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-133 | Ex. 195 (GOOG-AIC- | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES |

| | | | |
|---|---|---|---|
| | 000674469) | | ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-134 | Ex. 196 (GOOG-AIC-000674532) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-135 | Ex. 197 (GOOG-AIC-000744803) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-136 | Ex. 198 (GOOG-AIC-000550228) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-137 | Ex. 199 (GOOG-AIC-000520533) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-138 | Ex. 200 (GOOG-AIC-000115985) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |
| 253-139 | Ex. 201 (GOOG-AIC-000764871) | Entire document | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order; Defendant to provide evidence, per Local Rule 79-5(f). |

Plaintiffs seek to file under seal portions of the Motion, Proposed Trial Plan, Counsel Declaration, and exhibits that quote or summarize portions of materials designated by Google as "Highly Confidential—Attorney's Eyes Only." In compliance with their Protective Order obligations and the Civil Local Rules of this District, Plaintiffs are submitting under seal, along with this Administrative Motion, an unredacted copy of the documents referenced in the table above pursuant to Civil Local Rule 79-5(d). Plaintiffs understand that Google, as the Designating Party, will submit a statement or declaration under Civil Local Rule 79-5(f)(3) stating the reasons for keeping the identified material under seal within seven (7) days of

1  this motion. Plaintiffs reserve the right to challenge Google's sealing request but, as conveyed to Google,

2  do not intend to oppose sealing for this dispute.

3  Dated: October 14, 2025

4

5  By: _____/s/ Lesley E. Weaver_____
   Lesley E. Weaver (SBN 191305)

6  Anne K. Davis (SBN 267909)
   Joshua D. Samra (SBN 313050)

7  **BLEICHMAR FONTI & AULD LLP**
   1330 Broadway, Suite 630

8  Oakland, CA 94612
   Tel. (415) 445-4003

9  lweaver@bfalaw.com
   adavis@bfalaw.com

10 jsamra@bfalaw.com

11
   Gregory S. Mullens (admitted *pro hac vice*)

12 **BLEICHMAR FONTI & AULD LLP**
   75 Virginia Road, 2nd Floor

13 White Plains, NY 10603
   Tel. (415) 445-4006

14 gmullens@bfalaw.com

15

16

17

18           *Plaintiffs' Interim Co-Lead Counsel*

19 Brian D. Clark (admitted *pro hac vice*)
   Laura M. Matson (admitted *pro hac vice*)

20 Arielle S. Wagner (admitted *pro hac vice*)
   Consuela Abotsi-Kowu (admitted *pro hac vice*)

21 **LOCKRIDGE GRINDAL NAUEN PLLP**
   100 Washington Avenue South, Suite 2200

22 Minneapolis, MN 55401
   Telephone:    (612) 339-6900

23 Facsimile:    (612) 339-0981
   bdclark@locklaw.com

24 lmmatson@locklaw.com
   aswagner@locklaw.com

25 cmabotsi-kowu@locklaw.com

26
   Stephen J. Teti (admitted *pro hac vice*)

27 **LOCKRIDGE GRINDAL NAUEN PLLP**
   265 Franklin Street, Suite 1702

28

By: _____/s/ Joseph R. Saveri_____
Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Evan A. Creutz (State Bar. No. 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Mark I. Richards (SBN 321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone:    213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Tracey Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Tel. (213) 788-4050
tcowan@clarksonlawfirm.com

Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

Matthew Butterick (State Bar No. 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
mb@butericklaw.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2025, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver

1

## <u>CERTIFICATE OF SERVICE</u>

2        I, Lesley E. Weaver, hereby certify that on October 14, 2025, I electronically filed the foregoing

3   document with the Clerk of the United States District Court for the Northern District of California using

4   the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy

5   of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

6

7                                                    */s/ Lesley E. Weaver*
                                                    Lesley E. Weaver
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL          -20-          MASTER FILE CASE NO.:  5:23-cv-03440-EKL-SVK