
Case 5:23-cv-03440-EKL   Document 258   Filed 10/15/25   Page 1 of 3

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Tel. (415) 445-4006
gmullens@bfalaw.com

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (Dkt. Nos. 249, 249-1)**<br><br>Judge:     Hon. Eumi K. Lee |

Plaintiffs submit this Motion to Remove Incorrectly Filed Documents to remove certain documents submitted with Plaintiffs' Motion for Class Certification (Dkt Nos. 249 and 249-1), filed October 14, 2025. On October 15, 2025, shortly after Dkt. Nos. 249 and 249-1 were filed, counsel for Google contacted Plaintiffs' counsel to request that Plaintiffs seek to remove Dkt. Nos. 249 and 249-1 from the public docket due to Plaintiffs' inadvertent filing errors. Plaintiffs, in an effort to accommodate, promptly filed a corrected, redacted version of these documents as Dkt. Nos. 251 and 251-1, emailed Civil Case Docketing & Docket Corrections to Request that Dkt. Nos. 249 and 249-1 be temporarily blocked, and filed the instant motion. Accordingly, Plaintiffs respectfully request that Docket Nos. 249 and 249-1 be permanently removed from ECF.

Dated: October 15, 2025

Respectfully submitted,

By:   /s/ Lesley E. Weaver
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Telephone: (415) 445-4006
gmullens@bfalaw.com

By:   /s/ Joseph R. Saveri
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| Brian D. Clark (admitted *pro hac vice*)<br>Laura M. Matson (admitted *pro hac vice*)<br>Arielle S. Wagner (admitted *pro hac vice*)<br>Consuela Abotsi-Kowu (admitted *pro hac vice*)<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>bdclark@locklaw.com<br>lmmatson@locklaw.com<br>aswagner@locklaw.com<br>cmabotsi-kowo@locklaw.com<br><br>Stephen J. Teti (admitted *pro hac vice*)<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>265 Franklin Street, Suite 1702<br>Boston, MA 02110<br>Telephone: (617) 456-7701<br>sjteti@locklaw.com | Ryan J. Clarkson (SBN 257074)<br>Yana Hart (SBN 306499)<br>Mark I. Richards (SBN 321252)<br>**CLARKSON LAW FIRM, P.C.**<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Telephone:   213-788-4050<br>rclarkson@clarksonlawfirm.com<br>yhart@clarksonlawfirm.com<br>mrichards@clarksonlawfirm.com<br><br>Matthew Butterick (SBN 250953)<br>**BUTTERICK LAW**<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940<br>mb@butboricklaw.com |

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of October, 2025, at Oakland, California.

>             */s/ Lesley E. Weaver*
>                  Lesley E. Weaver