Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Tel. (415) 445-4006
gmullens@bfalaw.com

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PROPOSED OREDER RE PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (Dkt. Nos. 249, 249-1)**<br><br>Judge:    Hon. Eumi K. Lee |

**[PROPOSED] ORDER**

For good cause shown, Plaintiffs' Motion to Remove Incorrectly Filed Documents (Dkt. Nos. 249 and 249-1) is GRANTED. The Clerk of the Court is directed to remove from the docket Dkt. Nos. 249, MOTION to Certify Class (Redacted) filed by Consolidated Plaintiffs, and 249-1, Plaintiffs' Proposed Trial Plan. The Court will consider Dkt. Nos. 251, MOTION to Certify Class (Redacted) filed by Consolidated Plaintiffs, and 251-1, Plaintiffs' Proposed Trial Plan (Redacted), to be the correct versions of the redacted Class Certification brief and Plaintiffs' Proposed Trial Plan.

**SO ORDERED**.

DATED: _____

THE HONORABLE EUMI K. LEE
United States District Judge