| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **BLEICHMAR FONTI & AULD LLP** | Elissa A. Buchanan (SBN 249996) |
| 1330 Broadway, Suite 630 | Evan A. Creutz (SBN 349728) |
| Oakland, CA 94612 | Aaron Cera (SBN 351163) |
| Tel. (415) 445-4003 | Louis Kessler (SBN 243703) |
| lweaver@bfalaw.com | Alexander Y. Zeng (SBN 360220) |
| adavis@bfalaw.com | **JOSEPH SAVERI LAW FIRM, LLP** |
| jsamra@bfalaw.com | 601 California Street, Suite 1505 |
| | San Francisco, CA 94108 |
| Gregory S. Mullens (admitted *pro hac vice*) | Telephone: (415) 500-6800 |
| **BLEICHMAR FONTI & AULD LLP** | Facsimile: (415) 395-9940 |
| 75 Virginia Road, 2nd Floor | jsaveri@saverilawfirm.com |
| White Plains, NY 10603 | czirpoli@saverilawfirm.com |
| Tel. (415) 445-4006 | cyoung@saverilawfirm.com |
| gmullens@bfalaw.com | ecreutz@saverilawfirm.com |
| | eabuchanan@saverilawfirm.com |
| | acera@saverilawfirm.com |
| | lkessler@saverilawfirm.com |
| | azeng@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>~~PROPOSED~~ OREDER RE PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (Dkt. Nos. 249, 249-1)<br><br>Judge:    Hon. Eumi K. Lee |

## [~~PROPOSED~~] ORDER

For good cause shown, Plaintiffs' Motion to Remove Incorrectly Filed Documents (Dkt. Nos. 249 and 249-1) is GRANTED. The Clerk of the Court is directed to remove from the docket Dkt. Nos. 249, MOTION to Certify Class (Redacted) filed by Consolidated Plaintiffs, and 249-1, Plaintiffs' Proposed Trial Plan. The Court will consider Dkt. Nos. 251, MOTION to Certify Class (Redacted) filed by Consolidated Plaintiffs, and 251-1, Plaintiffs' Proposed Trial Plan (Redacted), to be the correct versions of the redacted Class Certification brief and Plaintiffs' Proposed Trial Plan.

**SO ORDERED**.

DATED:  October 15, 2025

_____
THE HONORABLE EUMI K. LEE
United States District Judge