| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant*<br>GOOGLE LLC | LESLEY E. WEAVER. SBN 191305<br>Email: lweaver@bfalaw.com<br>ANNE K. DAVIS, SBN 267909<br>Email: adavis@bfalaw.com<br>JOSHUA D. SAMRA, SBN 313050<br>Email: jsamra@bfalaw.com<br>BLEICHMAR FONTI & AULD LLP<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Telephone: (415) 445-4003<br><br>GREGORY MULLENS (admitted *pro hac vice*)<br>Email: gmullens@bfalaw.com<br>BLEICHMAR FONTI & AULD LLP<br>75 Virginia Road, 2nd Floor<br>White Plains, NY 10603<br>Telephone: (415) 445-4006<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Class [Additional Counsel on Signature Page]* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SEALING IN CONNECTION WITH ECF NOS. 249 AND 253**<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

1     The Parties, by and through their undersigned counsel, stipulate as follows:

2     WHEREAS, on October 15, 2025, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (ECF No. 253) in connection with their Motion for Class Certification (ECF No. 249);

    WHEREAS, the Parties anticipate that multiple administrative motions to seal and responses covering many documents and deposition excerpts may be required in connection with proceedings over ECF No. 249 and understand that, in such circumstances, courts in this district have directed the filing of a single, joint motion to seal upon completion of briefing;

    WHEREAS, the Parties have agreed and respectfully ask the Court's approval that any sealing issues relating to documents filed in connection with the briefing on Plaintiffs' Motion for Class Certification, including those identified in Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (ECF No. 253), be addressed via a joint omnibus motion to seal that the Parties will file by January 19, 2026. Any response to the joint omnibus motion shall be filed jointly by February 2, 2026.

    IT IS SO STIPULATED.

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 | Dated:  October 17, 2025 | By: | */s/ Paul J. Sampson* |

Paul J. Sampson (admitted *pro hac vice*)
Email: psampson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI Professional Corporation**
95 S State Street, Suite 1000
Salt Lake City, UT 84111
Telephone:  (801) 401-8541

David H. Kramer, SBN 168452
Email: dkramer@wsgr.com
Maura L. Rees, SBN 191698
Email: mrees@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

Eric P. Tuttle, SBN 248440
Email: eric.tuttle@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

Dated:  October 17, 2025        By:        */s/ Christopher K.L. Young*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Evan A. Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alex Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com

acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, NY 10603
Telephone: (415) 445-4006
gmullens@bfalaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Mark I. Richards (SBN 321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: 213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Tracey Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Telephone: (213) 788-4050
tcowan@clarksonlawfirm.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

| | |
|---|---|
| 1 | Facsimile: (612) 339-0981 |
| 2 | bdclark@locklaw.com |
|   | lmmatson@locklaw.com |
| 3 | aswagner@locklaw.com |
|   | cmabotsi-kowo@locklaw.com |

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

### SIGNATURE ATTESTATION

I, Paul J. Sampson, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: __*/s/ Paul J. Sampson*__
     Paul J. Sampson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2025                    _____
                                                                                    Hon. Eumi K. Lee
                                                                                    United States District Court Judge