DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

PAUL J. SAMPSON, admitted *pro hac vice*
Email: psampson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street
Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**GOOGLE'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Susan van Keulen |

Defendant Google LLC ("Google") opposes Plaintiffs' Administrative Motion for Leave to File Supplemental Authority (ECF No. 269). Plaintiffs failed to comply with the meet-and-confer requirements of Local Rule 7-11 and this Court's Standing Order, and the attached article is not proper "authority."

***1. Plaintiffs Violated Local Rule 7-11 and the Court's Standing Order.*** Local Rule 7-11(a) requires an administrative motion to include "either a stipulation under Civil L.R. 7-12 or … a declaration that explains why a stipulation could not be obtained." This Court's Civil Standing Order likewise mandates that at least seven days "before filing any motion, the moving party must meet and confer with the opposing party" and in the notice of motion "must certify that this meet-and-confer requirement has been satisfied." Standing Order § VIII.A. The Court "may strike" a motion that lacks "such a certification." *Id.* Plaintiffs met none of these requirements. They never offered to meet and confer, never sought a stipulation, and did not file the required declaration or certification. The motion appeared on ECF without any notice to Defendants. That is grounds enough for denying it.

***2. The Submitted Article Is Not "Supplemental Authority."*** The academic working paper Plaintiffs submit as "supplemental authority" is not a judicial opinion, statute, or rule—and thus not "authority." While Civil L.R. 7-11 doesn't define "authority," courts routinely use the term to mean ***legal*** authorities decided after briefing. *See Trans-Sterling, Inc. v. Bible*, 804 F.2d 525, 528 (9th Cir. 1986) (Rule 28(j) "permits a party to bring new *authorities* to the attention of the court; it is not designed to bring new evidence through the back door"); *Manley v. Rowley*, 847 F.3d 705, 710 n.2 (9th Cir. 2017) (striking letter that offered "no new authorities" and instead sought to supplement the record); *Junkersfeld v. Per Diem Staffing Sys., Inc.*, 2019 WL 2247768, at *1 (N.D. Cal. May 24, 2019) (declining to consider "proposed rule" submitted as supplemental authority because it was "not binding nor persuasive"). Plaintiffs' Exhibit A is an academic article—commentary, not law and not properly submitted.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 27, 2025 | WILSON SONSINI GOODRICH & ROSATI<br>  Professional Corporation |

By: _____*/s/ Paul J. Sampson*_____
   Paul J. Sampson, admitted *pro hac vice*
   Email: psampson@wsgr.com
   **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
   95 S. State Street
   Suite 1000
   Salt Lake City, UT 84111
   Telephone: (801) 401-8510

   David H. Kramer, SBN 168452
   Email: dkramer@wsgr.com
   Maura L. Rees, SBN 191698
   Email: mrees@wsgr.com
   **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
   650 Page Mill Road
   Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300

   Eric P. Tuttle, SBN 248440
   Email: eric.tuttle@wsgr.com
   **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
   701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
   Telephone: (206) 883-2500

   *Counsel for Defendant*
   GOOGLE LLC