| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>Email: dkramer@wsgr.com<br>MAURA L. REES, SBN 191698<br>Email: mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br><br>ERIC P. TUTTLE, SBN 248440<br>Email: eric.tuttle@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br><br>*Counsel for Defendant*<br>GOOGLE LLC | LESLEY E. WEAVER. SBN 191305<br>Email: lweaver@bfalaw.com<br>ANNE K. DAVIS, SBN 267909<br>Email: adavis@bfalaw.com<br>JOSHUA D. SAMRA, SBN 313050<br>Email: jsamra@bfalaw.com<br>BLEICHMAR FONTI & AULD LLP<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Telephone: (415) 445-4003<br><br>GREGORY MULLENS (admitted *pro hac vice*)<br>Email: gmullens@bfalaw.com<br>BLEICHMAR FONTI & AULD LLP<br>75 Virginia Road, 2nd Floor<br>White Plains, NY 10603<br>Telephone: (415) 445-4006<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Class [Additional Counsel on Signature Page]* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE RELATED TO CLASS CERTIFICATION**<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

Plaintiffs and Defendant (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 18, 2025, the Court issued an Order setting the schedule for briefing related to class certification (ECF No. 231);

WHEREAS, the Order set the deadline for Plaintiffs to file class certification motion and disclose supporting expert reports on October 14, 2025;

WHEREAS, the unredacted version of Plaintiffs' motion for class certification and expert reports in support thereof were served on Defendant on October 15, 2025;

WHEREAS, the Order further set the deadline for Defendant to file opposition to class certification motion, disclose opposing expert report(s), and file *Daubert* motion(s) on November 19, 2025; the deadline for Plaintiffs to file reply in support of class certification motion, opposition(s) to Defendant's *Daubert* motion(s), and *Daubert* motion(s) as to Defendant's experts on December 29, 2025; the deadline for Defendant to file opposition to Plaintiffs' *Daubert* motions on January 5, 2026; and the hearing on Plaintiffs' class certification and related *Daubert* motions on February 4, 2026;

WHEREAS, the Parties have met and conferred and, subject to the Court's approval, have agreed that all class certification-related briefing deadlines shall be extended for 1 day, with no changes to the hearing date;

WHEREAS, the requested time modification will not affect any other deadlines for this case;

NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2 and 7-12, and with Plaintiffs and Defendant reserving all rights and defenses, IT IS HEREBY STIPULATED by and between the Parties, subject to the approval of the Court, that:

1. The deadline for Defendant to file opposition to class certification motion, disclose opposing expert report(s), and file *Daubert* motion(s) shall be extended to November 20, 2025;

2. The deadline for Plaintiffs to file reply in support of class certification motion, opposition(s) to Defendant's *Daubert* motion(s), and *Daubert* motion(s) as to Defendant's experts shall be extended to December 30, 2025;

3. The deadline for Defendant to file opposition to Plaintiffs' *Daubert* motions shall be extended to January 6, 2026;

4. The hearing on Plaintiffs' class certification and related *Daubert* motions is unaffected by this Order and remains set for February 4, 2026.

IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: November 12, 2025 | By:    */s/ David H. Kramer* |

David H. Kramer, SBN 168452
Email: dkramer@wsgr.com
Maura L. Rees, SBN 191698
Email: mrees@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

Paul J. Sampson (admitted *pro hac vice*)
Email: psampson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI Professional Corporation**
95 S State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8541

Eric P. Tuttle, SBN 248440
Email: eric.tuttle@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

Dated: November 12, 2025        By:    */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Evan A. Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alex Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com

|   |   |
|---|---|
| 1 | acera@saverilawfirm.com |
|   | lkessler@saverilawfirm.com |
| 2 | azeng@saverilawfirm.com |
| 3 |   |
|   | Lesley E. Weaver (SBN 191305) |
| 4 | Anne K. Davis (SBN 267909) |
|   | Joshua D. Samra (SBN 313050) |
| 5 | **BLEICHMAR FONTI & AULD LLP** |
|   | 1330 Broadway, Suite 630 |
| 6 | Oakland, CA 94612 |
| 7 | Telephone: (415) 445-4003 |
|   | lweaver@bfalaw.com |
| 8 | adavis@bfalaw.com |
|   | jsamra@bfalaw.com |
| 9 |   |
|   | Gregory S. Mullens (admitted *pro hac vice*) |
| 10 | **BLEICHMAR FONTI & AULD LLP** |
| 11 | 75 Virginia Road, 2nd Floor |
|   | White Plains, NY 10603 |
| 12 | Telephone: (415) 445-4006 |
|   | gmullens@bfalaw.com |
| 13 |   |
|   | Ryan J. Clarkson (SBN 257074) |
| 14 | Yana Hart (SBN 306499) |
| 15 | Mark I. Richards (SBN 321252) |
|   | **CLARKSON LAW FIRM, P.C.** |
| 16 | 22525 Pacific Coast Highway |
|   | Malibu, CA 90265 |
| 17 | Telephone: 213-788-4050 |
|   | rclarkson@clarksonlawfirm.com |
| 18 | yhart@clarksonlawfirm.com |
| 19 | mrichards@clarksonlawfirm.com |
| 20 | Tracey Cowan (SBN 250053) |
|   | **CLARKSON LAW FIRM, P.C.** |
| 21 | 95 Third Street, Second Floor |
|   | San Francisco, CA 94103 |
| 22 | Telephone: (213) 788-4050 |
| 23 | tcowan@clarksonlawfirm.com |
| 24 | Brian D. Clark (admitted *pro hac vice*) |
|   | Laura M. Matson (admitted *pro hac vice*) |
| 25 | Arielle S. Wagner (admitted *pro hac vice*) |
|   | Consuela Abotsi-Kowu (admitted *pro hac vice*) |
| 26 | **LOCKRIDGE GRINDAL NAUEN PLLP** |
| 27 | 100 Washington Avenue South, Suite 2200 |
|   | Minneapolis, MN 55401 |
| 28 | Telephone: (612) 339-6900 |

Facsimile: (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

### SIGNATURE ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/ David H. Kramer*
David H. Kramer

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 13 , 2025

 _____
 Hon. Eumi K. Lee
 United States District Court Judge