1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL-SVK<br>Consolidated Case No.: 5:24-cv-02531-EKL-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO INTERVENE ON BEHALF OF JAMES GRANT (a/k/a LEE CHILD), ANDREW GRANT (a/k/a ANDREW CHILD) AND GIRLCOMIX INC.**<br><br>Judge:   Hon. Susan van Keulen, U.S.M.J. |

**[PROPOSED] ORDER**

Before this Court is Plaintiffs' Motion to Intervene on Behalf of James Grant (a/k/a Lee Child), Andrew Grant (a/k/a Andrew Child) and Girlcomix Inc.

Having considered the parties' arguments, and good cause appearing, the Court hereby **GRANTS** Plaintiffs' Motion allowing James Grant, Andrew Grant, and Girlcomix, Inc. to intervene in this matter pursuant to Fed. R Civ. P 24 and to serve as representatives plaintiffs.

**IT IS SO ORDERED.**

Dated: _____          _____ ____
                                    Honorable Eumi K. Lee
                                    United States District Judge