UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION | Master File Case No. 23-cv-03440-EKL <br><br> **ORDER FOR RESPONSE TO MOTION FOR RELIEF** <br><br> Re: Dkt. Nos. 327, 328 |

Plaintiffs have filed a motion seeking relief from a non-dispositive discovery order. ECF No. 328. By January 20, 2026, Google shall file a response to Plaintiffs' motion. *See* Civil L.R. 72-2. After briefing concludes, the Court will determine whether to hear argument on Plaintiffs' motion at the class certification hearing scheduled for February 4, 2026.

Separately, it appears that Plaintiffs incorrectly filed a redacted version of their motion instead of a sealed version at ECF No. 327-1. Plaintiffs shall file and serve a corrected motion to seal by January 7, 2026. Google may file its statement in support of sealing by January 20, 2026 – along with its response to Plaintiffs' motion. *Cf.* Civil L.R. 79-5(f)(3).

**IT IS SO ORDERED.**

Dated: January 6, 2026

Eumi K. Lee
United States District Judge