1  DAVID H. KRAMER, SBN 168452
   Email: dkramer@wsgr.com
2  MAURA L. REES, SBN 191698
   Email: mrees@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300

6  ERIC P. TUTTLE, SBN 248440
   Email: eric.tuttle@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104-7036
9  Telephone: (206) 883-2500

   PAUL J. SAMPSON, admitted *pro hac vice*
   Email: psampson@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   95 S. State Street
   Suite 1000
   Salt Lake City, Utah 84111
   Telephone: (801) 401-8510

10 *Counsel for Defendant*
   GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**NOTICE OF FILING OF REDACTED DOCUMENT**<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

1    Pursuant to the Court's December 30 Order (ECF No. 312), Defendant Google LLC files
2 this notice attaching an updated copy of Dkt. 303-2 containing redactions consistent with the
3 Court's order. The updated, redacted copy is attached hereto as Exhibit 1.

Respectfully submitted,

Dated: January 13, 2026               WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


By:      */s/ Paul J. Sampson*
            Paul J. Sampson

*Counsel for Defendant*
GOOGLE LLC