1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**[PROPOSED] ORDER GRANTING CENGAGE LEARNING, INC. AND HACHETTE BOOK GROUP, INC.'S MOTION TO INTERVENE**<br><br>Hearing Date: May 6, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 7<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Susan van Keulen |

**[PROPOSED] ORDER**

Before this Court is Cengage Learning, Inc. and Hachette Book Group, Inc.'s Notice of Motion and Motion to Intervene.

Having considered the parties' arguments, and good cause appearing, the Court hereby **GRANTS** Cengage Learning, Inc. and Hachette Book Group, Inc.'s Motion to Intervene in this matter pursuant to Fed. R. Civ. P 24.

**IT IS SO ORDERED.**

Dated:_____          _____
                                        Honorable Eumi K. Lee
                                        United States District Judge