1  Lesley E. Weaver (SBN 191305)
2  Anne K. Davis (SBN 267909)
   Joshua D. Samra (SBN 313050)
3  **STRANCH, JENNINGS & GARVEY, PLLC**
   1111 Broadway, Suite 03-130
4  Oakland, CA 94607
   Tel. (341) 217-0550
5  lweaver@stranchlaw.com
   adavis@stranchlaw.com
6  jsamra@stranchlaw.com

7  *Counsel for Plaintiffs*

8
              **UNITED STATES DISTRICT COURT**
9             **NORTHERN DISTRICT OF CALIFORNIA**
              **SAN JOSE DIVISION**
10

11  *In re Google Generative AI Copyright Litigation*   Master File Case No. 5:23-cv-03440-EKL-SVK
                                                        Consolidated Case No. 5:24-cv-02531-EKL-SVK
12
                                                        **NOTICE OF CHANGE OF LAW FIRM**
13                                                      **AFFILIATION**

14

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Lesley E. Weaver, Anne K. Davis, and Joshua D. Samra, counsel

3  for Plaintiffs in the above-captioned matter, are no longer affiliated with Bleichmar Fonti & Auld LLP.

4  Ms. Weaver, Ms. Davis, and Mr. Samra are now affiliated with the law firm of Stranch, Jennings & Garvey,

5  PLLC. They will continue to represent Plaintiffs in the same roles and with the same commitment of

6  resources as they have to date. Their new contact information is as follows:

> Lesley E. Weaver, Esq.
> Anne K. Davis, Esq.
> Joshua D. Samra, Esq.
> **STRANCH, JENNINGS & GARVEY, PLLC**
> 1111 Broadway, Suite 03-130
> Oakland, CA 94607
> Tel. (341) 217-0550
> lweaver@stranchlaw.com
> adavis@stranchlaw.com
> jsamra@stranchlaw.com

Dated: January 20, 2026                                            **STRANCH, JENNINGS & GARVEY, PLLC**

                                                                       */s/ Lesley E. Weaver*
                                                                       Lesley E. Weaver (SBN 191305)
                                                                       Anne K. Davis (SBN 267909)
                                                                       Joshua D. Samra (SBN 313050)

                                                                       *Counsel for Plaintiffs*