DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

PAUL J. SAMPSON (admitted *pro hac vice*)
Email: psampson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street
Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510

*Counsel for Defendant*
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*In re Google Generative AI Copyright Litigation*

Master File Case No.: 5:23-cv-03440-EKL
Consolidated with Case No.: 5:24-cv-02531-EKL

**DEFENDANT GOOGLE LLC'S RESPONSE TO OMNIBUS SEALING MOTION**

Judge: Hon. Eumi K. Lee

Pursuant to Civil Local Rules 7-11 and 79-5, Section VII.D of the Court's Civil Standing Order, and the Court's October 20, 2025 Order Authorizing Omnibus Sealing Motion (ECF No. 265), Defendant Google LLC submits this response to the Parties' Omnibus Sealing Motion.[1]

**Google's Response:**

After the parties filed their omnibus sealing motion, Google met and conferred with Plaintiffs concerning Plaintiffs' challenges to certain of Google's sealing requests. Taking the Court's directives to heart, Google agreed to withdraw certain borderline requests in the interest of narrowing the issues and minimizing the burden on the Court.[2] What remains now are requests to seal Google's most sensitive materials, which contain and reveal Google's highly confidential research, development, strategy, and commercial information, including: (1) details about datasets that Google used or considered using to train its generative AI models; (2) internal evaluations and strategy decisions related to those datasets; (3) details concerning the creation and operation of Google's generative AI models and certain related tools, such as recitation checker; (4) Google's content acquisition agreements and strategies; and (5) voluminous internal documents and communications revealing Google's business and operations strategies. If disclosed, this information would result in competitive harm to Google, and it should be maintained under seal. *See* Carver Decl., Price Decl., and Torres Decl.; ECF No. 232 (sealing information concerning actual and candidate training datasets and the function and operation of certain filters); ECF No. 274 (sealing information concerning Google's data acquisition strategies and processes).

As to the applicable legal standard, the cases cited in Google's portion of the omnibus motion demonstrate that courts regularly apply the "good cause" standard to sealing requests relating to class certification motions. *See* Omnibus Motion, ECF 350, at 2 (gathering cases). Plaintiffs cite an unpublished decision to argue that the Court must evaluate the parties' sealing

---

[1] Due to the widely reported Microsoft 365 outage on January 22, 2026, the Parties were unable to reliably communicate with each other by email and were thus unable to coordinate a joint filing. If the Court wishes, Google would be happy to submit a combined filing once the outage is resolved.

[2] Google thus is not sealing materials reflecting its use of some subset of books from the Google Books Library Project and Google Books Partner Program to train its pre-Gemini models. Google did not use books provided under the Google Books Partner Program for Gemini training.

requests under the "compelling reasons" standard. *See* Omnibus Motion at 35 (citing *Cahill v. Non-Party Media Orgs. Insider Inc.*, Case No. 24-165, 2025 WL 841196, at *1 (9th Cir. Mar. 18, 2025)). But that decision applied the "compelling reasons" standard only because it specifically found overlap between class certification issues and merits issues. *See Cahill*, 2025 WL 841196 at *1. Even if that case were persuasive, Plaintiffs make no attempt to establish the existence of the requisite overlap here, and many of the materials on which Plaintiffs' challenge sealing bear little or no relation to the issues before the Court. *See* Omnibus Motion at 2.[3] In any event, Google's requests easily satisfy the "compelling reasons" standard.

Plaintiffs' own sealing requests confirm as much. They argue that compelling reasons exist to seal documents that reveal confidential business information such as pricing and payment terms because disclosure of that information "would cause irreparable damage to … prospects of any further business relationship[s]," "could be used to the advantage of competitors," and "could create an asymmetry of information in the negotiation of future licensing deals." Omnibus Motion at 37. On this basis, Plaintiffs seek to seal dozens of their own licensing and publishing agreements. Omnibus Motion at 38-41. The same rationale applies with equal or greater force to Google's agreements, as well as corresponding documents revealing internal discussions and strategy relating to those and similar agreements. Public disclosure of this highly sensitive information could cause "irreparable damage" to Google's future business prospects and could be used by competitors and counterparties alike to gain an unfair advantage in any future dealings with Google. These materials should remain under seal.

Plaintiffs further agree that compelling reasons exist to seal documents revealing "business strategy and impressions," including "internal business data, [] competition research, observations about consumer behavior and engagement, and other strategy decisions." Omnibus Motion at 37. On this point, Plaintiffs seek to seal a "Business Analysis Presentation Regarding Sarah Andersen"

---

[3] In addition to insisting on filing hundreds of pages of irrelevant but sensitive confidential information on the Court's docket, (*see* Omnibus Motion at 1), Plaintiffs' briefing is also replete with allegations and mischaracterizations of the evidence. *See, e.g.*, Motion for Class Certification, ECF 251, at 8:21-22, 8:25-9:2, 10:1-2. Google has exercised discretion in not seeking sealing of Plaintiffs' own allegations, despite the blatant mischaracterizations.

1   (ECF No. 286-58) containing information about "marketing strategies" and "reveal[ing] Plaintiffs'

2   ... business strategy and impressions." Omnibus Motion at 37. Again, that position is equally true

3   for the confidential business documents that Google asks to seal, which reflect Google's internal

4   deliberations, research and observations, strategy, and reasoning that underlie its business and

5   strategic decisions in an extremely competitive industry that has become critical to the nation's

6   economy. These materials should also remain under seal.

7        The propriety of Google's requests is further confirmed by the cases that Plaintiffs cite in

8   support of their own requests. *See Unicorn Energy GmbH v. Tesla Inc.*, 2024 WL 1589477, at *4-

9   6 (N.D. Cal. Apr. 10, 2024) (compelling reasons to seal "internal technical information" and

10  "strategic and operational information"); *Apple, Inc. v. Samsung Elecs. Co.*, 2012 WL 4933287, at

11  *2 (N.D. Cal. Oct. 16, 2012) (compelling reasons to seal "proprietary technical information"); *Bell*

12  *N. Rsch., LLC v. Coolpad Techs., Inc.*, 2020 WL 353630, at *2 (S.D. Cal. Jan. 21, 2020)

13  (compelling reasons to seal "confidential technical information related to how Coolpad's products

14  operate"). Again, the same reasoning applies to Google's sealing requests, which seek to maintain

15  in confidence highly sensitive technical, operational, and strategic information about Google's

16  generative AI processes and models.

17       Notably, Judge van Keulen has already ordered sealing of many of the same types of

18  material at issue here. *See, e.g.*, ECF No. 232 (sealing information in ECF No. 205-2, ECF No.

19  207-2, and ECF No. 207-3 concerning actual and candidate training datasets and the function and

20  operation of certain filters); *id.* (sealing deposition testimony in ECF No. 207-6 concerning

21  Google's data acquisition strategies); ECF No. 274 (sealing deposition testimony in ECF No. 238-

22  4 and ECF 238-5 concerning Google's data acquisition strategies and processes). Plaintiffs provide

23  no reason to depart from these prior decisions.

24       In sum, the materials that Google seeks to maintain under seal are the very types of material

25  that courts regularly seal, that Judge van Keulen has previously sealed, and that Plaintiffs

26  themselves have asked to seal. Google's requests should be granted under any applicable standard.

27

28

**Google's Revised Chart:**

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 253-1 | Plaintiffs' Motion for Class Certification | 4:9-12, 4:15-17, 4:20, 4:27, 5:7-14, 6:5, 6:9, 6:11-14, 7:20-23, 7:26-28, 8:1-2, 8:15-16, 8:23-25 10:14-18, 11:1-7, 11:11-12, 11:19-28, 12:1-7, 12:10, 12:19-24, 12:26-13:5, 13:12-13, 13:15-22, 13:24, 14:5-6, 14:8, 14:12-13, 22:19-28 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, its recitation checker tool, and its content acquisition agreements and strategies. *See* Carver Decl., Price Decl., Torres Decl. |
| 253-5 | Expert Report of David Doermann | Highlighted portions in paragraphs 28, 74, 76-80, 83-85, 100-101, 106-118, 120, 122-126, 128-130, 133-134, 136, 138-139, 142-153, 155, 160-163, 165-168, 170, 172-180, 182-187, 189, 191-192, Appendix C | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 253-6 | Expert Report of Victoria Furniss | Highlighted portions in paragraphs 32, 47-50 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 271-1 (corrected version of 253-7) | Expert Report of Michael Smith | Highlighted portions in paragraphs 11, 14-15, 19-31, 33-39, 41, 43 45, 48-50 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its content acquisition agreements and strategies. *See* Price Decl., Torres Decl. |
| 253-9 | Deposition of Brian Carver (Fed. R. Civ. P. 30(b)(6)) | 41:2-25, 52:25-53:2, 53:5-12, 53:23-25, 54:10-55:16, 56:7-12, 61:2-11, 68:20-69:25, 87:4, 87:7, 87:9-90:3, 108:13-109:16, 113:1-114:8 | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 253-10 | Deposition of Tyler Liechty (Fed. R. Civ. P. 30(b)(6)) | 6:3-5, 6:12, 6:14, 6:14, 6:19-20, 7:13, 7:17-19, 8:12-13, 83:13-84:22, 168:12-21, 180:2-21, 241:4-9, 419:3-22 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-11 | Deposition of Stephane Jaskiewicz | 24:13-25:6, 162:3-22, 173:1-174:22, 238:1-239:22, 255:1-:259:8, 259:15-260:22, 278:1-279:22, 334:11-335:22, 337:1-339:22, 341:1-344:22 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-12 | Deposition of Jason Baldridge | 17:18-23, 19:2-12, 24:1-7, 24:24-25:4, 25:9, 27:12, 27:20, 27:23-24, 54:5-25, 76:20-24, 78:4-10, 105:1-106:18, 124:2-15, 124:20-125:10, 193:3-15, 257:2-25, 296:1-21 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 253-13 | Deposition of Li Xiao | 4:15, 5:13, 33:8-34:22, 55:3-9, 56:4-12, 57:5-58:22, 68:12-69:22, 72:6-8, 72:18-22, 107:7-21, 116:4-20, 131:5-22, 140:2-141:14, 149:8-150:5, 154:11-16, 174:3-10, 186:3-187:2, 200:17-201:16, 234:18-21, 240:2-241:22, 251:5-11, 308:1-22, 313:4-314:7, 314:15-22, 324:1-22, 335:12-17, 336:4-22, 338:1, 338:5-339:22, 345:5-7, 345:14-18 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-14 | Deposition of Oriol Vinyals | 97:16-25, 120:10-122:22 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres. Decl. |
| 253-15 | Deposition of David Price (Fed. R. Civ. P. 30(b)(6)) | 33:1-21, 34:14-25, 39:1-3, 40:24-41:24, 59:16-60:8, 124:1-125:15 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 253-16 | Deposition of Kareem Ayoub | 5:11-12, 264:7-8, 264:14-25, 320:2-25 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 253-17 | Deposition of Adam Barker (Fed. R. Civ. P. 30(b)(6)) | 27:2, 27:11, 27:22, 29:3, 29:8-9, 29:13-17, 31:15, 33:19-34:2, 57:2-20 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-18 | Deposition of Andrew Dai | 8:17, 136:16-138:22, 144:12-145:22, 146:12-147:5, 147:12-22, 150:1-3, 150:11-151:11, 151:18-153:17, 166:19-167:16, 181:7-10, 182:8-20, 188:7-189:9, 189:14-190:3, 240:2-22, 241:6-242:4, 243:9-249:13, 250:2-254:22, 259:4-260:14, 267:3-22, 313:10-314:6, 314:19-315:22, 316:9-10, 316:17-317:22, 359:1-19, 360:1-361:6, 391:1-22 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 253-19 | Ex. 17 to Deposition of Tyler Liechty | Highlighted portions on p.1 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-20 | GOOG-AIC-000013914 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-21 | GOOG-AIC-000013928 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-22 | GOOG-AIC-000014036 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-23 | GOOG-AIC-000014220 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-24 | GOOG-AIC-000014257 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-25 | GOOG-AIC-000014911 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-26 | GOOG-AIC-000014934 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-27 | GOOG-AIC-000015660 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-28 | GOOG-AIC-000017739 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-29 | GOOG-AIC-000019423 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-30 | GOOG-AIC-000019701 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-31 | GOOG-AIC-000022456 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl.<br><br>Google's counterparty to this agreement requested that Google include a statement that the counterparty views this agreement as confidential and competitive information and requests it remain sealed. |
| 253-32 | GOOG-AIC-000022473 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-33 | GOOG-AIC-000029651 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-34 | GOOG-AIC-000047085 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-35 | GOOG-AIC-000047114 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl.<br><br>Google's counterparty to this agreement asked Google to convey in this filing that the counterparty supports continued sealing of the agreement. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|-------------------|----------------------|
| 253-36 | GOOG-AIC-000047169 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-37 | GOOG-AIC-000047194 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-38 | GOOG-AIC-000047239 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-39 | GOOG-AIC-000047292 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-40 | GOOG-AIC-000047309 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-41 | GOOG-AIC-000047342 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl.<br><br>Google's counterparty has also submitted a declaration requesting sealing of this document. *See* Rusczyk Decl. |
| 253-42 | GOOG-AIC-000047354 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-43 | GOOG-AIC-000047377 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-44 | GOOG-AIC-000049509 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-45 | GOOG-AIC-000049535 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-46 | GOOG-AIC-000105862 | Highlighted portions on -862 to -864, Metadata sheet | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-47 | GOOG-AIC-000109453 | Highlighted portions on -453 to -454 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods.  *See* Torres Decl. |
| 253-48 | GOOG-AIC-000111705 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-49 | GOOG-AIC-000115985 | Highlighted portions on -985 to -986, Metadata sheet | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-50 | GOOG-AIC-000115988 | Highlighted portions on -988 to -990 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-51 | GOOG-AIC-000115991 | Highlighted portions on -991 to -994 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-52 | GOOG-AIC-000117399 | Highlighted portions on -399 to 400 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-53 | GOOG-AIC-000117854 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-54 | GOOG-AIC-000119834 | -835 to -884, -891 to -924 Highlighted portions of -834, -885 to -890 | Disclosure risks competitive harm because it reveals confidential information concerning Google's roadmaps and engineering proposals relating to model training. *See* Torres Decl.<br><br>Plaintiffs' briefing cites to -889 only. Google has proposed redactions to -834 and -885 to -890, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-55 | GOOG-AIC-000123966 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-56 | GOOG-AIC-000125257 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 253-57 | GOOG-AIC-000126370 | -371 to -374, -377 to -454 | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl.<br><br>Plaintiffs' briefing cites to -375 only. Google does not seek the sealing of -370 and -375 to -376, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-58 | GOOG-AIC-000174199 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-59 | GOOG-AIC-00020362 | Highlighted portions on -621 to -622 | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 253-60 | GOOG-AIC-000206856 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-61 | GOOG-AIC-000207272 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-62 | GOOG-AIC-000207404 | -405 to -419, -421 to -452 Highlighted portions of -420 | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl.<br><br>Plaintiffs' briefing cites to -420 only. Google does not seek the sealing of -404, has proposed redactions to -420, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-63 | GOOG-AIC-000274584 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl. |
| 253-64 | GOOG-AIC-000274590 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-65 | GOOG-AIC-000301374 | Highlighted portions on -374 to -375 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-66 | GOOG-AIC-000324279 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-67 | GOOG-AIC-000345528 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-68 | GOOG-AIC-000345530 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 253-69 | GOOG-AIC-000346328 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl. |
| 253-70 | GOOG-AIC-000361821 | Highlighted portions on -821 to -823, Metadata page | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 253-71 | GOOG-AIC-000363422 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-72 | GOOG-AIC-000370492 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-73 | GOOG-AIC-000373099 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-74 | GOOG-AIC-000373189 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-75 | GOOG-AIC-000373306 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-76 | GOOG-AIC-000374443 | Highlighted portions on -444, -447, -449, -452 to 463, -465 to 469 | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-78 | GOOG-AIC-000385158 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-80 | GOOG-AIC-000387896 | -897 to -928, -931 to -936, -942 to -946<br>Highlighted portions on -896, -929 to -930, and -937 to -941 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl.<br><br>Plaintiffs' briefing cites to -896, -929, -938, and -939 only. Google has proposed redactions to -896, -929 to -930, and -937 to -941, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-81 | GOOG-AIC-000388471 | -472 to -490, -492 to -501, -503 to -505, -507, -509 to -511, -513 to -528, -530 to -548<br>Highlighted portions on -491, -502, -506, -508, -512, and -529 | Disclosure risks competitive harm because it reveals confidential information concerning Google's roadmaps and engineering proposals relating to model training. *See* Torres Decl.<br><br>Plaintiffs' briefing cites to -491, -502, -506, -508, -512, and -529 only. Google does not seek the sealing of -471, has proposed redactions to -502, -506, -508, -512, and -529, and respectfully requests the Court maintain the rest of this lengthy document under seal. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-82 | GOOG-AIC-000389563 | -564 to -596, -598 to -631 Highlighted portions on -597 | Disclosure risks competitive harm because it reveals confidential information concerning Google's roadmaps and engineering proposals relating to model training. *See* Torres Decl.<br><br>Plaintiffs' briefing cites to -597 only. Google does not seek the sealing of -563, has proposed redactions to -597, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-83 | GOOG-AIC-000389911 | -912 to -969, -971 to -975, -977 to -979, -981 to -017 Highlighted portions on -970, -976, -980 | Disclosure risks competitive harm because it reveals confidential information concerning Google's roadmaps and engineering proposals relating to model training. *See* Torres Decl.<br><br>Plaintiffs' briefing cites to -970, -976, and -980 only. Google does not seek the sealing of -911, has proposed redactions to -970, -976, and -980, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-84 | GOOG-AIC-000471928 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-85 | GOOG-AIC-000472033 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-86 | GOOG-AIC-000481984 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-87 | GOOG-AIC-000500211 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-88 | GOOG-AIC-000509778 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-89 | GOOG-AIC-000511266 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-90 | GOOG-AIC-000520395 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-92 | GOOG-AIC-000582441 | Highlighted portions on -441 -442 to -467 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl.

Plaintiffs' briefing cites to -441 only. Google has proposed redactions to -441, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-93 | GOOG-AIC-000584939 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-94 | GOOG-AIC-000584953 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-95 | GOOG-AIC-000619097 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 253-96 | GOOG-AIC-000636213 | -214 to -224, -227 to -250 Highlighted portions on -225 to -226 | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl.<br><br>Plaintiffs' briefing cites to -225 to -226 only. Google does not seek the sealing of -213, has proposed redactions to -225 to -226, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-97 | GOOG-AIC-000641126 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-98 | GOOG-AIC-000662311 | Highlighted portions on -311 to -325 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-99 | GOOG-AIC-000674328 | Highlighted portions on -328 to -331, Metadata page | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-100 | GOOG-AIC-000710430 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-101 | GOOG-AIC-000710445 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl. |
| 253-102 | GOOG-AIC-000711295 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 253-103 | GOOG-AIC-000711405 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-104 | GOOG-AIC-000711457 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-106 | GOOG-AIC-000760043 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-107 | GOOG-AIC-000763515 | -516 to -558, -561 to -707 Highlighted portions on -559 | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl.

Plaintiffs' briefing cites to -559 only. Google does not seek the sealing of -516 and -560, has proposed redactions to -559, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 253-108 | GOOG-AIC-000767551 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-109 | GOOG-AIC-000767937 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-110 | GOOG-AIC-000767951 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-111 | GOOG-AIC-000767976 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-112 | GOOG-AIC-000768069 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-113 | GOOG-AIC-000768084 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 253-114 | GOOG-AIC-000769893 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-115 | GOOG-AIC-000782412.C | Highlighted portions of -414.C, -417.C to -423.C, -426.C to 427.C | Disclosure risks competitive harm because it reveals confidential information concerning Google's roadmaps and engineering proposals relating to model training. *See* Torres Decl. |
| 253-116 | GOOG-AIC-000792731.C | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-117 | GOOG-AIC-000793042.C | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-119 | GOOG-AIC-000813651 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's roadmaps and engineering proposals relating to model training. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 253-120 | GOOG-AIC-000035958 | Highlighted portions on -958 to -965 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-121 | GOOG-AIC-000078250 | Highlighted portions on -250 to -251 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-122 | GOOG-AIC-000118693 | Highlighted portions on -693 to -695 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-123 | GOOG-AIC-000119254 | Highlighted portions on -254 to -258 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-124 | GOOG-AIC-000121339 | Highlighted portions on -339 to -344 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-125 | GOOG-AIC-000345814 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-126 | GOOG-AIC-000274573 | Highlighted portions on -573 to -578 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-127 | GOOG-AIC-000172514 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-128 | GOOG-AIC-000346842 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-129 | GOOG-AIC-000406798 | Highlighted portions on -798 to -803 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|-------------------|----------------------|
| 253-130 | GOOG-AIC-000409943 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's business strategies and operations relating to its generative AI models. *See* Torres Decl. |
| 253-131 | GOOG-AIC-000582310 | Highlighted portions on -310 to -311 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-132 | GOOG-AIC-000674464 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-133 | GOOG-AIC-000674469 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-134 | GOOG-AIC-000674532 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 253-135 | GOOG-AIC-000744803 | Highlighted portions on -803 to -804, Metadata page | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-136 | GOOG-AIC-000550228 | Highlighted portions on -230 to -232, -234, -239, -242, Metadata page | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 253-137 | GOOG-AIC-000520533 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 253-138 | GOOG-AIC-000115985 | Highlighted portions on -985 to -986 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 253-139 | GOOG-AIC-000764871 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 256-2 | WILEY000020 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 266-1 | Expert Report of Merry McCarron (Corrected) | Highlighted portions on table of contents, pp. 4-9, 12-17, 20, 24-26, 28-35, Appendix B, Appendix G | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-1 | Google's Opposition to Motion for Class Certification | 4:23-28, 8:26-9:1, 17:27-18:1, 18:3-5, 18:7-8, 18:21-22 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 289-2 | Carver Declaration in Support of Google's Opposition to Motion for Class Certification | 1:19-20, 1:25-3:10, 3:25-26, 3:28, 4:6-8, 4:16-18, 4:21-24 | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-3 | Price Declaration in Support of Google's Opposition to Motion for Class Certification | 4:4-4:16, 6:2-3, 6:5-27, 11:8-11 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 289-5 | GOOG-AIC-000582289 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 289-6 | GOOG-AIC-000582284 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 289-7 | GOOG-AIC-000580650 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 289-8 | GOOG-AIC-000768110 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 289-9 | GOOG-AIC-000580851 | Entire document | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl.<br><br>Google's counterparty has also submitted a declaration requesting sealing of this document. *See* Leonard Decl. |
| 289-13 | Auster Declaration in Support of Google's Opposition to Motion for Class Certification | 34:19-27, 40:21-27 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 289-34 | Expert Report of Georgios Zervas | Highlighted portions on pp. 10, 12-13, 16-17, 18-36, 38-57, Appendix D | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-35 | Expert Report of Konstantinos Psounis | Highlighted portions in paragraphs 10, 14, 17, 19, 21-25, 27-29, 31-36, 41-45, 52-53, 55-56, 61, 63 n.86, 66, 70-72, 74-76, 79-81, 83-84 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 289-36 | Expert Report of Ryan Sullivan | Highlighted portions on pp. 9, 11-25, 27 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 289-38 | Deposition of Michael Smith | 162:15-163:13, 166:7-169:25 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 289-39 | Deposition of David Doermann | 192:15-193:25, 208:7-9, 208:18-23, 209:17-25, 214:1-216:25, 224:3-226:5, 240:18-241:22, 242:8-14 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 289-40 | Deposition of Merry McCarron | 56:5-6, 56:16-17, 57:6, 57:8-9, 57:11-12, 57:16, 65:8, 65:16, 65:20, 68:2, 68:11, 68:21, 88:2-3, 88:6, 88:9, 88:12-14, 88:16, 88:19, 88:22, 89:19-22, 89:24, 91:5, 91:11, 91:16-18, 91:25, 136:17, 137:6, 137:8, 137:18, 137:21, 138:7, 139:12, 139:15-16; 140:19, 141:5 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-41 | Deposition of Brian Carver (Fed. R. Civ. P 30(b)(6)) | 41:2-43:25, 124:2-9, 124:22-126:25, 170:2-25 | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-42 | Deposition of Tyler Liechty (Fed. R. Civ. P. 30(b)(6)) | 82:6-83:4, 83:13-22, 247:5-13, 237:21-22, 254:12-20, 347:13-22, 349:1-10 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-43 | Deposition of Stephane Jaskiewicz | 337:1-22, 339:1-340:22, 342:1-343:22, Errata Sheet 197:18-197:19 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 289-44 | Deposition of Jason Baldridge | 76:19-23, 85:13-25, 124:1-14, 124:19-125:9, 251:1-25, 289:1-290:25 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 289-45 | Deposition of Li Xiao | 53:9-54:7, 55:3-9, 57:5-22, 132:1-133:7, 149:8-22, 324:1-22 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-46 | Deposition of Oriol Vinyals | 83:23-84:24, 238:11-18 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-47 | Deposition of David Price (Fed. R. Civ. P. 30(b)(6)) | 124:1-125:15, 151:1-153:14 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 289-48 | Deposition of Andrew Dai | 127:1-22, 245:1-247:22, 269:8-22, 389:11-391:22, 404:3-22, 409:4-22, 412:2-22, 418:6-419:21, 420:11-422:22, 426:1-428:14 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-49 | GOOG-AIC-000007119 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-50 | GOOG-AIC-000007785 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-51 | GOOG-AIC-000013914 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 289-52 | GOOG-AIC-000019582 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-53 | GOOG-AIC-000023131 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-54 | GOOG-AIC-000071475 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-55 | GOOG-AIC-000077863 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-56 | GOOG-AIC-000111735 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-57 | GOOG-AIC-000111740 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-58 | GOOG-AIC-000111854 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-59 | GOOG-AIC-000258841 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|-------------------|----------------------|
| 289-60 | GOOG-AIC-000511259 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-61 | GOOG-AIC-000769911 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-62 | GOOG-AIC-000794855 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-63 | GOOG-AIC-000794913 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 289-64 | GOOG-AIC-000816701 | Highlighted portions on -701 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-65 | GOOG-AIC-000818937 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 289-66 | GOOG-AIC-000823729 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 301-1 | Motion to Exclude Testimony from Doermann, Smith, and Furniss | 3:16-17 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 301-2 | Deposition of David Doermann | 126:1-21 | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 301-4 | Deposition of Michael Smith | 95:2-7, 95:14-24 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 301-5 | Deposition of Merry McCarron | 65:8, 65:16, 65:20, 68:2, 68:11, 68:21, 88:2-3, 88:6, 88:9, 88:12-14, 88:16, 88:19, 88:22, 89:19-20, 89:24, 91:5, 91:16-18, 91:25, 265:25 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 315-1 | Plaintiffs' Opposition to Motion to Exclude McCarron | 1:15, 2:12-13, 6:18-19, 6:26, 10:14-16 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 315-3 | Deposition of Georgios Zervas | 142:10-11, 159:15, 309:21, 309:23 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 315-4 | Deposition of Merry McCarron | 3:16, 3:20, 5:11, 5:20, 289:11 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 315-5 | GOOG-AIC-000096092 | -093 to -098, -100 to -130, -132 to -175 Highlighted portions on -099 and -131 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl.<br><br>Plaintiffs' briefing cites to -099 and -131 only. Google has proposed redactions to -092, -099, and -13, and respectfully requests the Court maintain the rest of this lengthy document under seal. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 315-8 | GOOG-AIC-000245395 | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's roadmaps and engineering proposals relating to model training. *See* Torres Decl. |
| 315-9 | Excerpt of McCarron backup data | Entire document | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 318-1 | Plaintiffs' Opposition to Motion to Exclude Testimony from Doermann, Smith, and Furniss | 5:18-23, 6:6-11, 6:17-18, 6:21-24, 8:1, 8:22-23, 9:8-9 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 318-2 | Deposition of David Price (Fed. R. Civ. P. 30(b)(6)) | 34:14-35:7, 35:19-25 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition agreements and strategies. *See* Price Decl. |
| 318-3 | Rebuttal Expert Report of Michael Smith | Highlighted portions on i, paragraphs 2, 6, 8, 17, 20-21, 23-25, 27-30, 33-38, 39-40, 43, 48, 50-51 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its content acquisition agreements and strategies. *See* Price Decl., Torres Decl. |
| 320-1 | Plaintiffs' Motion to Exclude Testimony of Patry and Sullivan | 6:8 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 322-1 | Plaintiffs' Motion to Intervene | 1:17-18, 2:9-10, 2:12, 3:19-23, 7:16-17, 10:4-5 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 322-2 | Saveri Declaration in Support of Motion to Intervene | 1:20-25, 2:13-22 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 322-8 | Ex. G to Saveri Declaration in Support of Motion to Intervene | Highlighted portions on pp. 1, 5 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 326-1 | Plaintiffs' Reply in Support of Motion for Class Certification | 5:1-2, 7:9-11, 8:4-5, 8:8-9, 8:13, 8:21-22, 9:5-12, 13:13-14 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, its recitation checker tool, and its content acquisition agreements and strategies. *See* Carver Decl., Price Decl., Torres Decl. |
| 326-4 | Rebuttal Expert Report of Meredith McCarron | Highlighted portions on pp. 11-20, Appendix A | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 326-5 | Rebuttal Expert Report of David Doermann | Highlighted portions on i and paragraphs 13, 15-17, 19-21, 23, 26, 29, 38-39, 43-44, 46, 58-60, 62, 66-68, 71-75, 77-81, 83-87, 90, 109, 112-115, 117 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 326-6 | Rebuttal Expert Report of Michael Smith | Highlighted portions on i, paragraphs 2, 6, 8, 17, 20-21, 23-25, 27-30, 33-38, 39-40, 43, 48, 50-51 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its content acquisition agreements and strategies. *See* Price Decl., Torres Decl. |
| 326-8 | Deposition of Michael Smith | 162:15-163:13, 166:9-169:17, 174:1-189:25, 211:1-212:13 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 326-9 | Deposition of Kostantinos Psounis | 149:19-25, 151:8-15, 161:1-25, 244:15-24, 258:8-15, 259:10-19 | Disclosure risks competitive harm by revealing confidential information concerning Google's proprietary datasets and training methods, as well as its recitation checker tool. *See* Carver Decl., Torres Decl. |
| 326-11 | Deposition of Brian Carver (Fed. R. Civ. P 30(b)(6)) | 170:2-171:25 | Disclosure risks competitive harm because it reveals confidential information concerning Google's recitation checker tool. *See* Carver Decl. |
| 326-12 | Deposition of Li Xiao | 34:10-36:20, 38:3-20, 44:7-45:5, 144:1-22, 308:1-309:7, 309:17-20 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 326-14 | GOOG-AIC-000096092 | -093 to -098, -100 to -130, -132 to -175 Highlighted portions of -093, -099, and -131 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. Plaintiffs' briefing cites to -099 and -131 only. Google has proposed redactions to -092, -099, and -13, and respectfully requests the Court maintain the rest of this lengthy document under seal. |
| 336-1 | Plaintiffs' Response to Google's Objections to Reply Evidence | 3:14-15 | Disclosure risks competitive harm by revealing confidential information concerning Google's content acquisition strategies. *See* Price Decl. |
| 339-1 | Google's Opposition to Motion to Intervene | 2:25-28 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |
| 339-2 | Harold Declaration in Support of Opposition to Motion to Intervene | 1:11-12 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 339-3 | Ex. A to Harold Declaration | Highlighted portions on pp. 1-2 | Disclosure risks competitive harm because it reveals confidential information concerning Google's proprietary datasets and training methods. *See* Torres Decl. |

Respectfully submitted,

Dated:  January 22, 2026

By:    */s/ Paul J. Sampson*

Paul J. Sampson (admitted *pro hac vice*)
Email: psampson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
95 S State Street, Suite 1000
Salt Lake City, UT 84111
Telephone:  (801) 401-8541

David H. Kramer, SBN 168452
Email: dkramer@wsgr.com
Maura L. Rees, SBN 191698
Email: mrees@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

Eric P. Tuttle, SBN 248440
Email: eric.tuttle@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC