UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO INTERVENE**<br><br>Judge:   Hon. Eumi K. Lee<br>Magistrate Judge: Susan van Keulen |

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and Defendant Google LLC's Response to Plaintiffs' Administrative Motion, the Court hereby finds that good cause exists to seal the following information:

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| ECF No. 354 (redacted) | Plaintiffs' Reply in Support of Motion to Intervene | 2:25-2:26 (final clause of the paragraph after the parenthetical) | |
| ECF No. 356-2 (sealed) | | 4:9-4:10 (between "their counsel," and "Google's suggestion") | |

IT IS HEREBY ORDERED that the above materials shall remain under seal.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE