| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **STRANCH, JENNINGS & GARVELY, PLLC** | Evan A. Creutz (SBN 349728) |
| 1111 Broadway, Suite 300 | Elissa A. Buchanan (SBN 249996) |
| Oakland, CA 94607 | Aaron Cera (SBN 351163) |
| Tel. (341) 217-0550 | Louis Kessler (SBN 243703) |
| lweaver@stranchlaw.com | Alexander Zeng (SBN 360220) |
| adavis@stranchlaw.com | **JOSEPH SAVERI LAW FIRM, LLP** |
| jsamra@stranchlaw.com | 601 California Street, Suite 1505 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 500-6800 |
| | Facsimile: (415) 395-9940 |
| | jsaveri@saverilawfirm.com |
| | czirpoli@saverilawfirm.com |
| | cyoung@saverilawfirm.com |
| | ecreutz@saverilawfirm.com |
| | eabuchanan@saverilawfirm.com |
| | acera@saverilawfirm.com |
| | lkessler@saverilawfirm.com |
| | azeng@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel on Signature Pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation*, | Master File Case No. 5:23-cv-03440-EKL <br> Consolidated Case No. 5:24-cv-02531-EKL <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE: JOINT DISCOVERY LETTER BRIEF REGARDING SEARCHES OF NONCUSTODIAL SOURCES FROM GOOGLE BOOKS, GOOGLE SEARCH, AND CORE DATA ACQUISITION TEAMS** <br><br> **CIVIL L.R. 7-11** <br><br> Judge: Hon. Susan Van Keulen, U.S.M.J. |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether portions of the Parties' Joint Discovery Letter Brief regarding searches of noncustodial sources from Google Books, Google Search, and Core Data Acquisition Teams should be filed under seal. Google contends the portions sought to be filed under seal contain information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order entered by this Court.

In the Ninth Circuit, when a party seeks to seal portions of a nondispositive motion, a "good cause" standard is applied. *Foltz v. State Farm Mut. Auto. Ins. Co.,* 331 F.3d 1122, 1135 (9th Cir. 2003). Good cause exists if a district court grants a protective order to seal documents because "it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal cite omitted). The party seeking to seal bears the burden of showing compelling reasons apply. *See id.* at 1178.

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [ ] ('Designating Party'),'' the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id*. Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id*.

Specifically, the material subject to this administrative motion includes the following:

| Document | Redacted Portion | Description of Information |
|---|---|---|
| **Joint Discovery Letter Brief regarding searches of noncustodial sources from Google Books, Google Search, and Core Data Acquisition Teams** | Highlighted portions on pages 2–5, 9-10 | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |

Plaintiffs seek to file under seal portions of the Joint Discovery Letter Brief that quote or summarize portions of materials designated by Google as "Highly Confidential—Attorney's Eyes

1   Only." In compliance with their Protective Order obligations and the Civil Local Rules of this District,
2   Plaintiffs are submitting under seal, along with this Administrative Motion, an unredacted copy of the
3   document referenced in the table above pursuant to Civil Local Rule 79-5(d). Plaintiffs understand that
4   Google, as the Designating Party, will submit a statement or declaration under Civil Local Rule 79-
5   5(f)(3) stating the reasons for keeping the identified material under seal within seven (7) days of this
6   motion. Plaintiffs reserve the right to challenge Google's sealing request.

Dated: January 27, 2026

By: */s/ Lesley Weaver*

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVELY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Evan A. Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alex Zeng (360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@butticklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Mark I. Richards (SBN 321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone:    213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Tracey Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 Third Street, Second Floor
San Francisco, CA 94103
Tel. (213) 788-4050
tcowan@clarksonlawfirm.com

1  Stephen J. Teti (admitted *pro hac vice*)
   **LOCKRIDGE GRINDAL NAUEN PLLP**
2  265 Franklin Street, Suite 1702
   Boston, MA 02110
3  Telephone: (617) 456-7701
4  sjteti@locklaw.com

5     *Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joseph R. Saveri, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of January, 2026, at San Francisco, California.

                                                 */s/ Joseph R. Saveri*
                                                 Joseph R. Saveri