| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **STRANCH, JENNINGS & GARVELY, PLLC** | Elissa A. Buchanan (SBN 249996) |
| 1111 Broadway, Suite 300 | Evan A. Creutz (SBN 349728) |
| Oakland, CA 94607 | Aaron Cera (SBN 351163) |
| Tel. (341) 217-0550 | Louis Kessler (SBN 243703) |
| lweaver@stranchlaw.com | Alexander Y. Zeng (SBN 360220) |
| adavis@stranchlaw.com | **JOSEPH SAVERI LAW FIRM, LLP** |
| jsamra@stranchlaw.com | 601 California Street, Suite 1505 |
| | San Francisco, CA 94108 |
| | Telephone:     (415) 500-6800 |
| | Facsimile:      (415) 395-9940 |
| | jsaveri@saverilawfirm.com |
| | czirpoli@saverilawfirm.com |
| | cyoung@saverilawfirm.com |
| | eabuchanan@saverilawfirm.com |
| | ecreutz@saverilawfirm.com |
| | acera@saverilawfirm.com |
| | lkessler@saverilawfirm.com |
| | azeng@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*
*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION IN RESPONSE TO HATCHETTE BOOK GROUP, INC. AND CENGAGE LEARNING, INC.'S MOTION TO INTERVENE** |

Master File Case No.: 5:23-cv-03440-EKL
Consolidated Case No.: 5:24-cv-02531-EKL

PLAINTIFFS' STATEMENT OF NON-OPPOSITION IN RESPONSE TO HATCHETTE BOOK GROUP, INC. AND CENGAGE LEARNING, INC.'S MOTION TO INTERVENE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN by and through Plaintiffs' counsel of record that Plaintiffs do not oppose the Motion to Intervene (ECF No. 342 ("Publishers' Intervention Mot.")) filed by Proposed Intervenors Hachette Book Group, Inc. and Cengage Learning, Inc. (collectively, "Proposed Intervenors") but respectfully submit the following clarification regarding their position, pursuant to Civil L.R. 7-3(b).

Plaintiffs agree with Proposed Intervenors that this matter raises issues of significant importance with potentially industry-shaping consequences for copyright law, and that publishers—like authors—have a strong and legitimate interest in the enforcement of copyright protections in the face of a mass scale infringement by Google. Those interests are fully aligned with, and fully reflected in, the claim alleged here. Plaintiffs note that publishers are encompassed within the defined Books Class and subclasses,[1] which include "all legal or beneficial owners of registered copyrights" for works used to train Google's generative AI models. The proposed class definitions are consistent with the copyright law and its remedial framework. *See* 17 U.S.C. § 504(c) (limiting statutory damages to "an award . . . for all infringements involved in the action, with respect to any one work").

Plaintiffs are authors and image creators whose copyrighted works were copied and exploited without authorization to train Google's large language models at issue. They seek relief that vindicates the exclusive rights guaranteed by the Copyright Act, and advance the same interests publishers seek to represent. Therefore, class certification is appropriate regardless of whether publishers are permitted to intervene as the named parties. *See, e.g.*, *Bartz v. Anthropic PBC*, 791 F. Supp. 3d 1038, 1052 (N.D. Cal. 2025) (granting class certification before publishers intervened because "author has a definite state in the royalties, so the author has standing to sue;" and class definition that binds "both the legal and beneficial owner[]" avoids the "risk of double jeopardy of defendant because there will be only one recovery per work").

If the Court determines that intervention is appropriate, Plaintiffs will work cooperatively to ensure the full and effective vindication of all infringed copyrights for creators and publishers alike.

---

[1] ECF No. 251 ("Class Cert. Mot."); ECF No. 324 ("Class Cert. Reply") at 5–6.

Master File Case No.: 5:23-cv-03440-EKL
Consolidated Case No.: 5:24-cv-02531-EKL         1
PLAINTIFFS' STATEMENT OF NON-OPPOSITION IN RESPONSE TO HATCHETTE BOOK GROUP, INC. AND CENGAGE LEARNING, INC.'S MOTION TO INTERVENE

Dated: January 29, 2026

By: */s/ Lesley Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Respectfully submitted,

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Evan A. Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Mark I. Richards (SBN 321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone:    213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@butboricklaw.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Master File Case No.: 5:23-cv-03440-EKL
Consolidated Case No.: 5:24-cv-02531-EKL

2

PLAINTIFFS' STATEMENT OF NON-OPPOSITION IN RESPONSE TO HATCHETTE BOOK GROUP, INC. AND
CENGAGE LEARNING, INC.'S MOTION TO INTERVENE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver