# Exhibit 2

**Registration Number**
# TX 8-823-855
**Effective Date of Registration:**
September 26, 2019
**Registration Decision Date:**
January 14, 2020

**Supplementary Registration**

**Supplement To:** TX0008385937, 2017

## Title

**Title of Work:** Principles of Economics, 8e

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 01, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781305585126

## Author

- **Author:** N. Gregory Mankiw
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** N. Gregory Mankiw
c/o 5191 Natorp Blvd., Mason, OH, 45040, United States

## Limitation of copyright claim

**Material excluded from this claim:** Some text from other sources

**New material included in claim:** text

## Certification

**Name:** Deb Roark, Authorized agent of Cengage Learning, Inc.
**Date**: September 26, 2019
**Applicant's Tracking Number**: 9781305585126

---

**Correspondence:** Yes
**Explanation of Corrections:** Correcting the Copyright Claimant to reflect the author: N. Gregory Mankiw, and removing Cengage Learning, Inc. as claimant.