| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **STRANCH, JENNINGS & GARVEY, PLLC** | Elissa A. Buchanan (SBN 249996) |
| 1111 Broadway, Suite 300 | Evan A. Creutz (SBN 349728) |
| Oakland, CA 94607 | Aaron Cera (SBN 351163) |
| Tel. (341) 217-0550 | Louis Kessler (SBN 243703) |
| lweaver@stranchlaw.com | Alexander Zeng (SBN 360220) |
| adavis@stranchlaw.com | **JOSEPH SAVERI LAW FIRM, LLP** |
| jsamra@stranchlaw.com | 601 California Street, Suite 1505 |
| | San Francisco, CA 94108 |
| Gregory S. Mullens (admitted *pro hac vice*) | Telephone: (415) 500-6800 |
| **STRANCH, JENNINGS & GARVEY, PLLC** | Email: jsaveri@saverilawfirm.com |
| The Freedom Center | czirpoli@saverilawfirm.com |
| 223 Rosa L. Parks Avenue, Suite 200 | cyoung@saverilawfirm.com |
| Nashville, TN 37203 | eabuchanan@saverilawfirm.com |
| Tel. (341) 217-0550 | ecreutz@saverilawfirm.com |
| gmullens@stranchlaw.com | acera@saverilawfirm.com |
| | lkessler@saverilawfirm.com |
| | azeng@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*
*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Eumi K. Lee<br>Date: February 20, 2026<br>Time: 1:00 P.M.<br>Courtroom: 7, Fourth Floor |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs submit this Statement of Recent Decision in connection with their currently pending motion for class certification (ECF No. 251).

Attached as Exhibit A is a copy of the Seventh Circuit's decision affirming the Northern District of Illinois's decision to grant plaintiffs' motion for class certification in *Svoboda v. Amazon.com Inc.*, 162 F.4th 821 (7th Cir. 2025). This case, decided on December 17, 2025, relates to Google's claim that individual issues predominate, holding that "it is not uncommon for class actions to have a 'final phase' for class members to submit individualized proof of a claim," and that "a phase requiring individual presentations of proof on all (or part of) an element of a claim does not defeat predominance." *Id.* at 829.

Dated: February 5, 2026                                  Respectfully submitted,

By:   /s/ Lesley E. Weaver                               By:   /s/ Joseph R. Saveri
Lesley E. Weaver (SBN 191305)                            Joseph R. Saveri (SBN 130064)
Anne K. Davis (SBN 267909)                               Cadio Zirpoli (SBN 179108)
Joshua D. Samra (SBN 313050)                             Christopher K.L. Young (SBN 318371)
**STRANCH, JENNINGS & GARVEY, PLLC**                     Elissa A. Buchanan (SBN 249996)
1111 Broadway, Suite 300                                 Evan A. Creutz (SBN 349728)
Oakland, CA 94607                                        Aaron Cera (SBN 351163)
Tel. (341) 217-0550                                      Louis Kessler (SBN 243703)
lweaver@stranchlaw.com                                   Alexander Zeng (SBN 360220)
adavis@stranchlaw.com                                    **JOSEPH SAVERI LAW FIRM, LLP**
jsamra@stranchlaw.com                                    601 California Street, Suite 1505
                                                         San Francisco, CA 94108
Gregory S. Mullens (admitted *pro hac vice*)             Telephone: (415) 500-6800
**STRANCH, JENNINGS & GARVEY, PLLC**                     jsaveri@saverilawfirm.com
The Freedom Center                                       czirpoli@saverilawfirm.com
223 Rosa L. Parks Avenue, Suite 200                      cyoung@saverilawfirm.com
Nashville, TN 37203                                      eabuchanan@saverilawfirm.com
Tel. (341) 217-0550                                      ecreutz@saverilawfirm.com
gmullens@stranchlaw.com                                  acera@saverilawfirm.com
                                                         lkessler@saverilawfirm.com
                                                         azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Brian D. Clark (admitted *pro hac vice*)                 Ryan J. Clarkson (SBN 257074)
Laura M. Matson (admitted *pro hac vice*)                Yana Hart (SBN 306499)
Arielle S. Wagner (admitted *pro hac vice*)              Mark I. Richards (SBN 321252)
Consuela Abotsi-Kowu (admitted *pro hac vice*)           **CLARKSON LAW FIRM, P.C.**
**LOCKRIDGE GRINDAL NAUEN PLLP**                         22525 Pacific Coast Highway

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

Malibu, CA 90265
Telephone: 213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
mb@butticklaw.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2026, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver