DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

PAUL J. SAMPSON (admitted *pro hac vice*)
Email: psampson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street
Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**DEFENDANT GOOGLE LLC'S OBJECTION TO PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge:     Hon. Eumi K. Lee |

Plaintiffs' submission of recent authority (ECF No. 391) is improper because the cited case, while inapposite, was not "published after the date the opposition or reply was filed." Civ. L.R. 7-3(d)(2). It was published on December 17, 2025, 13 days before Plaintiffs' reply was filed.

Dated:  February 6, 2026          By: */s/ Paul J. Sampson*
                                               Paul J. Sampson (admitted *pro hac vice*)
                                               Email: psampson@wsgr.com
                                               **WILSON SONSINI GOODRICH & ROSATI**
                                               **Professional Corporation**
                                               95 S. State Street
                                               Suite 1000
                                               Salt Lake City, Utah 84111
                                               Telephone: (801) 401-8510

                                               David H. Kramer, SBN 168452
                                               Email: dkramer@wsgr.com
                                               Maura L. Rees, SBN 191698
                                               Email: mrees@wsgr.com
                                               **WILSON SONSINI GOODRICH & ROSATI**
                                               **Professional Corporation**
                                               650 Page Mill Road
                                               Palo Alto, CA 94304-1050
                                               Telephone:  (650) 493-9300

                                               Eric P. Tuttle, SBN 248440
                                               Email: eric.tuttle@wsgr.com
                                               **WILSON SONSINI GOODRICH & ROSATI**
                                               **Professional Corporation**
                                               701 Fifth Avenue, Suite 5100
                                               Seattle, WA 98104-7036
                                               Telephone:  (206) 883-2500

                                               *Counsel for Defendant*
                                               GOOGLE LLC