UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION | Master File Case No. 23-cv-03440-EKL<br><br>**ORDER TO FILE STATEMENT REGARDING CLASS DEFINITIONS**<br><br>Re: Dkt. Nos. 47, 91, 234, 253-1 |

A hearing on Plaintiffs' motion for class certification is scheduled for February 20, 2026. The proposed class definition has been articulated in different ways as the case has progressed. Additionally, portions of the current proposed class definitions were redacted from public filings.[1] To promote the public's access to and understanding of the class certification proceedings, Plaintiffs shall file a short statement by **February 17, 2026**, setting forth verbatim the class definition(s) proposed in: (a) the *Leovy* second amended complaint (ECF No. 47); (b) the amended consolidated complaint (ECF No. 91); (c) the second amended consolidated complaint (ECF No. 234); and (d) Plaintiffs' motion for class certification (ECF No. 253-1), without redactions. The statement is for informational purposes only and shall not include argument.

**IT IS SO ORDERED.**

Dated: February 12, 2026

Eumi K. Lee
United States District Judge

---

[1] The parties subsequently filed an omnibus motion to seal, and no interested party deems the redacted information confidential. *See* ECF No. 350.