| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **STRANCH, JENNINGS & GARVEY, PLLC** | Elissa A. Buchanan (SBN 249996) |
| 1111 Broadway, Suite 300 | Evan A. Creutz (SBN 349728) |
| Oakland, CA 94607 | Aaron Cera (SBN 351163) |
| Telephone: (341) 217-0550 | **JOSEPH SAVERI LAW FIRM, LLP** |
| lweaver@stranchlaw.com | 601 California Street, Suite 1505 |
| adavis@stranchlaw.com | San Francisco, CA 94108 |
| jsamra@stranchlaw.com | Telephone:    (415) 500-6800 |
| | Facsimile:     (415) 395-9940 |
| Gregory S. Mullens (admitted *pro hac vice*) | Email:         jsaveri@saverilawfirm.com |
| **STRANCH, JENNINGS & GARVEY, PLLC** |                       czirpoli@saverilawfirm.com |
| The Freedom Center |                       cyoung@saverilawfirm.com |
| 223 Rosa L. Parks Avenue, Suite 200 |                       eabuchanan@saverilawfirm.com |
| Nashville, TN 37203 |                       ecreutz@saverilawfirm.com |
| Telephone: (615) 254-8801 |                       acera@saverilawfirm.com |
| gmullens@stranchlaw.com | |

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel on Signature Pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO AMEND CASE SCHEDULE**<br><br>Civil L.R. 7-11<br><br>Judge: Hon. Eumi K. Lee |

Pursuant to Civil Local Rule 7-11, and for the reasons set forth herein and in the accompanying Declaration of Lesley E. Weaver ("Weaver Decl."), Plaintiffs respectfully seek leave to file a Motion to Amend Case Schedule seeking an extension of the deadline for fact discovery to 180 days from February 13, 2026 to August 12, 2026, or by 90 days following issuance of an order on class certification, whichever is soonest, and extending all subsequent deadlines proportionately, subject to the discretion of the Court. Despite that Google will also need an extension pending this Court's forthcoming rulings on Plaintiffs' motion for class certification, one Rule 72 objection and another forthcoming in short order, and two motions to intervene Plaintiffs, Google refuses to stipulate to an extension of the case schedule, and further objects to the filing of this motion.

On January 22, 2026, Judge Lee ordered that no further motions be filed before the class certification hearing on February 20, 2026, ECF No. 360, which is after the close of fact discovery. For the reasons set forth in Plaintiffs' Proposed Motion to Amend Case Schedule, attached hereto as **Exhibit A**, Plaintiffs respectfully submit there is good cause to grant a case extension motion, and as such good cause to permit the filing of such a motion.

Plaintiffs met and conferred with counsel for Google on February 6, 2026, and understand that Google does not agree to Plaintiffs filing this motion. Declaration of Lesley E. Weaver at ¶ 3.

For all of the foregoing reasons, Plaintiffs respectfully believe that good cause exists for the Court to grant Plaintiffs' request to file a Motion to Amend Case Schedule. A proposed order is submitted herewith.

Dated: February 13, 2026                             Respectfully submitted,

By:      */s/ Lesley E. Weaver*                      By:      */s/ Joseph R. Saveri*
Lesley E. Weaver (SBN 191305)                        Joseph R. Saveri (SBN 130064)
Anne K. Davis (SBN 267909)                           Cadio Zirpoli (SBN 179108)
Joshua D. Samra (SBN 313050)                         Christopher K.L. Young (SBN 318371)
**STRANCH, JENNINGS & GARVEY, PLLC**                 Elissa A. Buchanan (SBN 249996)
1111 Broadway, Suite 300                             Evan A. Creutz (SBN 349728)
Oakland, CA 94607                                    Aaron Cera (SBN 351163)
Telephone: (341) 217-0550                            **JOSEPH SAVERI LAW FIRM, LLP**
lweaver@stranchlaw.com                               601 California Street, Suite 1505
adavis@stranchlaw.com                                San Francisco, CA 94108
jsamra@stranchlaw.com                                Telephone: (415) 500-6800

Gregory S. Mullens (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gmullens@stranchlaw.com

Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
acera@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Mark I. Richards (SBN 321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone:    213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@butiericklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2026, at Oakland, California.

>   /s/ Lesley E. Weaver
>   Lesley E. Weaver