1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO AMEND CASE SCHEDULE** |

Master File Case No. 5:23-cv-3440-EKL-SVK

1    Currently pending is Plaintiffs' administrative motion, submitted pursuant to Civil Local Rule 7-11

2  pertaining to motions for administrative relief. Plaintiffs seek leave file a Motion to Amend Case Schedule,

3  seeking an extension of the deadline for fact discovery to 180 days from February 13, 2026 to August 12,

4  2026, or by 90 days following issuance of an order on class certification, whichever is soonest, and

5  extending all subsequent deadlines proportionately, subject to the discretion of the Court.

6    Before the Court is Plaintiffs' Administrative Motion for Leave to File Motion to Amend Case

7  Schedule.

8    Having considered the motion, the relief requested by that motion, and the briefing submitted in

9  conjunction therewith, as well as all other evidence of record, the Court finds good cause exists to allow

10  Plaintiffs to file the Motion to Amend Case Schedule and hereby **GRANTS** Plaintiffs' administrative

11  motion. Plaintiffs' Motion is deemed **FILED** as of the date of this Order. Any opposition shall be filed

12  within 14 days of this Order, and any reply within 7 days of any opposition.

13

14    **IT IS SO ORDERED.**

15

16  Dated: _____      _____

17                     Hon. Eumi K. Lee
                       United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Master File Case No. 5:23-cv-3440-EKL-SVK              1

[PROPOSED] ORDER