| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Joseph R. Saveri (SBN 130064) |
| Anne K. Davis (SBN 267909) | Cadio Zirpoli (SBN 179108) |
| Joshua D. Samra (SBN 313050) | Christopher K.L. Young (SBN 318371) |
| **STRANCH, JENNINGS & GARVEY, PLLC** | Elissa A. Buchanan (SBN 249996) |
| 1111 Broadway, Suite 300 | Evan A. Creutz (SBN 349728) |
| Oakland, CA 94607 | Aaron Cera (SBN 351163) |
| Tel. (341) 217-0550 | Louis Kessler (SBN 243703) |
| lweaver@stranchlaw.com | Alexander Y. Zeng (SBN 360220) |
| adavis@stranchlaw.com | **JOSEPH SAVERI LAW FIRM, LLP** |
| jsamra@stranchlaw.com | 601 California Street, Suite 1505 |
| | San Francisco, CA 94108 |
| Gregory S. Mullens (admitted *pro hac vice*) | Telephone: (415) 500-6800 |
| **STRANCH, JENNINGS & GARVEY, PLLC** | Facsimile: (415) 395-9940 |
| 223 Rosa L. Parks Avenue, Suite 200 | jsaveri@saverilawfirm.com |
| Nashville, TN 37203 | czirpoli@saverilawfirm.com |
| Tel. (615) 254-8801 | cyoung@saverilawfirm.com |
| gmullens@stranchlaw.com | ecreutz@saverilawfirm.com |
| | eabuchanan@saverilawfirm.com |
| | acera@saverilawfirm.com |
| | lkessler@saverilawfirm.com |
| | azeng@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*
*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF 387) PURSUANT TO CIVIL L.R. 72-2**<br><br>**Civil L.R. 7-11**<br><br>Judge:      Hon. Eumi K. Lee |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court to consider whether portions of Plaintiffs' Administrative Motion for Leave to File Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF 387) Pursuant to Civil L.R. 72-2 and exhibits thereto should be filed under seal. Google contends the documents sought to be filed under seal contains information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order entered by this Court.

In the Ninth Circuit, when a party seeks to seal portions of a nondispositive motion, a "good cause" standard is applied. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Good cause exists if a district court grants a protective order to seal documents because "it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal cite omitted). The party seeking to seal bears the burden of showing compelling reasons apply. *See id.* at 1178.

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [ ] ('Designating Party')," the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id*. Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id*.

Specifically, the material subject to the administrative motion includes the following:

| Redacted Portion | Description of Information |
|---|---|
| Pages 4 and 5 of Exhibit A (Plaintiffs' Proposed Motion for Relief) ("Plaintiffs' Proposed Motion for Relief") to Plaintiffs' Administrative Motion for Leave to File Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF 387) Pursuant to Civil L.R. 72-2 | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Pages 1, 2, 3, 4, and 5 of the Declaration of Joseph R. Saveri and Lesley E. Weaver in Support of Plaintiffs' Proposed Motion for Relief ("Joint Declaration") | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES |

| Redacted Portion | Description of Information |
|---|---|
| | ONLY under the Protective Order. |
| Exhibit 1 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 2 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 3 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 4 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 5 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 6 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 7 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 8 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 9 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 10 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 11 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 12 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES |

| Redacted Portion | Description of Information |
|---|---|
|  | ONLY under the Protective Order. |
| Exhibit 13 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |
| Exhibit 14 to Plaintiffs' Proposed Motion for Relief | Information Google contends is HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. |

Plaintiffs seek to file under seal portions of Plaintiffs' Proposed Motion for Relief, Joint Declaration, and Exhibits 1 to 14 that quote or summarize portions of materials designated by Google as "Highly Confidential—Attorney's Eyes Only." In compliance with their Protective Order obligations and the Civil Local Rules of this District, Plaintiffs are submitting under seal, along with this Administrative Motion, an unredacted copy of the documents referenced in the table above pursuant to Civil Local Rule 79-5(d). Plaintiffs understand that Google, as the Designating Party, will submit a statement or declaration under Civil Local Rule 79-5(f)(3) stating the reasons for keeping the identified material under seal within seven (7) days of this motion. Plaintiffs reserve the right to challenge Google's sealing request.

Dated: February 16, 2026

By:   */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel. (615) 254-8801

By:   */s/ Joseph R. Saveri*
Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Evan A. Creutz (State Bar. No. 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com

| | |
|---|---|
| gmullens@stranchlaw.com | ecreutz@saverilawfirm.com |
| | eabuchanan@saverilawfirm.com |
| | acera@saverilawfirm.com |
| | lkessler@saverilawfirm.com |
| | azeng@saverilawfirm.com |

*Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| Brian D. Clark (admitted *pro hac vice*) | Ryan J. Clarkson (SBN 257074) |
| Laura M. Matson (admitted *pro hac vice*) | Yana Hart (SBN 306499) |
| Arielle S. Wagner (admitted *pro hac vice*) | Mark I. Richards (SBN 321252) |
| Consuela Abotsi-Kowu (admitted *pro hac vice*) | **CLARKSON LAW FIRM, P.C.** |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | 22525 Pacific Coast Highway |
| 100 Washington Avenue South, Suite 2200 | Malibu, CA 90265 |
| Minneapolis, MN 55401 | Telephone:    213-788-4050 |
| Telephone:      (612) 339-6900 | rclarkson@clarksonlawfirm.com |
| Facsimile:       (612) 339-0981 | yhart@clarksonlawfirm.com |
| bdclark@locklaw.com | mrichards@clarksonlawfirm.com |
| lmmatson@locklaw.com | |
| aswagner@locklaw.com | Matthew Butterick (State Bar No. 250953) |
| cmabotsi-kowo@locklaw.com | **BUTTERICK LAW** |
| | 1920 Hillhurst Avenue, #406 |
| Stephen J. Teti (admitted *pro hac vice*) | Los Angeles, CA 90027 |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | Telephone:     (323) 968-2632 |
| 265 Franklin Street, Suite 1702 | Facsimile:      (415) 395-9940 |
| Boston, MA 02110 | mb@butericklaw.com |
| Telephone: (617) 456-7701 | |
| sjteti@locklaw.com | |

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2026, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on February 16, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

*/s/ Lesley E. Weaver*
Lesley E. Weaver