Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gmullens@stranchlaw.com

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:    jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Proposed Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' STATEMENT REGARDING CLASS DEFINITIONS**<br><br>Judge:    Hon. Eumi K. Lee<br>Date:    February 20, 2026<br>Time    1:00 P.M.<br>Courtroom:    7, Fourth Floor |

Plaintiffs respectfully submit this statement in response to the Court's Order to File Statement Regarding Class Definitions (ECF No. 396), in which the Court directed Plaintiffs to set forth "verbatim the class definition(s) proposed in: (a) the *Leovy* second amended complaint (ECF No. 47); (b) the amended consolidated complaint (ECF No. 91); (c) the second amended consolidated complaint (ECF No. 234); and (d) Plaintiffs' motion for class certification (ECF No. 253-1)." Those definitions are:

(a) "**Copyright Class:** All persons in the United States who own a United States copyright in any work that was used as training data for Defendant's Products."[1]

*Leovy* Second Amended Complaint, June 27, 2024, ECF No. 47 at ¶ 90.[2]

(b) "All persons or entities who: (1) are domiciled in the United States; (2) own a valid copyright registration for one or more works under the Copyright Act; (3) whose exclusive rights under 17 U.S.C. § 106 in their registered works were infringed upon, under 17 U.S.C. § 501, by Google without license or authorization in order to train Google's Generative AI Models during the Class Period; and (4) held such copyright registration prior to Google's unauthorized use." Amended Consolidated Complaint, December 20, 2024, ECF No. 91 at ¶ 164.[3]

---

[1] The *Leovy* Second Amended Complaint defined Google's Products as "Artificial Intelligence ('AI') Products like 'Gemini' (previously known as 'Bard')." *See* ECF No. 47 at ¶ 2.

[2] This matter was reassigned to Judge Lee on August 21, 2024, after the *Leovy* Second Amended Complaint was filed. *See* ECF No. 60.

[3] The Amended Consolidated Complaint defined "Generative AI Models" to include all versions, iterations, and relatives of Bard, Gemini, Imagen, PaLM, GLam, LaMDA, Codey, Chirp, Veo, MedLM, LearnLM, SecLM, Gemma, CodeGemma, RecurrentGemma, [and] PaliGemmia [sic]." ECF No. 91 at ¶ 105. Gemini was defined as "a Google Generative AI Model that was originally released as a chatbot in March 2023 under the name Bard. Gemini is now a multimodal model family that includes Gemini 1.0, Gemini 1.0 Pro, Gemini 1.0 Ultra, Gemini 1.0 Nano, Gemini 1.5 Pro, Gemini 1.5 Flash, Gemini 1.5 Flash-8B, and Gemini 2.0. Bard and all versions of the Gemini model family are collectively referred to in this Complaint as 'Gemini.'" Imagen was defined as "a Google AI product, originally released in May 2022, a text-to-image diffusion model family that includes Imagen, Imagen 2, and Imagen 3. All versions of Imagen are collectively referred to in this Complaint as 'Imagen.'" *Id.* at ¶ 1, n. 2–3.

(c) "All persons or entities domiciled in the United States who owned a United States copyright in any work used by Google to train Google's Generative AI Models during the Class Period."[4] Second Amended Consolidated Complaint, September 25, 2025, ECF No. 234 at ¶ 163.[5]

(d) "**A.    Books Class**

**Books Class:** All legal or beneficial owners of registered copyrights for any work possessing an International Standard Book Number (ISBN) which Google downloaded and/or ingested to develop its GLaM, LaMDA, PaLM, ULM/PaLM 2, Imagen, or Gemini base models ('At-Issue Models') or their descendants. For purposes of this definition, copyrighted works are limited to those registered with the United States Copyright Office within five years of the work's publication before being trained on by Google, or within three months of publication.

**Google Books Library Project Subclass:** All legal or beneficial owners of a registered copyright for any work possessing an ISBN, which Google acquired via the Google Books Library Project and was used by Google to develop its At-Issue Models or their descendants. For purposes of this definition, copyrighted works are limited to those registered with the United States Copyright Office within five years of the work's publication before being trained on by Google, or within three months of publication.

**Google Books Partner Program Subclass:** All legal or beneficial owners of a registered copyright for any work possessing an ISBN, which Google acquired via the Google Books Partner Program and was used by Google to develop its At-Issue Models or their descendants. For purposes of this definition, these copyrighted works are limited to those registered with the United States Copyright Office within five years of the work's publication before being trained on by Google, or within three months of publication.

---

[4] The Second Amended Consolidated Complaint defined "Generative AI Models" to include "all versions, iterations, and relatives of Bard, Gemini, Imagen, PaLM, Glam, and LaMDA." ECF No. 234 at ¶ 104. It contained the same explanations of Gemini and Imagen as the Amended Consolidated Complaint. *Id.* at ¶ 1, n. 2-3.

[5] In their Second Amended Consolidated Complaint, Plaintiffs were prohibited from adding "any new claims, parties, or other allegations," and were limited to amending the class definition to conform to the Court's Order on Google's motion to strike class allegations. *See* ECF Nos. 128 & 216.

**Pirated Books Subclass:** All legal or beneficial owners of a registered copyright for any work possessing an ISBN, that reflect URL provenance from Shadow Libraries, used by Google to develop its At-Issue Models or their descendants. For purposes of this definition, these copyrighted works are limited to those registered with the United States Copyright Office within five years of the work's publication before being trained on by Google, or within three months of publication.

**B.    Images Class**

**Images Class:** All legal or beneficial owners of a registered copyright for any two-dimensional image, drawing, painting, photograph, whether analog or digital, used by Google to develop its Imagen and Gemini base models or their descendants. For purposes of this definition, these copyrighted works are limited to those registered with the United States Copyright Office within five years of the work's publication before being trained on by Google, or within three months of publication."

Plaintiffs' Motion for Class Certification, October 14, 2025, ECF No. 253-1 at 1.

Dated: February 17, 2026                          Respectfully submitted,

By:        _/s/ Lesley E. Weaver_                    By:        _/s/ Joseph R. Saveri_
Lesley E. Weaver (SBN 191305)                Joseph R. Saveri (SBN 130064)
Anne K. Davis (SBN 267909)                    Cadio Zirpoli (SBN 179108)
Joshua D. Samra (SBN 313050)                 Christopher K.L. Young (SBN 318371)
**STRANCH, JENNINGS & GARVEY, PLLC**         Elissa A. Buchanan (SBN 249996)
1111 Broadway, Suite 300                      Evan A. Creutz (SBN 349728)
Oakland, CA 94607                             Aaron Cera (SBN 351163)
Telephone: (341) 217-0550                     Louis Kessler (SBN 243703)
lweaver@stranchlaw.com                        Alexander Y. Zeng (SBN 360220)
adavis@stranchlaw.com                         **JOSEPH SAVERI LAW FIRM, LLP**
jsamra@stranchlaw.com                         601 California Street, Suite 1505
                                              San Francisco, CA 94108
Gregory S. Mullens (admitted *pro hac vice*) Telephone:    (415) 500-6800
**STRANCH, JENNINGS & GARVEY, PLLC**         Facsimile:    (415) 395-9940
The Freedom Center                            jsaveri@saverilawfirm.com
223 Rosa L. Parks Avenue, Suite 200           czirpoli@saverilawfirm.com
Nashville, TN 37203                           cyoung@saverilawfirm.com
Telephone: (615) 254-8801                     eabuchanan@saverilawfirm.com
gmullens@stranchlaw.com                       ecreutz@saverilawfirm.com
                                              acera@saverilawfirm.com

lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Mark I. Richards (SBN 321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone:     213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@butericklaw.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February, 2026, at Oakland, California.

/s/ Lesley E. Weaver
Lesley E. Weaver