UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION | Master File Case No. 23-cv-03440-EKL<br><br>**ORDER REGARDING DEADLINES**<br>Re: Dkt. Nos. 199, 402 |

On February 20, 2026, the Court will hear argument on Plaintiffs' motion for class certification and other related motions. Because the outcome of these motions will impact further proceedings in this case, the unexpired deadlines set forth in the amended case schedule, ECF No. 199, are STAYED pending further order of the Court. To conserve judicial and party resources, discovery is also STAYED. In light of this Order, Plaintiffs' motion for leave to file a motion to amend the case schedule, ECF No. 402, is terminated. The Court will address the schedule for further proceedings after resolving the pending motions.

**IT IS SO ORDERED.**

Dated: February 18, 2026

Eumi K. Lee
United States District Judge