1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

11

| | |
|---|---|
| 12  *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO AMEND CASE SCHEDULE AND EXHIBITS THERETO**<br><br>Judge:   Hon. Eumi K. Lee |

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and Defendant Google LLC's Response to Plaintiffs' Administrative Motion, the Court hereby finds that good cause exists to seal the following information:

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF No. 403-1 (public version)<br><br>ECF No. 404-1 (sealed version) | Exhibit A (Plaintiffs' Proposed Motion to Amend Case Schedule) to Plaintiffs' Administrative Motion for Leave to File Motion to Amend Case Schedule ("Plaintiffs' Proposed Motion") | 8:26 (between "lists of" and "books")<br><br>9:7 (highlighted portion) | Contains and reveals confidential information about Google's data acquisition strategies and operations. This information is not generally known to the public or Google's competitors.<br><br>Public disclosure of such confidential business information could cause competitive harm to Google. Public disclosure of this information could also damage Google's standing with its existing and potential content partners and impact ongoing negotiations with these partners.<br><br>*See* Declaration of David Price, ECF No. 350-2; Declaration of Jeremiah Torres, ECF No. 350-3. |
| ECF No. 403-1 (public version)<br><br>ECF No. 404-1 (sealed version) | Exhibit 7 to Plaintiffs' Proposed Motion | Portions of pages 2-3 of Exhibit 7:<br>• content within the parentheses after "GOOG-AIC-000649478";<br>• quote within the parentheses after "GOOG-AIC-000348727";<br>• quote within the parentheses after "GOOG- | Contains and reveals confidential information about Google's proprietary datasets, data acquisition strategies, and operations. This information is not generally known to the public or Google's competitors.<br><br>Public disclosure of such confidential business information could cause competitive harm to Google. Public disclosure of this information could also damage Google's standing with its existing and potential content partners and impact ongoing negotiations with these partners.<br><br>*See* Declaration of David Price, ECF No. 350-2; Declaration of Jeremiah Torres, ECF No. 350-3. |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| | | AIC-000115985"; <br>• content within the three parentheses after "GOOG-AIC-000350701"; <br>• content within the two parentheses after "GOOG-AIC-000725099"; <br>• quote within the parentheses after "GOOG-AIC-000524704"; <br>• second quote within the parentheses after "GOOG-AIC-000761954"; <br>• content within the parentheses after "GOOG-AIC-000370492"; <br>• quote within the parentheses after "GOOG-AIC-000757950"; | |

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| | | • first quote within the parentheses after "GOOG-AIC-000372677" | |
| ECF No. 403-1 (public version)

ECF No. 404-1 (sealed version) | Exhibit 10 to Plaintiffs' Proposed Motion | 71:13-72:19

73:3-7

73:20

77:1-3

77:8-78:3

210:22-211:2

218:5-6

218:19

232:17-233:5

302:20-303:22

305:18-306:12

345:10-346:3

347:3-21

371:6-372:15 | Contains and reveals confidential information about Google's proprietary datasets, data acquisition strategies, and operations. This information is not generally known to the public or Google's competitors.

Public disclosure of such confidential business information could cause competitive harm to Google. Public disclosure of this information could also damage Google's standing with its existing and potential content partners and impact ongoing negotiations with these partners.

*See* Declaration of David Price, ECF No. 350-2; Declaration of Jeremiah Torres, ECF No. 350-3. |

IT IS HEREBY ORDERED that the above materials shall remain under seal.

**IT IS SO ORDERED.**


Dated: _____          _____
                                    Honorable Eumi K. Lee
                                    United States District Court Judge