# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION TO NOTIFY OF CHANGE IN FIRM AFFILIATION |

# [Proposed] ORDER

Having considered Plaintiffs' Administrative Motion for Leave to File Supplemental Submission in Support of Motion for Class Certification to Notify of Change in Firm Affiliation, and good cause appearing, the Court GRANTS Plaintiffs' administrative motion. Plaintiffs' Supplemental Submission filed on February 16, 2026 (ECF No. 409-2) is DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Dated:  February 23, 2026

_____
Hon. Eumi K. Lee
United States District Judge