UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**ORDER DENYING MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO INTERVENE**<br><br>Dkt. Nos. 356, 379 |

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and Defendant Google LLC's Response to Plaintiffs' Administrative Motion, the Court hereby finds that good cause exists to seal the following information:

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| ECF No. 354 (redacted) <br><br> ECF No. 356-2 (sealed) | Plaintiffs' Reply in Support of Motion to Intervene | 2:25-2:26 (final clause of the paragraph after the parenthetical) <br><br> 4:9-4:10 (between "their counsel," and "Google's suggestion") | DENIED.  Reflects basic facts regarding presence of specific works in training data. |

Plaintiffs shall file the unredacted reply brief on the public docket by **April 24, 2026**.

**IT IS SO ORDERED.**

Dated:  March 10, 2026

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

-1-