UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**ORDER SEALING PORTIONS OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO AMEND CASE SCHEDULE AND EXHIBITS THERETO**<br><br>Dkt. No. 404<br><br>Judge:   Hon. Eumi K. Lee |

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and Defendant Google LLC's Response to Plaintiffs' Administrative Motion, the Court hereby finds that good cause exists to seal the following information:

| ECF No. | Document | Portion(s) to Seal | Order |
|---|---|---|---|
| ECF No. 403-1 (public version)<br><br>ECF No. 404-1 (sealed version) | Exhibit A (Plaintiffs' Proposed Motion to Amend Case Schedule) to Plaintiffs' Administrative Motion for Leave to File Motion to Amend Case Schedule ("Plaintiffs' Proposed Motion") | 8:26 (between "lists of" and "books")<br><br>9:7 (highlighted portion) | GRANTED.<br><br><br><br>DENIED. This material is not confidential because it will be unsealed in the class certification record. |
| ECF No. 403-1 (public version)<br><br>ECF No. 404-1 (sealed version) | Exhibit 7 to Plaintiffs' Proposed Motion | Portions of pages 2-3 of Exhibit 7<br>• content within the parentheses after "GOOG-AIC-000649478";<br>• quote within the parentheses after "GOOG-AIC-000348727";<br>• quote within the parentheses after "GOOG-AIC-000115985";<br>• content within the three parentheses after "GOOG-AIC-000350701";<br>• content within the two parentheses after "GOOG-AIC-000725099";<br>• quote within the parentheses after "GOOG-AIC-000524704";<br>• second quote within the parentheses after "GOOG-AIC-000761954";<br>• content within the parentheses after "GOOG-AIC-000370492";<br>• quote within the parentheses after "GOOG-AIC-000757950";<br>• first quote within the parentheses after "GOOG-AIC-000372677" | GRANTED. |

| ECF No. | Document | Portion(s) to Seal | Order |
|---|---|---|---|
| ECF No. 403-1 (public version)<br><br>ECF No. 404-1 (sealed version) | Exhibit 11 to Plaintiffs' Proposed Motion | 71:13-72:19<br>73:3-7<br>73:20<br>77:1-3<br>77:8-78:3<br>210:22-211:2<br>218:5-6<br>218:19<br>232:17-233:5<br>302:20-303:22<br>305:18-306:12<br>345:10-346:3<br>347:3-21<br>371:6-372:15 | GRANTED. |

IT IS HEREBY ORDERED that the above materials shall remain under seal. Plaintiffs shall file on the public docket updated versions of the sealed documents, redacting only those portions listed in the chart above, by **April 24, 2026**.

**IT IS SO ORDERED.**

Dated: March 10, 2026

_____
Honorable Eumi K. Lee
United States District Court Judge