JOSEPH R. SAVERI. SBN 130064
Email: jsaveri@saverilawfirm.com
SAVERI LAW FIRM, LLP
550 California Street. Suite 910
San Francisco, CA 94104
Telephone:  (415) 500-6800

LESLEY E. WEAVER. SBN 191305
Email: lweaver@stranchlaw.com
ANNE K. DAVIS, SBN 267909
Email: adavis@ stranchlaw.com
JOSHUA D. SAMRA, SBN 313050
Email: jsamra@ stranchlaw.com
STRANCH, JENNINGS & GARVEY, PLLC
1111 Broadway, Suite 300
Oakland, CA 94607
Telephone:  (341) 217-0550

GREGORY MULLENS (admitted *pro hac vice*)
Email: gmullens@bfalaw.com
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone:  (615) 254-8801

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

*[Additional Counsel on Signature Page]*

DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**JOINT STATEMENT RE CLARIFICATION OF ORDER REGARDING SEALING MOTIONS (ECF NO. 438)**<br><br>Judge:  Hon. Eumi K. Lee |

Pursuant to the Court's March 11, 2026 Order Regarding Sealing Motions (ECF No. 438), the Parties submit this Joint Statement setting forth positions regarding Google's request to clarify one sealing ruling in the Court's Order.

**Google's Position:**

Google respectfully requests clarification of the Court's ruling as it applies to the first and second highlighted portions of paragraph 79 of ECF No. 326-5 (Rebuttal Expert Report of David Doermann). These portions reference a specific training dataset used in an early internal research version of Imagen.

The Court's Order sealed all other references in the record to Google's use of this dataset. *See* ECF No. 438 at 7 (sealing 10:14 of ECF No. 253-1 (Plaintiffs' Motion for Class Certification) and ¶ 123 of ECF No. 253-5 (Expert Report of David S. Doermann)); at 9 (sealing 124:20-125:10 of ECF No. 253-12 (Deposition of Jason Baldridge)); at 22 (sealing ¶ 72 of ECF No. 289-35 (Expert Report of Konstantinos Psounis)); at 23 (sealing 192:15-193:25 of ECF No. 289-39 (Deposition of David Doermann)); at 25 (sealing 85:13-25, 124:1-14, and 124:19-125:9 of ECF No. 289-44 (Deposition of Jason Baldridge)).

In light of these rulings, Google seeks clarification as to whether the Court intended to exclude the identified portions of paragraph 79 from sealing, or whether their omission was inadvertent. Google believes that all of these references to this same dataset for this same model are similar and the Court should seal the identified portions of paragraph 79.

**Plaintiffs' Position:**

Plaintiffs do not oppose Google's request for clarification.

Respectfully submitted,

Dated:  April 10, 2026          By:    */s/ Paul J. Sampson*

Paul J. Sampson (admitted *pro hac vice*)
Email: psampson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
95 S State Street, Suite 1000
Salt Lake City, UT 84111
Telephone:  (801) 401-8541

David H. Kramer, SBN 168452
Email: dkramer@wsgr.com
Maura L. Rees, SBN 191698
Email: mrees@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

Eric P. Tuttle, SBN 248440
Email: eric.tuttle@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

Dated:  April 10, 2026          By:    */s/ Lesley E. Weaver*

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
acera@saverilawfirm.com

lkessler@saverilawfirm.com
azeng@saverilawfirm.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gmullens@stranchlaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Bryan P. Thompson (SBN 354683)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: 213-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
bthompson@clarksonlawfirm.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
mb@butericklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

JOINT STATEMENT RE CLARIFICATION OF ORDER
REGARDING SEALING MOTIONS (ECF NO. 438)
        -3-        MASTER FILE CASE NO.: 5:23-CV-03440-EKL

bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

## SIGNATURE ATTESTATION

I, Paul J. Sampson, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: ___*/s/ Paul J. Sampson*___
        Paul J. Sampson