# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**[PROPOSED]**<br>**ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. Eumi K. Lee |

Before this Court is Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification. Having considered the parties' arguments and all other papers filed herein, Plaintiffs' Motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE