Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gmullens@stranchlaw.com

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel on Signature Pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No. 5:23-cv-03440-EKL-SVK<br>Consolidated Case No. 5:24-cv-02531-EKL-SVK<br><br>**PLAINTIFFS' NOTICE OF FILING OF INDEX OF PUBLIC CLASS CERTIFICATION RECORD**<br><br>Judge:        Hon. Eumi K. Lee |

Pursuant to the Court's March 11, 2026 Order (ECF No. 438), Plaintiffs hereby submit an "index of the class certification record listing the updated docket number for the public version of each refiled document."

| Public ECF No. | Document |
|---|---|
| **Plaintiffs' Motion for Class Certification** ||
| 445 | Plaintiffs' Notice of Motion and Motion for Class Certification (Redacted) |
| 445-1 | [proposed] Order Granting Plaintiffs' Motion for Class Certification |
| 445-2 | Plaintiffs' Proposed Trial Plan |
| 445-3 | Declaration of Joseph R. Saveri and Lesley E. Weaver |
| 445-4 | Declaration of Gregory S. Mullens |
| 445-5 | Mullens Exhibit 1 (Redacted) |
| 445-6 | Mullens Exhibit 2 (Redacted) |
| 445-7 | Mullens Exhibit 3 (Redacted) |
| 445-8 | Mullens Exhibit 4 (Redacted) |
| 445-9 | Mullens Exhibit 5 |
| 445-10 | Mullens Exhibit 6 |
| 445-11 | Mullens Exhibit 7 |
| 445-12 | Mullens Exhibit 8 |
| 445-13 | Mullens Exhibit 9 |
| 445-14 | Mullens Exhibit 10 |
| 445-15 | Mullens Exhibit 11 |
| 445-16 | Mullens Exhibit 12 |
| 445-17 | Mullens Exhibit 13 (Redacted) |
| 445-18 | Mullens Exhibit 14 (Redacted) |
| 445-19 | Mullens Exhibit 15 (Redacted) |
| 445-20 | Mullens Exhibit 16 (Redacted) |
| 445-21 | Mullens Exhibit 17 (Redacted) |
| 445-22 | Mullens Exhibit 18 (Redacted) |
| 445-23 | Mullens Exhibit 19 (Redacted) |

| Public ECF No. | Document |
|---|---|
| 445-24 | Mullens Exhibit 20 (Redacted) |
| 445-25 | Mullens Exhibit 21 (Redacted) |
| 445-26 | Mullens Exhibit 22 (Redacted) |
| 445-27 | Mullens Exhibit 23 |
| 445-28 | Mullens Exhibit 24 |
| 445-29 | Mullens Exhibit 25 |
| 445-30 | Mullens Exhibit 26 |
| 445-31 | Mullens Exhibit 27 |
| 445-32 | Mullens Exhibit 28 (Filed Under Seal) |
| 445-33 | Mullens Exhibit 29 (Filed Under Seal) |
| 445-34 | Mullens Exhibit 30 (Filed Under Seal) |
| 445-35 | Mullens Exhibit 31 (Filed Under Seal) |
| 445-36 | Mullens Exhibit 32 (Filed Under Seal) |
| 445-37 | Mullens Exhibit 33 (Filed Under Seal) |
| 445-38 | Mullens Exhibit 34 (Filed Under Seal) |
| 445-39 | Mullens Exhibit 35 (Filed Under Seal) |
| 445-40 | Mullens Exhibit 36 (Filed Under Seal) |
| 445-41 | Mullens Exhibit 37 (Filed Under Seal) |
| 445-42 | Mullens Exhibit 38 (Filed Under Seal) |
| 445-43 | Mullens Exhibit 39 (Filed Under Seal) |
| 445-44 | Mullens Exhibit 40 (Filed Under Seal) |
| 445-45 | Mullens Exhibit 41 (Filed Under Seal) |
| 445-46 | Mullens Exhibit 42 (Filed Under Seal) |
| 445-47 | Mullens Exhibit 43 (Filed Under Seal) |
| 445-48 | Mullens Exhibit 44 (Filed Under Seal) |
| 445-49 | Mullens Exhibit 45 (Filed Under Seal) |
| 445-50 | Mullens Exhibit 46 (Filed Under Seal) |
| 445-51 | Mullens Exhibit 47 (Filed Under Seal) |
| 445-52 | Mullens Exhibit 48 (Filed Under Seal) |

| Public ECF No. | Document |
|---|---|
| 445-53 | Mullens Exhibit 49 (Filed Under Seal) |
| 445-54 | Mullens Exhibit 50 (Filed Under Seal) |
| 445-55 | Mullens Exhibit 51 (Filed Under Seal) |
| 445-56 | Mullens Exhibit 52 (Filed Under Seal) |
| 445-57 | Mullens Exhibit 53 (Filed Under Seal) |
| 445-58 | Mullens Exhibit 54 (Redacted) |
| 445-59 | Mullens Exhibit 55 (Redacted) |
| 445-60 | Mullens Exhibit 56 (Filed Under Seal) |
| 445-61 | Mullens Exhibit 57 (Redacted) |
| 445-62 | Mullens Exhibit 58 (Redacted) |
| 445-63 | Mullens Exhibit 59 (Redacted) |
| 445-64 | Mullens Exhibit 60 (Redacted) |
| 445-65 | Mullens Exhibit 61 (Filed Under Seal) |
| 445-66 | Mullens Exhibit 62 (Redacted) |
| 445-67 | Mullens Exhibit 63 (Filed Under Seal) |
| 445-68 | Mullens Exhibit 64 (Filed Under Seal) |
| 445-69 | Mullens Exhibit 65 (Redacted) |
| 445-70 | Mullens Exhibit 66 (Filed Under Seal) |
| 445-71 | Mullens Exhibit 67 (Redacted) |
| 445-72 | Mullens Exhibit 68 (Filed Under Seal) |
| 445-73 | Mullens Exhibit 69 (Filed Under Seal) |
| 445-74 | Mullens Exhibit 70 (Redacted) |
| 445-75 | Mullens Exhibit 71 (Filed Under Seal) |
| 445-76 | Mullens Exhibit 72 (Redacted) |
| 445-77 | Mullens Exhibit 73 (Redacted) |
| 445-78 | Mullens Exhibit 74 (Redacted) |
| 445-79 | Mullens Exhibit 75 (Filed Under Seal) |
| 445-80 | Mullens Exhibit 76 (Filed Under Seal) |
| 445-81 | Mullens Exhibit 77 (Filed Under Seal) |

| Public ECF No. | Document |
|---|---|
| 445-82 | Mullens Exhibit 78 (Redacted) |
| 445-83 | Mullens Exhibit 79 (Filed Under Seal) |
| 445-84 | Mullens Exhibit 80 (Filed Under Seal) |
| 445-85 | Mullens Exhibit 81 (Filed Under Seal) |
| 445-86 | Mullens Exhibit 82 (Filed Under Seal) |
| 445-87 | Mullens Exhibit 83 (Filed Under Seal) |
| 445-88 | Mullens Exhibit 84 (Redacted) |
| 445-89 | Mullens Exhibit 85 |
| 445-90 | Mullens Exhibit 86 (Filed Under Seal) |
| 445-91 | Mullens Exhibit 87 |
| 445-92 | Mullens Exhibit 88 (Redacted) |
| 445-93 | Mullens Exhibit 89 (Redacted) |
| 445-94 | Mullens Exhibit 90 (Redacted) |
| 445-95 | Mullens Exhibit 91 (Redacted) |
| 445-96 | Mullens Exhibit 92 (Filed Under Seal) |
| 445-97 | Mullens Exhibit 93 (Filed Under Seal) |
| 445-98 | Mullens Exhibit 94 (Filed Under Seal) |
| 445-99 | Mullens Exhibit 95 (Filed Under Seal) |
| 445-100 | Mullens Exhibit 96 (Filed Under Seal) |
| 445-101 | Mullens Exhibit 97 (Filed Under Seal) |
| 445-102 | Mullens Exhibit 98 (Filed Under Seal) |
| 445-103 | Mullens Exhibit 99 |
| 445-104 | Mullens Exhibit 100 (Redacted) |
| 445-105 | Mullens Exhibit 101 (Filed Under Seal) |
| 445-106 | Mullens Exhibit 102 (Filed Under Seal) |
| 445-107 | Mullens Exhibit 103 (Filed Under Seal) |
| 445-108 | Mullens Exhibit 104 (Redacted) |
| 445-109 | Mullens Exhibit 105 (Filed Under Seal) |
| 445-110 | Mullens Exhibit 106 (Redacted) |

| Public ECF No. | Document |
|---|---|
| 445-111 | Mullens Exhibit 107 (Redacted) |
| 445-112 | Mullens Exhibit 108 (Filed Under Seal) |
| 445-113 | Mullens Exhibit 109 |
| 445-114 | Mullens Exhibit 110 (Filed Under Seal) |
| 445-115 | Mullens Exhibit 111 (Filed Under Seal) |
| 445-116 | Mullens Exhibit 112 (Filed Under Seal) |
| 445-117 | Mullens Exhibit 113 |
| 445-118 | Mullens Exhibit 114 (Filed Under Seal) |
| 445-119 | Mullens Exhibit 115 (Redacted) |
| 445-120 | Mullens Exhibit 116 (Filed Under Seal) |
| 445-121 | Mullens Exhibit 117 (Filed Under Seal) |
| 445-122 | Mullens Exhibit 118 (Filed Under Seal) |
| 445-123 | Mullens Exhibit 119 (Filed Under Seal) |
| 445-124 | Mullens Exhibit 120 (Filed Under Seal) |
| 445-125 | Mullens Exhibit 121 (Filed Under Seal) |
| 445-126 | Mullens Exhibit 122 (Filed Under Seal) |
| 445-127 | Mullens Exhibit 123 (Redacted) |
| 445-128 | Mullens Exhibit 124 (Filed Under Seal) |
| 445-129 | Mullens Exhibit 125 (Filed Under Seal) |
| 445-130 | Mullens Exhibit 126 |
| 445-131 | Mullens Exhibit 127 (Filed Under Seal) |
| 445-132 | Mullens Exhibit 128 (Filed Under Seal) |
| 445-133 | Mullens Exhibit 129 (Filed Under Seal) |
| 445-134 | Mullens Exhibit 130 (Filed Under Seal) |
| 445-135 | Mullens Exhibit 131 (Filed Under Seal) |
| 445-136 | Mullens Exhibit 132 (Filed Under Seal) |
| 445-137 | Mullens Exhibit 133 (Filed Under Seal) |
| 445-138 | Mullens Exhibit 134 (Filed Under Seal) |
| 445-139 | Mullens Exhibit 135 (Filed Under Seal) |

| Public ECF No. | Document |
|---|---|
| 445-140 | Mullens Exhibit 136 (Filed Under Seal) |
| 445-141 | Mullens Exhibit 137 (Filed Under Seal) |
| 445-142 | Mullens Exhibit 138 (Filed Under Seal) |
| 445-143 | Mullens Exhibit 139 (Filed Under Seal) |
| 445-144 | Mullens Exhibit 140 (Filed Under Seal) |
| 445-145 | Mullens Exhibit 141 (Filed Under Seal) |
| 445-146 | Mullens Exhibit 142 (Filed Under Seal) |
| 445-147 | Mullens Exhibit 143 (Filed Under Seal) |
| 445-148 | Mullens Exhibit 144 (Filed Under Seal) |
| 445-149 | Mullens Exhibit 145 (Filed Under Seal) |
| 445-150 | Mullens Exhibit 146 (Filed Under Seal) |
| 445-151 | Mullens Exhibit 147 (Filed Under Seal) |
| 445-152 | Mullens Exhibit 148 (Filed Under Seal) |
| 445-153 | Mullens Exhibit 149 (Filed Under Seal) |
| 445-154 | Mullens Exhibit 150 (Filed Under Seal) |
| 445-155 | Mullens Exhibit 151 (Filed Under Seal) |
| 445-156 | Mullens Exhibit 152 (Filed Under Seal) |
| 445-157 | Mullens Exhibit 153 (Filed Under Seal) |
| 445-158 | Mullens Exhibit 154 (Filed Under Seal) |
| 445-159 | Mullens Exhibit 155 (Filed Under Seal) |
| 445-160 | Mullens Exhibit 156 |
| 445-161 | Mullens Exhibit 157 |
| 445-162 | Mullens Exhibit 158 |
| 445-163 | Mullens Exhibit 159 |
| 445-164 | Mullens Exhibit 160 |
| 445-165 | Mullens Exhibit 161 |
| 445-166 | Mullens Exhibit 162 |
| 445-167 | Mullens Exhibit 163 |
| 445-168 | Mullens Exhibit 164 |

| Public ECF No. | Document |
|---|---|
| 445-169 | Mullens Exhibit 165 |
| 445-170 | Mullens Exhibit 166 |
| 445-171 | Mullens Exhibit 167 |
| 445-172 | Mullens Exhibit 168 |
| 445-173 | Mullens Exhibit 169 |
| 445-174 | Mullens Exhibit 170 |
| 445-175 | Mullens Exhibit 171 |
| 445-176 | Mullens Exhibit 172 |
| 445-177 | Mullens Exhibit 173 |
| 445-178 | Mullens Exhibit 174 |
| 445-179 | Mullens Exhibit 175 |
| 445-180 | Mullens Exhibit 176 |
| 445-181 | Mullens Exhibit 177 |
| 445-182 | Mullens Exhibit 178 |
| 445-183 | Mullens Exhibit 179 |
| 445-184 | Mullens Exhibit 180 |
| 445-185 | Mullens Exhibit 181 |
| 445-186 | Mullens Exhibit 182 (Redacted) |
| 445-187 | Mullens Exhibit 183 (Redacted) |
| 445-188 | Mullens Exhibit 184 (Redacted) |
| 445-189 | Mullens Exhibit 185 (Redacted) |
| 445-190 | Mullens Exhibit 186 (Redacted) |
| 445-191 | Mullens Exhibit 187 (Filed Under Seal) |
| 445-192 | Mullens Exhibit 188 (Redacted) |
| 445-193 | Mullens Exhibit 189 (Filed Under Seal) |
| 445-194 | Mullens Exhibit 190 (Redacted) |
| 445-195 | Mullens Exhibit 191 (Redacted) |
| 445-196 | Mullens Exhibit 192 (Filed Under Seal) |
| 445-197 | Mullens Exhibit 193 (Redacted) |

| Public ECF No. | Document |
|---|---|
| 445-198 | Mullens Exhibit 194 (Redacted) |
| 445-199 | Mullens Exhibit 195 (Filed Under Seal) |
| 445-200 | Mullens Exhibit 196 (Redacted) |
| 445-201 | Mullens Exhibit 197 (Redacted) |
| 445-202 | Mullens Exhibit 198 (Redacted) |
| 445-203 | Mullens Exhibit 199 (Filed Under Seal) |
| 445-204 | Mullens Exhibit 200 (Redacted) |
| 445-205 | Mullens Exhibit 201 (Filed Under Seal) |
| **Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification** | |
| 446 | Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification (Redacted) |
| 446-1 | [proposed] Order Denying Plaintiffs' Motion for Class Certification |
| 447 | Declaration of Brian Carver (Redacted) |
| 448 | Declaration of David Price (Redacted) |
| 448-1 | Price Exhibit A |
| 448-2 | Price Exhibit B |
| 448-3 | Price Exhibit C (Filed Under Seal) |
| 448-4 | Price Exhibit D (Filed Under Seal) |
| 448-5 | Price Exhibit E (Filed Under Seal) |
| 448-6 | Price Exhibit F (Filed Under Seal) |
| 448-7 | Price Exhibit G (Filed Under Seal) |
| 448-8 | Price Exhibit H |
| 448-9 | Price Exhibit I |
| 448-10 | Price Exhibit J |
| 448-11 | Price Exhibit K |
| 448-12 | Price Exhibit L |
| 449 | Declaration of Patrick Marcus |
| 449-1 | Marcus Exhibit A |
| 449-2 | Marcus Exhibit B |

PLAINTIFFS' NOTICE OF FILING OF INDEX OF PUBLIC CLASS CERTIFICATION RECORD

| Public ECF No. | Document |
|---|---|
| 450 | Declaration of Jeremy P. Auster (Redacted) |
| 450-1 | Auster Exhibit 1 |
| 450-2 | Auster Exhibit 2 |
| 450-3 | Auster Exhibit 3 |
| 450-4 | Auster Exhibit 4 |
| 450-5 | Auster Exhibit 5 (Filed Under Seal) |
| 450-6 | Auster Exhibit 6 (Redacted) |
| 450-7 | Auster Exhibit 7 (Filed Under Seal) |
| 450-8 | Auster Exhibit 8 |
| 450-9 | Auster Exhibit 9 |
| 450-10 | Auster Exhibit 10 |
| 450-11 | Auster Exhibit 11 |
| 450-12 | Auster Exhibit 12 |
| 450-13 | Auster Exhibit 13 |
| 450-14 | Auster Exhibit 14 |
| 450-15 | Auster Exhibit 15 |
| 450-16 | Auster Exhibit 16 |
| 450-17 | Auster Exhibit 17 |
| 450-18 | Auster Exhibit 18 |
| 450-19 | Auster Exhibit 19 |
| 450-20 | Auster Exhibit 20 |
| 450-21 | Auster Exhibit 21 |
| 450-22 | Auster Exhibit 22 |
| 450-23 | Auster Exhibit 23 |
| 450-24 | Auster Exhibit 24 |
| 450-25 | Auster Exhibit 25 |
| 450-26 | Auster Exhibit 26 |
| 450-27 | Auster Exhibit 27 (Redacted) |
| 450-28 | Auster Exhibit 28 (Filed Under Seal) |

| Public ECF No. | Document |
|---|---|
| 450-29 | Auster Exhibit 29 |
| 450-30 | Auster Exhibit 30 |
| 450-31 | Auster Exhibit 31 |
| 450-32 | Auster Exhibit 32 |
| 450-33 | Auster Exhibit 33 |
| 450-34 | Auster Exhibit 34 |
| 450-35 | Auster Exhibit 35 |
| 450-36 | Auster Exhibit 36 |
| 450-37 | Auster Exhibit 37 |
| 450-38 | Auster Exhibit 38 |
| 450-39 | Auster Exhibit 39 |
| 450-40 | Auster Exhibit 40 (Filed Under Seal) |
| 450-41 | Auster Exhibit 41 (Filed Under Seal) |
| 450-42 | Auster Exhibit 42 (Filed Under Seal) |
| 450-43 | Auster Exhibit 43 (Filed Under Seal) |
| 450-44 | Auster Exhibit 44 |
| 450-45 | Auster Exhibit 45 |
| 450-46 | Auster Exhibit 46 |
| 450-47 | Auster Exhibit 47 |
| 450-48 | Auster Exhibit 48 |
| 450-49 | Auster Exhibit 49 |
| 450-50 | Auster Exhibit 50 |
| 450-51 | Auster Exhibit 51 |
| 450-52 | Auster Exhibit 52 |
| 450-53 | Auster Exhibit 53 (Filed Under Seal) |
| 450-54 | Auster Exhibit 54 |
| 450-55 | Auster Exhibit 55 |
| 450-56 | Auster Exhibit 56 |
| 450-57 | Auster Exhibit 57 |

PLAINTIFFS' NOTICE OF FILING OF INDEX OF PUBLIC CLASS CERTIFICATION RECORD

| Public ECF No. | Document |
|---|---|
| 450-58 | Auster Exhibit 58 (Filed Under Seal) |
| 450-59 | Auster Exhibit 59 |
| 450-60 | Auster Exhibit 60 |
| 451-1 | Auster Exhibit 61 (Redacted) |
| 451-2 | Auster Exhibit 62 (Filed Under Seal) |
| 451-3 | Auster Exhibit 63 |
| 451-4 | Auster Exhibit 64 |
| 451-5 | Auster Exhibit 65 |
| 451-6 | Auster Exhibit 66 |
| 451-7 | Auster Exhibit 67 |
| 451-8 | Auster Exhibit 68 |
| 451-9 | Auster Exhibit 69 |
| 451-10 | Auster Exhibit 70 |
| 451-11 | Auster Exhibit 71 |
| 451-12 | Auster Exhibit 72 |
| 451-13 | Auster Exhibit 73 |
| 451-14 | Auster Exhibit 74 |
| 451-15 | Auster Exhibit 75 |
| 451-16 | Auster Exhibit 76 |
| 451-17 | Auster Exhibit 77 |
| 451-18 | Auster Exhibit 78 |
| 451-19 | Auster Exhibit 79 |
| 451-20 | Auster Exhibit 80 |
| 451-21 | Auster Exhibit 81 |
| 451-22 | Auster Exhibit 82 (Filed Under Seal) |
| 451-23 | Auster Exhibit 83 (Filed Under Seal) |
| 451-24 | Auster Exhibit 84 (Filed Under Seal) |
| 451-25 | Auster Exhibit 85 (Filed Under Seal) |
| 451-26 | Auster Exhibit 86 (Filed Dunder Seal) |

PLAINTIFFS' NOTICE OF FILING OF INDEX OF PUBLIC CLASS CERTIFICATION RECORD

| Public ECF No. | Document |
|---|---|
| 451-27 | Auster Exhibit 87 (Filed Under Seal) |
| 451-28 | Auster Exhibit 88 |
| 451-29 | Auster Exhibit 89 |
| 451-30 | Auster Exhibit 90 |
| 451-31 | Auster Exhibit 91 |
| 451-32 | Auster Exhibit 92 |
| 451-33 | Auster Exhibit 93 |
| 451-34 | Auster Exhibit 94 |
| 451-35 | Auster Exhibit 95 |
| 451-36 | Auster Exhibit 96 |
| 451-37 | Auster Exhibit 97 |
| 451-38 | Auster Exhibit 98 |
| 451-39 | Auster Exhibit 99 |
| 451-40 | Auster Exhibit 100 |
| 451-41 | Auster Exhibit 101 |
| 451-42 | Auster Exhibit 102 |
| 451-43 | Auster Exhibit 103 (Filed Under Seal) |
| 451-44 | Auster Exhibit 104 |
| 451-45 | Auster Exhibit 105 |
| 451-46 | Auster Exhibit 106 |
| 451-47 | Auster Exhibit 107 |
| 451-48 | Auster Exhibit 108 |
| 451-49 | Auster Exhibit 109 |
| 451-50 | Auster Exhibit 110 |
| 451-51 | Auster Exhibit 111 |
| 451-52 | Auster Exhibit 112 (Filed Under Seal) |
| 451-53 | Auster Exhibit 113 |
| 451-54 | Auster Exhibit 114 |
| 451-55 | Auster Exhibit 115 |

| Public ECF No. | Document |
|---|---|
| 451-56 | Auster Exhibit 116 |
| 451-57 | Auster Exhibit 117 |
| 451-58 | Auster Exhibit 118 |
| 451-59 | Auster Exhibit 119 |
| 451-60 | Auster Exhibit 120 (Filed Under Seal) |
| 452-1 | Auster Exhibit 121 (Filed Under Seal) |
| 452-2 | Auster Exhibit 122 (Filed Under Seal) |
| 452-3 | Auster Exhibit 123 (Filed Under Seal) |
| 452-4 | Auster Exhibit 124 (Filed Under Seal) |
| 452-5 | Auster Exhibit 125 (Filed Under Seal) |
| 452-6 | Auster Exhibit 126 |
| 452-7 | Auster Exhibit 127 |
| 452-8 | Auster Exhibit 128 |
| 452-9 | Auster Exhibit 129 |
| 452-10 | Auster Exhibit 130 |
| 452-11 | Auster Exhibit 131 |
| 452-12 | Auster Exhibit 132 |
| 452-13 | Auster Exhibit 133 |
| 452-14 | Auster Exhibit 134 |
| 452-15 | Auster Exhibit 135 |
| 452-16 | Auster Exhibit 136 |
| 452-17 | Auster Exhibit 137 |
| 452-18 | Auster Exhibit 138 |
| 452-19 | Auster Exhibit 139 |
| 452-20 | Auster Exhibit 140 |
| 452-21 | Auster Exhibit 141 |
| 452-22 | Auster Exhibit 142 |
| 452-23 | Auster Exhibit 143 |
| 452-24 | Auster Exhibit 144 |

| Public ECF No. | Document |
|---|---|
| 452-25 | Auster Exhibit 145 (Redacted) |
| 452-26 | Auster Exhibit 146 (Redacted) |
| 452-27 | Auster Exhibit 147 |
| 452-28 | Auster Exhibit 148 (Redacted) |
| 452-29 | Auster Exhibit 149 |
| 452-30 | Auster Exhibit 150 (Redacted) |
| 452-31 | Auster Exhibit 151 (Redacted) |
| 452-32 | Auster Exhibit 152 (Redacted) |
| 452-33 | Auster Exhibit 153 (Redacted) |
| 452-34 | Auster Exhibit 154 (Redacted) |
| 452-35 | Auster Exhibit 155 |
| 452-36 | Auster Exhibit 156 (Redacted) |
| 452-37 | Auster Exhibit 157 (Redacted) |
| 452-38 | Auster Exhibit 158 |
| 452-39 | Auster Exhibit 159 (Redacted) |
| 452-40 | Auster Exhibit 160 (Redacted) |
| 452-41 | Auster Exhibit 161 |
| 452-42 | Auster Exhibit 162 (Filed Under Seal) |
| 452-43 | Auster Exhibit 163 (Filed Under Seal) |
| 452-44 | Auster Exhibit 164 (Filed Under Seal) |
| 452-45 | Auster Exhibit 165 (Filed Under Seal) |
| 452-46 | Auster Exhibit 166 (Filed Under Seal) |
| 452-47 | Auster Exhibit 167 (Filed Under Seal) |
| 452-48 | Auster Exhibit 168 |
| 452-49 | Auster Exhibit 169 |
| 452-50 | Auster Exhibit 170 (Filed Under Seal) |
| 452-51 | Auster Exhibit 171 (Filed Under Seal) |
| 452-52 | Auster Exhibit 172 (Filed Under Seal) |
| 452-53 | Auster Exhibit 173 (Filed Under Seal) |

| Public ECF No. | Document |
|---|---|
| 452-54 | Auster Exhibit 174 (Filed Under Seal) |
| 452-55 | Auster Exhibit 175 (Filed Under Seal) |
| 452-56 | Auster Exhibit 176 (Filed Under Seal) |
| 452-57 | Auster Exhibit 177 |
| 452-58 | Auster Exhibit 178 (Filed Under Seal) |
| 452-59 | Auster Exhibit 179 (Filed Under Seal) |
| **Plaintiffs' Reply in Support of Class Certification** | |
| 453 | Plaintiffs' Reply in Support of Class Certification (Redacted) |
| 453-1 | Supplemental Declaration of Gregory S. Mullens |
| 453-2 | Mullens Exhibit 202 |
| 453-3 | Mullens Exhibit 203 |
| 453-4 | Mullens Exhibit 204 (Redacted) |
| 453-5 | Mullens Exhibit 205 (Redacted) |
| 453-6 | Mullens Exhibit 206 |
| 453-7 | Mullens Exhibit 207 |
| 453-8 | Mullens Exhibit 208 (Redacted) |
| 453-9 | Mullens Exhibit 209 |
| 453-10 | Mullens Exhibit 210 |
| 453-11 | Mullens Exhibit 211 (Redacted) |
| 453-12 | Mullens Exhibit 212 |
| 453-13 | Mullens Exhibit 213 |
| 453-14 | Mullens Exhibit 214 (Redacted) |
| 453-15 | Mullens Exhibit 215 |
| 453-16 | Mullens Exhibit 216 |
| **Defendant Google LLC's Objection to Reply Evidence** | |
| 454 | Defendant Google LLC's Objection to Reply Evidence |

| Public ECF No. | Document |
|---|---|
| **Plaintiffs' Administrative Motion for Leave to File Response to Defendant's Objection to Reply Evidence** | |
| 455 | Plaintiffs' Administrative Motion for Leave to File Response to Defendant's Objection to Reply Evidence |
| 455-1 | Declaration of Gregory S. Mullens |
| 455-2 | Mullens Exhibit A |
| 455-3 | [proposed] Order Granting Plaintiffs' Administrative Motion for Leave to File Response to Defendant's Objection to Reply Evidence |
| **Defendant Google LLC's Motion to Exclude Testimony from Plaintiffs' Proposed Expert Meredith McCarron** | |
| 456 | Defendant Google LLC's Notice of Motion and Motion to Exclude Testimony from Plaintiffs' Proposed Expert Meredith McCarron |
| 456-1 | [proposed] Order Granting Defendant's Motion to Exclude Testimony from Plaintiffs' Proposed Expert Meredith McCarron |
| **Defendant Google LLC's Motion to Exclude Testimony from Plaintiffs' Proposed Experts David S. Doermann, Michael D. Smith, and Victoria Furniss** | |
| 457 | Defendant Google LLC's Notice of Motion and Motion to Exclude Testimony From Plaintiffs' Proposed Experts David S. Doermann, Michael D. Smith, and Victoria Furniss |
| 457-1 | [proposed] Order Granting Defendant's Motion to Exclude Testimony From Plaintiffs' Proposed Experts David S. Doermann, Michael D. Smith, And Victoria Furniss |
| 458 | Declaration of Kelly M. Knoll |
| 458-1 | Knoll Exhibit A |
| 458-2 | Knoll Exhibit B |
| 458-3 | Knoll Exhibit C |
| 458-4 | Knoll Exhibit D (Redacted) |
| **Plaintiffs' Opposition to Google LLC's *Daubert* Motion to Exclude Plaintiffs' Expert Meredith McCarron** | |
| 459 | Plaintiffs' Opposition to Google LLC's *Daubert* Motion to Exclude Plaintiffs' Expert Meredith McCarron (Redacted) |
| 459-1 | [proposed] Order Denying Google LLC'S Motion to Exclude Testimony From Plaintiffs' Proposed Expert Meredith McCarron |
| 459-2 | Declaration of Stephen J. Teti |

PLAINTIFFS' NOTICE OF FILING OF INDEX OF PUBLIC CLASS CERTIFICATION RECORD

| Public ECF No. | Document |
|---|---|
| 459-3 | Teti Exhibit 1 (Redacted) |
| 459-4 | Teti Exhibit 2 |
| 459-5 | Teti Exhibit 3 (Redacted) |
| 459-6 | Teti Exhibit 4 |
| 459-7 | Teti Exhibit 5 |
| 459-8 | Teti Exhibit 6 (Filed Under Seal) |
| 459-9 | Teti Exhibit 7 |
| 459-10 | Teti Exhibit 8 |
| **Plaintiffs' Opposition to Google's Motion to Exclude Testimony from Plaintiffs' Proposed Experts David S. Doermann, Michael D. Smith, and Victoria Furniss** | |
| 460 | Plaintiffs' Opposition to Google LLC's Motion to Exclude Testimony From Plaintiffs' Proposed Experts David S. Doermann, Michael D. Smith, and Victoria Furniss |
| 460-1 | [proposed] Order Denying Google LLC's Motion to Exclude Testimony From Plaintiffs' Proposed Experts David S. Doermann, Michael D. Smith, and Victoria Furniss |
| 460-2 | Declaration of Mark I. Richards |
| 460-3 | Richards Exhibit 1 |
| 460-4 | Richards Exhibit 2 (Redacted) |
| **Plaintiffs' Motion to Exclude the Testimony of William Patry and Ryan Sullivan** | |
| 461 | Plaintiffs' Notice of Motion and Motion to Exclude the Testimony of William Patry and Ryan Sullivan (Redacted) |
| 461-1 | [proposed] Order Granting Plaintiffs' Motion to Exclude the Testimony of William Patry and Ryan Sullivan |
| **Defendant Google LLC's Opposition to Plaintiffs' Motion to Exclude the Testimony of William Patry and Ryan Sullivan** | |
| 462 | Defendant Google LLC's Opposition to Plaintiffs' Motion to Exclude the Testimony of William Patry and Ryan Sullivan |
| **Defendant Google LLC's Motion for Sanctions** | |
| 463 | Defendant Google LLC's Notice of Motion and Motion for Sanctions and Memorandum of Points and Authorities in Support Thereof |
| 463-1 | [proposed] Order Granting Defendant Google LLC's Motion for Sanctions |
| 464 | Declaration of Paul N. Harold |

| Public ECF No. | Document |
|---|---|
| 464-1 | Harold Exhibit A |
| 464-2 | Harold Exhibit B |
| 464-3 | Harold Exhibit C |
| 464-4 | Harold Exhibit D |
| **Plaintiffs' Opposition to Google LLC's Motion for Sanctions** | |
| 465 | Plaintiffs' Opposition to Google LLC's Motion for Sanctions and Memorandum of Points and Authorities in Support Thereof |
| 465-1 | [proposed] Order Denying Google LLC's Motion for Sanctions |
| 465-2 | Declaration of Gregory S. Mullens |
| 465-3 | Mullens Exhibit A |
| **Defendant Google LLC's Reply in Support of Motion for Sanctions** | |
| 466 | Defendant Google LLC's Reply in Support of Motion for Sanctions |
| 467 | Declaration of Paul N. Harold |
| **Plaintiffs' Motion to Intervene on Behalf of James Grant (a/k/a Lee Child), Andrew Grant (a/k/a Andrew Child) and Girlcomix Inc.** | |
| 468 | Plaintiffs' Notice of Motion and Motion to Intervene on Behalf of James Grant (a/k/a Lee Child), Andrew Grant (a/k/a Andrew Child) and Girlcomix Inc. |
| 468-1 | [proposed] Order Granting Plaintiffs' Motion to Intervene on Behalf of James Grant (a/k/a Lee Child), Andrew Grant (a/k/a Andrew Child) and Girlcomix Inc. |
| 468-2 | Declaration of Joseph R. Saveri |
| 468-3 | Saveri Exhibit A |
| 468-4 | Saveri Exhibit B |
| 468-5 | Saveri Exhibit C |
| 468-6 | Saveri Exhibit D |
| 468-7 | Saveri Exhibit E |
| 468-8 | Saveri Exhibit F |
| 468-9 | Saveri Exhibit G |
| 468-10 | Saveri Exhibit H |
| **Defendant Google LLC's Opposition to Plaintiffs' Motion to Intervene** | |
| 469 | Defendant Google LLC's Opposition to Plaintiffs' Motion to Intervene |

Case 5:23-cv-03440-EKL    Document 472    Filed 04/28/26    Page 20 of 23

| Public ECF No. | Document |
|---|---|
| 469-1 | [proposed] Order Denying Plaintiffs' Motion to Intervene on Behalf of James Grant (a/k/a Lee Child), Andrew Grant (a/k/a Andrew Child) and Girlcomix Inc. |
| 470 | Declaration of Paul N. Harold |
| 470-1 | Harold Exhibit A |
| 470-2 | Harold Exhibit B |
| 470-3 | Harold Exhibit C (Redacted) |
| **Plaintiffs' Reply in Support of Motion to Intervene on Behalf of James Grant (a/k/a Lee Child), Andrew Grant (a/k/a Andrew Child) and Girlcomix Inc.** | |
| 471 | Plaintiffs' Reply in Support of Motion to Intervene on Behalf of James Grant (a/k/a Lee Child), Andrew Grant (a/k/a Andrew Child) and Girlcomix Inc. |
| 471-1 | Declaration of Joseph R. Saveri |
| 471-2 | Saveri Exhibit I (Redacted) |
| 471-3 | Saveri Exhibit J (Redacted) |

Master File Case No. 5:23-cv-3440-EKL-SVK                    19

PLAINTIFFS' NOTICE OF FILING OF INDEX OF PUBLIC CLASS CERTIFICATION RECORD

Dated: April 28, 2026

By: _____/s/ Lesley E. Weaver_____
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gmullens@stranchlaw.com

Respectfully submitted,

By: _____/s/ Joseph R. Saveri_____
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan A. Creutz (SBN 349728)
Aaron Cera (SBN 351163)
Louis Kessler (SBN 243703)
Alexander Y. Zeng (SBN 360220)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com
acera@saverilawfirm.com
lkessler@saverilawfirm.com
azeng@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle S. Wagner (admitted *pro hac vice*)
Consuela Abotsi-Kowu (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
cmabotsi-kowo@locklaw.com

Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Bryan P. Thompson (SBN 354683)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213)-788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
bthompson@clarksonlawfirm.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@butticklaw.com

*Additional Counsel for Individual and Representative Plaintiffs and the Proposed Class*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Joseph R. Saveri, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2026, at San Francisco, California.

/s/ Joseph R. Saveri
Joseph R. Saveri