Matthew J. Preusch
KELLER ROHRBACK
801 Garden Street, Suite 301
Santa Barbara, CA 93101
mpreusch@kellerrohrback.com
Tel: 805-456-1496

Jeffrey M. Gould*
Matthew J. Oppenheim*
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
jeff@oandzlaw.com
matt@oandzlaw.com
Tel: 202.480.2999

*Counsel for Cengage Learning, Inc.*
*and Hachette Book Group, Inc.*
*Additional Counsel listed on signature*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No. 5:24-cv-02531-EKL<br><br>**CENGAGE LEARNING, INC. AND HACHETTE BOOK GROUP, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO GOOGLE'S RESPONSE (DKT. 474) TO MOTION TO WITHDRAW**<br><br>Judge:          Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

Cengage Learning, Inc. ("Cengage") and Hachette Book Group, Inc. ("Hachette") respectfully seek leave to file the attached reply in support of their Administrative Motion to Withdraw their Motion to Intervene (Dkt. 473). Google's Response to the Administrative Motion (Dkt. 474) raises new arguments and seeks affirmative relief in the form of sanctions. *See* Decl. of Jeffrey M. Gould ISO Cengage and Hachette's Admin. Mot. to Withdraw Mot. to Intervene ¶ 5 (Dkt. 473-1) (noting that

Master File Case No. 5:23-cv-03440-EKL                    1                    ADMIN. MOT. FOR LEAVE TO FILE REPLY

Google had previously provided no legal authority to support its request for fees). Cengage and Hachette's proposed reply, which is slightly over one page, gives Cengage and Hachette their first opportunity to respond to Google's accusations and will assist the Court in disposing of the Administrative Motion. Since the Administrative Motion is already "deemed submitted for immediate determination," Civil L.R. 7-11(c), Cengage and Hachette are constrained to file this motion immediately, especially given the seriousness of Google's accusations.

A copy of the proposed reply is attached hereto as Exhibit A.

DATED this 15th day of July, 2026.

By  /s/ *Jeffrey M. Gould*

Matthew J. Preusch
KELLER ROHRBACK
801 Garden Street, Suite 301
Santa Barbara, CA 93101
mpreusch@kellerrohrback.com
Tel: 805-456-1496

Derek W. Loeser*
William K. Dreher*
Chris N. Ryder*
KELLER ROHRBACK
1201 Third Avenue, Ste 3400
Seattle, WA 98101
dloeser@kellerrohrback.com
wdreher@kellerrohrback.com
cryder@kellerrohrback.com
Tel: 206.623.1900

*Admitted *pro hac vice*

Jeffrey M. Gould*
Matthew J. Oppenheim*
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
jeff@oandzlaw.com
matt@oandzlaw.com
Tel: 202.480.2999