UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION

Case No. 23-cv-03440-EKL

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Re: Dkt. No. 269

The Court GRANTS Plaintiffs leave to file supplemental authority in support of their motion for class certification. ECF No. 269. Because the supplemental authority is attached to Plaintiffs' motion for leave, no further action is required.

As Google notes, Plaintiffs did not dutifully follow the Local Rules or the Court's Standing Order by meeting and conferring or seeking a stipulation before requesting leave. To cure any potential prejudice, Google may file a two-page substantive response to the supplemental authority by September 8, 2026.

**IT IS SO ORDERED.**

Dated: August 24, 2026



Eumi K. Lee
United States District Judge