UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION

Case No. 23-cv-03440-EKL

**ORDER TERMINATING DUPLICATIVE MOTIONS**

Re: Dkt. Nos. 251, 294, 295, 298, 319, 321, 334

The following motions are terminated as duplicative in light of the parties' subsequent filings. This is an administrative action that does not affect the rights of the parties.

| **Motion** | **Terminated** | **Operative** |
|---|---|---|
| Motion to certify class | 251 | 445 |
| Motion to exclude (Doermann, Smith, Furniss) | 294 | 457 |
| Motion to exclude (McCarron) | 295 | 456 |
| Motion for sanctions | 298 | 463 |
| Motion to exclude (Patry, Sullivan) | 319 | 461 |
| Motion to intervene (by James Grant, Andrew Grant, Girlcomix) | 321 | 468 |
| Motion for leave to file response to objection to reply evidence | 334 | 455 |

**IT IS SO ORDERED.**

Dated: August 24, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California