UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE GENERATIVE AI COPYRIGHT LITIGATION

Case No. 23-cv-03440-EKL (SVK)

**ORDER DENYING WITHOUT PREJUDICE JOINT DISCOVERY LETTER BRIEF AND ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. Nos. 394, 395

On February 10, 2026, the Parties filed the joint discovery letter brief at Dkt. 394 regarding a dispute over the adequacy of Google's privilege assertions concerning entries included in its privilege logs. Shortly thereafter, on February 18, 2026, the Court stayed the action, including discovery. Dkt. 421. Accordingly, given the passage of time and ever-hopeful that the Parties have found a way to meet and confer constructively, the Court **DENIES WITHOUT PREJUDICE** Plaintiffs' request for relief. Notwithstanding that the action remains stayed, the Parties may submit a new joint discovery letter brief concerning this dispute if it remains unresolved following further **substantial** meet-and-confer efforts in accordance with the undersigned's Civil and Discovery Referral Matters Standing Order. The administrative motion to seal at Dkt. 395 is **TERMINATED WITHOUT PREJUDICE** as moot.

**SO ORDERED.**

Dated: September 29, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California