DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

LESLEY E. WEAVER, SBN 191305
Email: lweaver@stranchlaw.com
ANNE K. DAVIS, SBN 267909
Email: adavis@stranchlaw.com
JOSHUA D. SAMRA, SBN 313050
Email: jsamra@stranchlaw.com
STRANCH, JENNINGS & GARVEY, PLLC
1111 Broadway, Suite 300
Oakland, CA 94607
Telephone: (341) 217-0550

GREGORY MULLENS (admitted *pro hac vice*)
Email: gmullens@stranchlaw.com
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (341) 217-0550

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*
*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Generative AI Copyright Litigation* | Master File Case No.: 5:23-cv-03440-EKL<br>Consolidated with Case No.: 5:24-cv-02531-EKL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE REGARDING MOTION TO INTERVENE**<br><br>Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

Michael Sullivan, Kenneth S. Saladin, Zvi Bodie, Alan J. Marcus, Kevin Patton, Lion Den Inc., and Dana Loewy (together, the "Proposed Intervenors"), Plaintiffs, and Defendant (collectively, "the Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 28, 2026, the Proposed Intervenors filed a Motion to Intervene in this action pursuant to Federal Rule of Civil Procedure 24 (the "Motion");

WHEREAS, by operation of this Court's Civil Local Rules, any Opposition to the Motion is due on or before October 13, 2026, *see* Civ. L. R. 7-3(a);

WHEREAS, by operation of this Court's Civil Local Rules, the Proposed Intervenors' Reply is due on or before October 20, 2026, *see* Civ. L. R. 7-3(c);

WHEREAS, the Parties have conferred and, subject to the Court's approval, have agreed to extend the briefing schedule for the Motion such that Defendant's Opposition will be due on October 19, 2026, Plaintiffs' Opposition will be due on October 19, 2026, and Proposed Intervenors' Reply will be due on November 2, 2026;

WHEREAS, there has been no previous request for a time modification regarding the Motion's briefing schedule;

WHEREAS, the requested time modification will not affect any other deadlines for this case;

NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2 and 7-12, and with the Parties reserving all rights and defenses, IT IS HEREBY STIPULATED by and between the Parties, subject to the approval of the Court, that:

1. The deadline for Defendant to file an Opposition to the Motion shall be extended to October 19, 2026;

2. The deadline for Plaintiffs to file an Opposition to the Motion shall be extended to October 19, 2026;

3. The deadline for Proposed Intervenors to file a Reply in support of the Motion shall be extended to November 2, 2026.

IT IS SO STIPULATED.

Dated: October 5, 2026

*/s/ David H. Kramer*

DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant*
GOOGLE LLC

Dated: October 5, 2026

/s/ *Lesley E. Weaver*

LESLEY E. WEAVER. SBN 191305
Email: lweaver@stranchlaw.com
ANNE K. DAVIS, SBN 267909
Email: adavis@stranchlaw.com
JOSHUA D. SAMRA, SBN 313050
Email: jsamra@stranchlaw.com
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Telephone: (341) 217-0550

GREGORY MULLENS (admitted *pro hac vice*)
Email: gmullens@stranchlaw.com
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (341) 217-0550

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: October 5, 2026

/s/ *David N. Slarskey*

Randolph Gaw (S.B. # 223718)
**GAW | POE LLP**
rgaw@gawpoe.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 766-7451

David N. Slarskey (admitted *pro hac vice*)
dslarskey@slarskey.com
Adam Hollander (admitted *pro hac vice*)

ahollander@slarskey.com
Deepa Devanathan (admitted *pro hac vice*)
ddevanathan@slarskey.com
Phillip Gasperetti (admitted *pro hac vice*)
pgasperetti@slarskey.com
**SLARSKEY LLC**
825 Third Avenue, 32nd Floor
New York, NY 10022
Telephone: (212) 658-0661

Brenda Ulrich (*pro hac vice pending*)
bulrich@archstonelaw.com
**ARCHSTONE LAW GROUP, P.C.**
Riverside Center
275 Grove Street, Suite 2-400
Newton, MA 02466
Telephone: (781) 314-0100

*Attorneys for Proposed Intervenors and the Proposed Subclass*

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

*/s/ David H. Kramer*
David H. Kramer

~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 6, 2026

Hon. Eumi K. Lee
United States District Judge